This file contains from page 1 to page 146 with page 5 - 5A - 5B - 5C

FILED

OCT 06 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____________
DEPUTY CLERK

Name JOSETTE A. KHAYAT
Street Address 2516 ABUELA PLACE
City and County HACIENDA HEIGHTS
State and Zip Code CA 91745
Telephone Number 626-820-9566 - cel 626-228-9919

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSETTE A KHAYAT

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

FBI / MS JOELLE K PEELE

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:22 CV 1758 - TLN JDP PS
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

Page 5 is 5 - 5A - 5B - 5C

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOSETTE A KHAYAT |
| Street Address | 2516 ABUELA PLACE |
| City and County | HACIENDA HEIGHTS |
| State and Zip Code | HACIENDA HTS - CA 91745 |
| Telephone Number | 626-820-9566 - 626-228-9919 |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FBI/MS JOELLE K PEELE |
| Job or Title (if known) | |
| Street Address | FBI/WILSHIRE - LOS ANGELES |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

Name ____________________

Job or Title (if known) ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

Defendant No. 4

Name ____________________

Job or Title (if known) ____________________

Street Address ____________________

City and County ____________________

State and Zip Code ____________________

Telephone Number ____________________

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________

______________________________

______________________________

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* JOSETTE A KHAYAT, is a citizen of the State of *(name)* CA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* JOELLE K PEELE, is incorporated under the laws of the State of *(name)* ______________, and has its principal place of business in the State of *(name)* CA ______________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________, is a citizen of the State of *(name)* ______________. *Or* is a citizen of *(foreign nation)* ______________.

This page [illegible] three pages [illegible]
A DIABOLIC CONSPIRACY pages
5A - 5B - 5C.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

MAIN: To stop the harassment and let me present the documents proving my innocence as they stop anybody to let me get proofs of my innocence. They want to keep harassing me FBI is cheating all the way

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Three pages typed on the computer are enclosed with page 5

Harassment based on hatred feeling for no-reason, started 2004

(1) accused of plagiarism for a book publised in 2016, I am covered by what I wrote in my bibliography all the details how I did the book (Exhibit one ITEM ONE)

(2) First Publisher hasn't been paid, I was not derogating from the law (Exhibit one ITEM TWO

(3) I have sued the first Publisher C.A. UNTRUE (EXHIBIT 7) details

(4) Latest fact! (5) I mailed through FEDEX a file copy of the enclosed to the FBI. 09/01/22 to be delivered 09/02/22. It has been delivered 09/13/22. It goes without saying documents were changed.

(6) I mailed another by acknowledgment of receipt, ~~After~~ This one I stamped it Sept 16. All my printed returned to my home. My stamp and ink disappeared, That means the documents changed and stamped with my stamp Sept. 16.

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

## A DIABOLIC CONSPIRACY

I ask you kindly to stop this hassle of harassment that started since 2013, at a low scale. After having sent a chapter from my book:

**Improve your English Vocabulary with the Dictionary English/French in stories and the pronunciation with the related CD. (**exhibit two**)**

to the French Embassy in Washington DC. Today I discovered that the harassment started right after in a way that I couldn't have detected it. Then, on a high scale from June 2017. After FBI/MS Joelle Peele h

I remained ignorant for five years, about the reason for the horrible harassment that I am and have been going through. The only information given to me was by a professor, from USJ University of Beirut/Lebanon. Stating: FRANCE doesn't like English/French books.

Finally, only by October 2021. When I first discovered, on-line, **I am unfairly and illegally harassed by** (from the Internet) **FBI extreme harassment program essentially Allow. Those few holding position of power in our military Intelligence and Federal Law Enforcement Communities to target literally ANYONE for whom they hold a grudge.**

**I AM UNFAIRLY ACCUSED FOR:**

1- **PLAGIARISM**. I disclosed in the book page 11/1 and 11/2 all details for writing this book **(exhibit 1/item 1 enclosed)**

2- **FAKE BY THE FIRST PUBLISHER DAR-AN-NAHAR/LEBANON.**
   - Complaining they haven't been paid. **When I was not owing them any money according to the law. That is why, they couldn't sue me**. (Exhibit 5 /letter in Arabic from the Notary Public sent to them through the court. (With its translation)
   - Complaining that i published my book. By USING THE FIRST PUBLISHER'S CD. A horrible lie. When I have re-in-printed the book myself with the help of the Second Publisher. For the French Translation their book has one slash divider between two French words And my book has two slash divider between two French words.

The reason for writing this book. Due to the war in Lebanon. In 1979, We had to move to the USA. I picked the English colloquial words that I needed to learn before residing in the USA. I did a story by letter. That means a story with the words starting by A. Then B....... On the top of each word its meaning in French. Then, recorded by a British Teacher. She had helped me in the writing. As explained in my book (Exhibit two/page 5). As my commercial writing was good. I started writing English correspondence at my work since 1965.
Then, after my husband's death and after completing all my responsibilities I had a lot of leisure time. To fill it. In 2012, I decided to re-write my book.

Here started the DIABOLIC CONSPIRACY ENGINNERED BY MS PEELE.

1- Now, I discovered that the whole family with the five corporate attorneys were aware and kept the information top secret for me. That this kind of books is accused of Plagiarism.
2- The French Embassy answered my question to where to register this book in France. This book doesn't need to be registered the author is protected by law. (I have great doubt that this was a suggestion by MS Peele. As the Center of Art at the Embassy would for sure gave a different answer.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

3- FBI's instructions around the world. Nobody should inform Josette Khayat that her book is subject to PLAGIARISM.

4- FBI's instructions to the Publisher. Make the book but MICKEY-MOUSE

5- My relation with this publisher had a sinister ending**. I haven't paid the final as I was acting within the law. I didn't have any idea of a conspiracy** (exhibit five/Letter delivered to the publisher through the Court).

6- I retyped the book myself with the help of the second Publisher. This publisher was required to direct me to have a book typical to the one of the First Publisher. He went through several diabolic conspiracies. Now, I discovered they were required by the FBI, the first publisher and may be the Interpol.

7- Right after started a harassment limited to my health only. Then, after having made my legacy to the church that has been fought by FBI/MS Peele started the following INDEFINITE HARASSMENT:

- Damaging my health. My home from inside and destroying it from outside. **Without missing my car.**
- Furthermore, after being absent, I have to throw any food left at home. As during my absence, FBI's Secret Agent gets in my home and contaminates the food. Therefore, my three fridges + the freezer are empty since 2019 after discovering the water three feet underground closed to the house.
- **From inside the house**. Whatever having connection with plumbing has been damaged. Even the heater, the Air Conditioning and the water heater. That forced me to manage without with a horrible suffering. My mattress has been sprayed with gas. I sleep on the couch since 2020. Carpets and furniture damaged,.

- **From outside the house.** Slope around the house. Iron and wood fence. Retaining wall. The bottom of the wall to the house. They pull the metal from the bottom and fill it with water to damage the wood.
- **THE MOST CATASTROPHIC IS THE ROOF.** Secret Agent come at night break the concrete tiles. Remove the nails to cause the roof to be slippery. Also, lately they are using wires that I found on the roof to burn with the black paper that is under the concrete tiles.

  **For three times** I had a roofer friend to fix it. Now he is no more allowed either him or any other licensed roofer to fix it. **THE STATE OF THE ROOF IS IN A DRAMATIC CONDITION AND NO ROOFER IS ALLOWED TO FIX IT.**

  Beside the camera in front the house. FBI added a camera at the back of the house to watch and stop anybody from fixing the roof.

  (MS Peele is furious that the legacy of the house went to the church. Details in ITEM three).
- My laptops more than three people are following my writing. To erase paragraphs, words, change the meaning of my writing.
- This harassment paragraph has been erased from a letter that I had typed.
- My cell phone. Most of the features are stopped.
- I couldn't apply on line. They don't let me open it.
- **My picture is published as a person of BAD FAITH. When THE REAL BAD FAITH IS FROM MS PEELE.**

  **I WILL NEVER CHANGE MY PRINCIPLES IN LIFE. As I have and always be crystal clear in my life.**

**I AM 100% INNOCENT AND WHAT IS GOING ON IS A CRIME FOR WHICH THEY MUST BE PUNISHED. I AM NOT GOING TO SAY MORE THAN THAT. PLEASE, READ THE FILE AND MAKE YOUR JUDGMENT WHO IS THE ONE WHO SHOULD BE HARASSED.**

Furthermore, I mailed a file, by FEDEX urgent delivery, to FBI Sacramento. It remained undelivered for 10 days. It means. Up to the time, MS J. Peele had been able to change the contents.
The day I delivered to Fedex. A sound of hammering was all the night up to the time up to the time MS Joelle Peele obtained approval for the delay. That means MS Peele knows that she is 100% at fault. However, she doesn't want to stop her crime. she had the time to change even in my writing and remove the enclosures. That prove my innocence.
Now, they stopped my home phone. All features of my cell phone. They reduced the speaker to the minimum hearing. So that Legal responsible that I write to will not be able to contact me.
I know the FBI is backing MS Peele to the maximum by covering-up her crime.

**I BEG YOU TO SAVE ME AT THE END OF MY LIFE.**

..........................

ENCLOSURES:

1- Letter that I had prepared to Chief Justice Tani Cantil Sakauwi. ......................... 7 pages
2- THE DOCUMENTS FROM 1 TO 11. BETWEEN ARE THE THREE PAGES OF THIS REPORT.
3- The letter that I wanted to address to the attorney who would take care of the file 11 page
4- Addendum. .................................................................................................. 2 pages
5- Investigation................................................................................................ 2 pages
6- MY CV ........................................................................................................ 6 pages
7- Exhibit One: ITEM ONE: Subject "PLAGIARISM" ................................................ 5 Pages.
8- Exhibit One: ITEM TWO: Subject Since starting the book up to the publishing ...... 18 Pages.
9- Exhibit One: ITEM THREE: Details of the harassment ........................................ 22 Pages
10- Exhibit Two: My book. Page 11/1 my biography + some chapters of my book + Some common expression and one page of the irregular verbs.
10 - Exhibit Three: The words that I picked from a dictionary for the letter R ................ 5 pages
11 - Exhibit Four - The French Embassy report emailed to me by MS Ann-Sophie.
12- Exhibit five: The letter that has been delivered through the Court to the first Publisher After they have rejected to issue a contract. 3 pages in Arabic and 4 pages translated
13- Exhibit six: Bank Statement from BOA proving the payment of $ 200.- to Soad Melki.
14- Exhibit seven: Affidavit from MR Tanios Malak confirming his help to me to print the book. And the original copy had only one slash divider and mine two slash divider between two French words.
15- Exhibit Eight: Affidavit from Rev. Nazih Hayek confirming his having removed from my biography the expression Lebanese/American. That I paid the cost of 200 exemplars only.......................................................................... 2 pages
16- Exhibit Nine: My relationship with my family proving how good I have been to them and how they made me suffer............................................................... 8 pages
17- Exhibit Ten: Roto Roter statement stating that the water was three feet underground close to the house.
18- Exhibit Eleven: Deputy Jordan Report. He said to me "This is your family"
19 - Exhibit twelve: Suburban water billing list proving water was in the range of $ 200.00 During my absence.
20- Exhibit Thirteen: Deputy report for the FBI removing from my laptop and CD all my book printing from May 2015 to January 2016.
21- Exhibit Fourteen – Edison electricity billing from July 2017 to July 2018, was in the range of $ 200.00 during my absence

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stop this illegal harassments. Don't scare people from providing a clear affidavit To fix ~~my~~ the roof of the house damaged three times by their Secret Agents To pay for the BOA Litigation refund that they got against the law The repair that I paid for all the harassment described in Exhibit one item THREE. The harassment.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 6, 2022

Signature of Plaintiff: Josette Khayat

Printed Name of Plaintiff: JOSETTE A. KHAYAT

7

Josette Khayat
2516 Abuela Place/Hacienda Heights/CA 91745
Tel.626-820-9566/cell 626-228-9919
josettekhayat61@gmail.com

September 18th, 2022

Letter that I wanted to deliver to Chief Justice

Dear

I refer to my letter dated June 2020. To which were enclosed my two books:

1- **Improve your English Vocabulary with the Dictionary English/French in stories and the pronunciation with the related CD**. (Exhibit two).

This book is the cause of the following conspiracies and harassments:

- **PLAGIARISM.**
- **THE FIRST PUBLISHER has't been paid.**
- **HAVING PUBLISHED THE BOOK WITH THE FIRST PUBLISHER'S CD.**

**Details (**Exhibit one**/** ITEM ONE & ITEM TWO**).**

2- **The Unique Spoken Conjugation English/French Book**
This one has not been published or registered at the library of congress. As I have checked on line and learned about cybercrime. Therefore, as I had copied may be three Grammar Rules. That I first studied. Then, I used them in my book. Despite ACCORDING TO THE INTERNET:

"If the writer declares the source of his writing. He CANNOT BE CONSIDERED AT FAULT. Also, he is not supposed to be penalized".

cybercrime. I stopped the book from being registered at the Library of Congress.

**In the above mentioned letter, I was complaining of a severe harassment.**

Actually, at this time, I was not aware. That since the year 2013, a

DIABOLIC CONSPIRACY

Had been engineered by my Great-niece MS Joelle K Peele. Who had been graduated in 2006 in Inernational Corporate Law. Therefore, she has worked in a Corporate Law-Firm, cooperating with the FBI Investigation. Details that I discovered only Twenty days ago.

When I checked on-line the relation between Corporate Law-Firm and the FBI

Today, MS J. Peele is Head of Attorneys at the FBI, Wilshire Avenue, LA (She is handling my file).
I am proud that MS J. Peele is holding an important position at the FBI. However, I am sad to notice. That **for personal interest, she is misusing the power given to her**.



MS J. Peele inherited the hatred feeling of her grand parents toward me. She was making me feel it. When being in the family or at my Christmas Party. **She never said to me "more than HI & BI". Despite that her husband, sister and brother had different attitude toward me.**

Now, MS J. Peele knew from her grand-ma. The way I wrote this book in 1979. Then, in 2013, I was re-writing it the same way. I presume MS J. Peele had seen some of the draft chapter **in 2012**. That were disappearing from my home.

THIS IS HOW IT STARTED:

In 2013. Right after emailing a chapter of the book, to the French Embassy in Washington DC, requesting them to inform me. Where could I register this book in France? Their employee, Ms. Anne-Sophie Hermil, said first: "I have to inquire" Then called me back. Giving the following answer.

***<u>This book does not need to be registered. Being the first of its kind. The author is protected by law.</u>*** Having argued by three phone calls, **that this is not the correct answer.** For confirmation, **MS A.S. Hermil emailed me the enclosed document.** (Exhibit 4). **Stating in French: :**

« The Legal protection to the author is granted by the only fact of creating an original form. The copyrights protect the intellectual work. Without that the author be required to accomplish any administrative formality or prior procedure to the registration. Therefore, the related Legal Regulations don't exert any effect on the copyrights birth».

Right after having received this first chapter, started the harassment. **That my sisters were aware of. It goe without saying MS J. Peele had put them in the picture.** (Exhibit One/Item three/page 7/ Section 4 & 4/1).

starting harassing me, right after. **They could have given any of these three following answers**:

1) **If not being a French citizen. The book must be approved by the French Ministry of culture.**

OR

2) **English/French books are not acceptable by the French Ministry of Culture.**

OR

3) **The Embassy should have given me the address of the Registration Office in France. Who, for sure would have given me a different answer.**

NOW, **IT BECAME CLEAR TO ME. The answer given by** the Embassy hasn't gone through: The Art Center of the Embassy. **As this Center would have given a different answer.**

<u>IT IS NECESSARY TO INVESTIGATE</u>. **The following four items. Being the clue for all the consequences that I have been and I am going through.**

1) **Has the Embassy's answer been given by order or by advice from FBI/MS J. PEELE?**

2) **Have they been phone conversation between MS J> Peele and the French Embassy concerning my book**

3) **Was MS J. Peele,** the one who ordered: The following *FBI Instruction* to be circulated to the Interpol's and the Lebanese Public Securities?

*"Nobody should clarify to Josette Khayat. That her book is subject to PLAGIARISM"*

4) **Was MS J. Peele,** the one who ordered the First Publisher:

*"To publish the book. However to make it MICKEY-MOUSE"?*

These instructions were made **to trigger a conflict** between the Publisher and the Writer.

- **The Publisher** who wants to comply with the FBI's instructions.
- **The writer, who is myself,** ignoring the word "PLAGIARISM" and what is done in his back. Also, I wanted to have a perfect book

Despite **MS J. Peele** hard work to destroy me by her diabolic engineered conspiracies. **Accusing me with** the following three culpabilities **proven to be forged.**

1- **PLAGIARISM. According to the defense of the accused. I am not supposed to be penalized.** Details (Exhibit one/ **ITEM ONE**)

2- **THE FIRST PUBLISHER HASN'T BEEN PAID**. For having refused to sign the required contract. The Publisher couldn't go to Court. Since I was acting according to the Law. **Details** (Exhibit one/ **ITEM TWO/Section 2/5/ The fake accusation by the First Publisher ).**

3- **HAVING PUBLISHED THE BOOK WITH THE FIRST PUBLISHER'S CD.** The greatest lie. **Despite having gone through diabolic conspiracies.** Their LIE is revealed and proven forged by the following:

A) The print of the first publisher **has one slash divider** between two French words of the translation.

B) The print of the Second Publisher has **two slashes divider** between two French words of the translation.

**Details** (Exhibit one/ **ITEM TWO/P .9-11./** Witness Exhibit seven)

Furthermore, as I mentioned in the investigation report. The American Embassy in Lebanon could check: **the computers of the first and the second publisher. They will confirm that the CD of the First Publisher hasn't been used.**

Having been crystal clear in all my deals. I couldn't imagine that my family's hatred feeling had and has a hand on all the conspiracies. For unjustified blameworthiness.

**The following INVESTIGATION IS TO BE MADE:**

TO CHECK from 2012 or even before all phone calls made between MS J Peele cell phone. **With Cell and regular phone of:** (1) her grand-ma Therese. (2) My sister, Christine Calfa. (3) My niece Carol Calfa.

This investigation is needed. **As MS J. Peele is targeting me. From the time, she was a Law-Student:** Hereafter the details:

1) In 2004. Her first conspiracy. While her training with a DMV Judge. She has sent me to a hearing. When I had congratulation for my DMV renewal.

(Details Exhibit one/**ITEM THREE**/page 6/section 1)

./...

2) November 2008. Her second conspiracy. Only now, after having discovered the relation between the Corporate Law-Firm and the FBI.

- I realized that the second conspiracy was concocted by MS J. Peele with her grand-parents.
- The claim, I made to Farmers Insurance. For the loss of my diamond bracelet. At a dignitary funeral.
- Search for the bracelet was made in the church and in the Reception Room.
- Forty five days after my claim to Farmers Insurance. I received an approved settlement for $ 1,500.00.
- The next day, after visiting MS J. Peele grand-ma. My bracelet was on the floor of my car.
- Immediately, I called Farmers and released them from the settlement.

I presume MS J. Peele was expecting me to accept the settlement. Then, accuse me of pilfering. However, she couldn't and will not succeed with me for money. **As I have always been crystal clear with all my deals.**

3) In 2013. With the French Embassy. Details above.

4) April 2017. Her third conspiracy. I decided to have a Living Trust for my home, in favor of the church. MS J. Peele wanted to force me to change my wishes.

- MS J. Peele has used one of her attorneys to give the church, for three times, a **WILL** for me to sign. Instead of a Living Trust. I rejected to sign any.
- After getting tired by going and coming to the church. I tried to make it by myself,
- First, on **my** computer. A virus on my laptop stopped me.
- Then, I had to use this tricky way to realize my wishes.
  - I subscribed at Whittier Library.
  - In three visits, **I wrote the Living Trust on three different USBs.**
  - Then on the **IN-DESIGN CS6** Program. I downloaded the **three different USBs.** and made it: IRREVOCABLE LIVING TRUST. So no more chance to change.

**At the Norwalk County.** Instruction was given, to reject the recording. But upon my persistence. The Norwalk County agreed to implement the recording.

5) MS J. Peele hasn't wasted her time to start harassing me. This time: Targeting my home

a) Starting June 2017. Right after the legacy, started the non-stop wicked harassment.

b) August 2018. My contractor said to me. "MS Khayat, you are under a harassment that is applied to drug dealers only". It has never occurred for a person of your caliber. I haven't believed him. knowing I am crystal clear in all my deals.

c) December 2019. After discovering. That **the water, at my front yard, was three feet underground closed to the house.**

- I called City of Industry's Police. **Deputy Jordan told me: This is your family.**
- This allusion, he was referring to the whole family.
- I haven't believed him. I couldn't realize my family's hatred feeling has reached this level
- Then, I checked my Suburban Water billing. The charges during my stay overseas From June 2017 to June 2018 was in the range of $ 200.00 a month.

(Exhibit 12)

./...

6) From there, started the indefinite harassment: **First: MS J. Peele is killing me every day.** By: -

- Damaging my health. My home from inside and destroying it from outside. Without missing my car.
- **Furthermore,** after being absent, I have **to throw any food** left at home. As every time I am absent. A Secret Agent gets into my home and contaminates the food. Therefore, my three fridges + a freezer have been empty since 2019.
- **From inside the house:** Whatever having connection with plumbing has been damaged. Even the Heater, the Air Conditioning and the Water Heater. That forced me to remove these three items and manage without. My bed to force me to sleep on the couch since October 2020. Also carpet and furniture.
- **From outside:** Slope around the house. Iron and wood fences. Retaining wall.
- **Now finally: The roof.** MS J Peele/FBI's Secret agents . At night, **they break the concrete tiles. Remove the nails, to cause** the roof be slippery. **Could cause a fall** when someone step on them. Also, lately, they are using **wire that could be lighted to burn the black paper** being under the concrete tiles.
  Furthermore, cameras inside, in the front and the back of the house watching whoever comes to my house. **Any licensed roof contractor is stopped from fixing the roof.**
- **My cell phone: Most of the features are stopped.**
- **My phone and cell phone are phone taping by more than one person.**
- **My computers:** More than one virus. They erase, they change my writing.
- **This letter** had been erased and I am retyping it. FBI

**I don't know . When this wicked crime will end.**

**Detail:** (Exhibit one/Item three/**page 6 to 22).**

<u>The biggest crime. September 2nd, 2022</u>, I delivered to FEDEX.
A package containing a file of around 100 pages addressed to <u>FBI</u> Roseville/ Sacramento.
Scheduled for delivery <u>September 3rd, 2022 before noon</u>

- **<u>The day of the delivery</u>** a sound of hammering the whole night. Stopped around 10 o'clock the next morning. After, a conspiracy has been approved by FBI Sacramento. To postpone acceptance of the delivery that ended by occurring:
  September 13th, 2022.
- It goes without saying that this delay was made to give the chance to MS J Peele to have her Secret Agent open the package and change the contents by withdrawing documents and changing in my writing.
- MS J. Peele Secret Agent could have come during my absence changed in the text and wrote whatever they would have liked.
- As I found the main report changed on my computer.
- I am not confident anymore as far as the contents of the package.
- Enclosed FEDEX copy of the scheduled tracking proving the delay.

.........................................

./...

MS J. Peele cannot be considered a smart investigator here. **If she had investigated my case. She would have discovered my innocence. I am 100% innocent.**
**This is a proven stratagem**
She proved to be an engineer of harmful phony conspiracies. She inherited her grand-parents hatred feelings toward me. To harass people by going through tricky ways.
**Wasting not only people's time** to solve problems that shouldn't have existed. **But also the FBI personnel's time.**

**For the first conspiracy:** (1) MS J. Peele made me go, first to the DMV. (2) Then, to the hearing with her judge. (3) Then another time to the DMV.
She enjoyed putting me on tension and wasting my time. When, it was right after my husband's death.

**For the second conspiracy.** The bracelet. (1) People in the church and in the reception room where I was. Wasted their time, looking for the bracelet. (2) Then, my time contacting and writing to the Insurance. (3) Then, the insurance company for taking care of the claim.

**For the third conspiracy:** MS J. Peele has put everybody on tension. (1) Her attorney wasted his time to visit the church more than three times. (2) Her personnel to prepare three times the **WILL** documents. (3) She wasted the time of the Head Reverend and the personnel of the church. (4) Also, to put me on tension and wasted my time to keep going to the church to review how thing is going on. (5) Then to be forced to use this tricky way to be able to achieve my wishes.

**So here, MS Peele** used her power at the FBI, for her personal interest. **That's against the LAW.** She wanted to force me to make a **WILL** in favor of the family. (To benefit from it, herself later).

**For the fourth conspiracy:** MS J. Peele triggered a situation. Causing a lot of trouble to all people in Lebanon and in the USA.

- **In Lebanon:** (1) To me. (2) To the First and the Second Publishers (3) To the LEBANESE PUBLIC SECURITY.

- **In the USA:** (1) **TO ME.** She is making me suffer. As she was targeting me since 2004. (2) To the Police to respond to my calls. (3) To the Secret Agents who invade my home DAILY. When being absent. Also, damage everything. (4) To the neighborhood . Who is unhappy to have next to their house **A WEIRD HOUSE.**
  - The outside look, to my house, is no more attractive as it used to be. Today, my front yard is no more green with plenty of flowers. It is covered with concrete.
  - The fascia is decorated with pieces of tapes. (My house looks mickey-mouse).
  - The roof is covered with plastic in winter.

**Conclusion:** My house look a shame to the neighborhood

For the only purpose : (1) To harass me (2) destroy my pride, for my home. (3) make me ridiculous in the neighborhood. (4) **Take her revenge for having legated the house and all my possessions to charity.**

MS J.Peele worked hard to create and engineer traps to honest people. She, just, deprive them from enjoying life. Wasting their time, harassing them. And try to find a reason to accuse them of pilfering.

./...

As I mentioned in the said letter of June 2020. Since1968, I have been the black-sheep of my family, Our relationship has been **ON AND OFF up to 1991. Then totally disrupted from 1991 to 2003.** When my husband has been declared with final illness. Their jealousy for having been successful in many fields. (Please don't miss to read (Exhibit Nine). You will have a clear picture of the truth.

Dear Chief Justice, I beg you to help me end this harassment. Before leaving in November. I am 100% innocent.

The three fake accusations of: (1) **PLAGIARISM.** (2) THE FIRST PUBLISHER hasn't been paid. I acted in compliance with the law. (3) **Having published the book with the first publisher's CD.** The biggest lie.

**PLEASE STOP THIS CRIME FOR UNJUSTIFIED ACCUSATION.**

With my respect.

Josette Khayat

Enclosure list enclosed

- Shipping
- Tracking
- Design & Print
- Locations
- Support

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

- Sign Up or Log In

# FedEx® Tracking

- Track Another Shipment
- Help

UPDATED DELIVERY

**Tuesday 9/13/2022 before 12:00 pm**

**estimated between 9:00 am - 12:00 pm**

**Initially expected: Tuesday, 9/6/2022**

DELIVERY STATUS

Delay

Get Status Updates

Alerts (1)

Sign up for Status Updates to get updated as we have more information.

Manage Delivery

TRACKING ID

277544938924

FROM

HACIENDA HEIGHTS, CA US

*Label Created*

9/2/2022 4:17 PM

PACKAGE RECEIVED BY FEDEX

CITY OF INDUSTRY, CA

9/2/2022 4:54 PM

SEP 19 2022 16

Josette Khayat
2516 Abuela Place/Hacienda Heights/CA 91745
Tel.626-820-9566/josettekhayat61@gmail.com

# THE INVESTIGATION

**1) After having emailed story of my book to the French Embassy requesting: Where to register this book in France.**

**THE FRENCH EMBASSY** gave the following answer:

« The Legal protection to the author is granted by the only fact of creating an original form. The copyrights protects the intellectual work. Without that the author be required to accomplish any administrative formality or prior procedure to the registration. Therefore, the related Legal Regulations don't exert any effect on the copyrights birth».

[illegible]

[illegible]

- **If not being a French citizen. The book must be approved by the French Ministry of culture.**

**OR**

- **The Embassy should have given me the address of the Registration Office in France. Who, for sure would have given me a different answer.**

**OR DISCLOSE TO ME:**

- **English/French books are not acceptable by the French Ministry of Culture.**

[illegible] **(doesn't make sense to me). Unless someone has a grudge against me. (What kind of grudge) I don't have enemy. Except my family's jealousy.**

**2) AT THE FBI,** [illegible] **Who gave THE FOLLOWING instructions:**

**TO ALL THE POLICE and INTERPOL / FBI in Lebanon.**

**"KEEP JOSETTE KHAYAT IGNORANT ABOUT PLAGIARISM AND HER HARASSMENT".**

**To the First Publisher DAR AN-NAHAR :** [illegible].

**To the second Publisher ST PAUL LIBRARY.** [illegible]:

- ✓ [illegible] **the book identical to the one of DAR-ANNAHAR**
- ✓ [illegible] **the IN-DESIGN CS6 PROGRAM from** [illegible]
- ✓ [illegible] **my biography with the serial number of the book.**
- ✓ [illegible] **from my Biography: THE EXPRESSION "**[illegible]**".**
- ✓ [illegible] **at the end.**
- ✓ [illegible] **a CD. Written on it:** [illegible]

**To all my Lebanese acquaintances: Don't disclose any computer or technical information TO JOSETTE KHAYAT.** ./...

SEP 16 2022

FOR THE FBI.

- The FBI/MS J. Peele got my Lebanese phone book from her grand-ma, Therese.
- Without my knowledge.
  - Therese took it from my hand-bag while visiting sister Christine in Laguna. Gave it to Joelle.
  - Then, after twenty days, when Joelle came to visit her father in Hacienda Heights. She left my phone-book at Therese's door. As Therese was not home that day.
-

could check the computers of:

Cooperative Printing Company SAL. AS DAR-ANNAHAR DON'T HAVE A PRINTING SERVICE. THEY HAVE USED Cooperative Printing Company SAL.

- This Company Has two locations:
- For the preparatory printing. In ANNAHAR/ NEWS-PAPER BUILDING. Located next to the Port.
- For the in-printing press. In their headquarters in DAR-AN-NAHAR BUILDING. Bank of Lebanon STREET.

They will find the first print completed October 15TH, 2013. Afterward, I got not less than fifteen drafts. From 2013 to March 2015.

Reference to contact: MR Ziad Tueini, was the manager at the time OF THE PRINTING THE BOOK. I have his Email and phone number if you need them.

ST-PAUL-PRINT HOUSE. They will find my printing from May 2015 to January 2016. I have Rev. Nazih Hayek Email and phone number if you need them.

. However, the computers are still there.

I hope you understand me. As I was not aware of what is going around me. Just two weeks ago, I checked on line. And discovered the relation between Corporate-Law Firm and the FBI.

At this moment, I started to understand this diabolic conspiracy sponsored by MY FAMILY with the FBI. To destroy me. For fifteen years, all MY FAMILY knew the co-operation between Corporate Law-Firm and the FBI. And Joelle was dealing with the FBI.
However, to be able to hit me in the back. They kept it secret.

..............................................................

Josette Khayat
2516 Abuela Place/Hacienda Heights/CA 91745
Tel.626-820-9566/Cell/626-228-9919
Josettekhayat61@gmail.com

# ADDENDUM

VERY IMPORTANT TO BE READ.

Now, after having discovered the relation of the Corporate Law-Firm with the FBI. That means MS Joelle Peele with the FBI. I discovered and realized the following:
As the FBI's Secret Agents are on my computer. One of them is my sister Christine. It goes without saying MS Peele too. They erase and add the way they like it. I write important point. Then, I don't find them.
**I have added over four times**. In the harassment report the two following items. Then, I noticed. They are no more there. Having completed my report. I am compelled to add them on a separate sheet.

1) November 7, 2008. THE DISAPPEARANCE OF MY DIAMOND BRACELET. **(A trap by MS J. Peele)**

I have been to the funeral of a dignitary.

- At my return home the bracelet has disappeared. The Church and the reception room have been checked.
- I placed a claim at Farmers Insurance. After 45 days. Farmers sent me a letter stating: they will send me a check of 1,500.00 dollars being the settlement of the claim.
- Next day, after visiting my sister Therese, I found my bracelet on the floor of my car.
- I got stunned. How has the bracelet re-appeared after 45 days.
- The next morning, I contacted Farmers, released them from the compensation and thanked them for their offer.

Here is the puzzle: **It goes without saying.** It was the work of my family but with the help of MS Joelle Peele.

- They took my bracelet from my car and have hidden it.
- MS J.Peele was following the claim with he Insurance.
- After the Insurance made me its offer.
- **MS J.Peele was expecting me. To accept the compensation. Then, she would be able to put me under harassment for dishonesty**. (She should check the dishonesty of her family).

As my Husband and I have been able to succeed in our projects. the family's jealousy wanted to tarnish my reputation. **MS J. Peele became the ladder to realize their wishes**. That was going to help them reach their target to destroy me. They wanted to find a way to accuse me of having been dishonest and start their harassment. Since 2008.

**Unless it is: The FBI target to destroy whoever has been able to succeed in life.**

**If this is the case, so the FBI should target MS J.Peele's Father DR. Sami Khoury, for the very large profit that he realized . When selling his share at the selling of the Medical Insurance CAREMORE.**

-----------------------------

19

**2) THE DISAPPEARANCE OF ONE THOUSAND DOLLARS.**

since 2006, when MS Joelle Peele started to work in a Corporate Law-firm, she was in contact with the FBI. I discovered the enigmatic disappearance of one thousand dollars.

- Also, as I mentioned in my report ITEM TWO. The City of Industry Police was not giving any importance to my, around ten time complaints.
  - In 2010. I had put one thousand dollars in a file of my four drawers' filing cabinet. Two days later, these THOUSAND DOLLARS disappeared. I was amazed, I am alone at home. Who could have guessed to check in my files?.
- Due to this fact, I have installed eight cameras inside and outside the house.
- Now, after having discovered the relation of MS Joelle Peele with the FBI. Today, I consider hidden cameras were in my house.
- My worry. Who has put hidden cameras in my house. From what date?

**Does the FBI has the right to install hidden cameras in somebody house, without a warrant? THIS IS SCHEMING.**

**Now, I know. There are cameras in my house. My hope, after being released from this fake accusation. All these cameras will be removed from and around my house.**

---

In 2018. After my return from Lebanon. The stucco of a column of 14' high was peeling

- At the time, I didn't know the reason. Then, I discovered the sprinklers were opened by my family, while my being one year in Lebanon. According to Deputy Jordan, City of Industry, declaration made on December 2nd 2019. This is the work of your family.
- The Suburban Water charge was in the range of $ 200.00, or more, a month.
- I called my contractor, who worked for us since 1985, to cover this column with tiles of marble.
- My contractor said to me: "MS Khayat you are under a harassment program that is applied to the drug dealer only".

I would like to clarify to you. According to the Law, I haven't paid the first Publisher. **If I was stingy and running after money. I wouldn't have paid:**

1) **To their employee MS Soad Melki the amount of $ 2,000.00. For having been unpaid**
2) **Furthermore, After the Great Explosion to the Port of Lebanon. I paid to the church $ 10,000.00 to help the people.**
3) **Due to the lack of food and medication in Lebanon. I paid to two families $ 2000.00 each.**
4) **To a Church $ 7,000.00 for their Employees. $ 5,000.00 from my account in Lebanon and $ 2000.00 cash.** **I have the proof**

**Could you consider? I could steal $ 3,000.00 and the CD of the book from DAR ANNAHAR. They were mad for having been unsuccessful to fool me. I have been forced to stop the payment. They knew that I was within the Law. Otherwise, they would have sued me.**

## ADDENDUM

After having completed the whole file. I found out, that the enclosed items must be added to the file:

1- **My CV**.
2- **1994, Farmers Insurance Earthquake Claim**.
3- **ITEM That I missed to add to Exhibit Eight**. (I have sisters model). **Showing the wickedness of the Ashkar. Grand-parents to Joelle Peele**.

.....................................

## CURRICULUM VITAE

**NAME** : Josette Khayat.

**DATE OF BIRTH** : 02.20.1936.

**PLACE OF BIRTH** : Egypt / Cairo.

**COUNTRIES OF RESIDENCE**: **Egypt:** From date of birth to: July.1957.
**Lebanon:** From July 1957 to August 1958.
**Egypt:** From September 1958 to May 1962.
**Lebanon:** From May 1962 to September 1968.
**Kuwait:** From September 1968 to may 1984.

.............................................................

***Education:***
**In Egypt**

- **Bon Pasteur French School:** ................ High School.
- **British Council:** ................ Lower Certificate..
- **Intensive Private course: English:** High School level.
- **Secretarial course:** ........... Shorthand/typing.
- **Personal:** ........................... Insurance - Banking.

.............................................................

***EMPLOYMENT:***
**In Egypt**

1- **Teaching French:** A) *Notre Dame Des Apôtres School.* From 1952 to 1957.
B) *Nazareth School. Lebanon,* 1957 / 1958.

2- **Secretary** ........... : *1959.Ciba Pharmaceutical Company. In Egypt.*

3- **Employee ..........:** 1960 to May 1962. In Egypt.
**Firm** ......................: *Representative of Henkel Boeme fetch*emie, Germany.
**Position ..............:** Handling the recording stock cards and the billing.

21

***EMPLOYMENT:***

**In Lebanon**

**Insurance** ...........: *From 1962 to 1965.*

**Firm** ....................: *Nederlandsche Lloyd of Holland in Lebanon.*

***Position*** ..............: *Handling* : The Marine Section. +

Checking of: Insurance Policies, for all Sections.

+ The statistics.

**Banking**...............: From 1965 to 1968.

**Firm** .................... : *Jordan National Bank, in Lebanon.*

**Position** ........... : **Employee:**

Exchange Dept. + Book-keeping of the Dept.

Documentary *Credit* Dept. + Book-keeping of the Dept.

Handling of the Dept. for one month. Due to the Manager absence.

................

***EMPLOYMENT:***

**In Kuwait**

**Consulate** ............ : From January to December 1969. Consulate closed.

**Firm** ....................... : *Swedish Consulate, in Kuwait.*

**Position** .......... ...... : Secretary to the Consul. + Translator from English to Arabic & vice-versa.

**Construction**......... : From January to March 1970.

**Firm** ...................... : *Scet-Cop of France, in Kuwait.*

**Position** ................ : Translating from Arabic to French. The specifications for the offer to the two following tenders:

A) Regular Housing.

B) Housing for people with Limited Income.

**Banking**................. : From April 1970 to April 1977.

**Firm** ....................... : *Central Bank of Kuwait*, Banking Supervision Division.

**Position**................. : **Secretary to:** The Manager of the Division **+ to:**

The Bank Consultants:

A) From April 1971 to 1974.
No. four Bank of England, Mr. Moule.

B) April 1974 to 1977.
No.Two Bundesbank, Germany.
Mr. Messerschmitt.

- **Oil Company** .......... : From April 1977 to July 1977.

*Oil Transportation Company of Kuwait.*

Executive Secretary to the Transportation Manager.

10- **Banking** ........... : From 1977 to 1984.

**Firm** .................. : *National Bank of Kuwait*. In 1977 the bank became 25 years old.

**Position** ......... : A) From 1977 to 1981.
**Executive Secretary to the Manager of Human Resources Division.**

B) From 1981 to 1984.
**Manager to the Mail Department** with 25 employees.
Re-organization of the whole Department.
A Department causing problems to the whole Bank for 25 years.

I don't like to praise myself. But Managers in the bank asked me: Where were you for 25 years?

...............

## 11- Construction: In the USA. In Glendale.

A) December 1984.
We built our First Building. While being in Kuwait.
. At 1447 E Windsor Avenue. That was built by a General Contractor.
From November1982 to December 1983.

B) March 1985.
We bought a Second parcel of land. **At** 524 Salem Avenue.
That was built by a General Contractor.

C) December 1987. We sold our second building.

D) June 1986.
We bought a third parcel of land. At 1041 Allen Avenue.
That was built by ourselves. That means owner builder.

E) 1987, 1988, 1989.
We were building our third building. It has been signed for occupancy 02/16/1989.

F) 1989 to 2003.
Managing our building.
**We sold the third building. December 2003.** AS IS. The price was Lower, than what it was supposed to be.

---

## 2- FARMERS INSURANCE EARTHQUAKE CLAIM.

**1994 Earthquake. Damage caused to the building:**

**FARMERS INSURANCE responded to all claims.**

**A- THE FIRST TIME. The Adjuster checked the building and noted the following:**

1- Next to all windows, a small horizontal crack to the drywall.
2- Crack at the corner of the wall of an apartment.
3- Crack to the slab of the second parking. That is the largest parking.
4- In the garage. Crack to the box encompassing the plumbing and the Electrical wiring of the building.

**After the Adjuster left:**

5- We noticed part of a kitchen cabinet sliding. **My husband hanged it**. To keep it safe.

Two years later. We got informed. That if any part of the kitchen cabinet gets damaged. Farmer has to pay for the whole kitchen.

At the light of this information, we called for re-inspection. The inspector came checked the kitchen. Then, we received a call from Farmers. Informing us. That they are not willing to pay the kitchen damage. We haven't complained.

**But it seems this adjuster had faced many unfair settlements. Therefore, he sent a complaint to the state in Sacramento.**

.........................................

B- In 2001**, we received a call from Sacramento**. I answered the phone. A female voice. Saying: "I am calling you from Sacramento. We want to talk to you, in regard to your earthquake claim with Farmers".

- My answer. The claim is settled.
- She said "**NON**". I am coming with my husband to meet with you. I couldn't say anything except, "WELCOME".
- Two days later. A classy couple came. The Lady reiterated her request. Therefore, we decided, for a date, to meet at the building.

When at the building. **She showed us a crack in the garage ceiling. That we hadn't noticed before.** We showed her the kitchen. Also the damages that Farmers paid for, in 1994.

**Consequently, from Sacramento, the Lady ordered the re-opening of the claim.**

C- THE SECOND TIME**: An Adjustor rechecked the building.**
While being in the building. That day, we were changing the carpet for an apartment. So,

1- **We have been able to check the light-weight concrete for this apartment**. There were cracks.
2- Then, we checked two other apartments. All light-weight concrete had cracks.
3- Then, we checked the garage and the crack noted by the representative of Sacramento.

After a while, without our presence,

1- The Insurance Adjustor opened in the parking. the top part of the wall with the ceiling. It remained opened for a while. Then, they closed it. Also, Farmers stucco it.
2- The Adjustor opened another part in the ceiling. Farmers closed it. But hasn't sprayed it.

These openings were made during our absence. Therefore, we haven't seen what was done.

After a while, I don't remember the date. The adjustor called us and said: "he is ready for settlement".

We met with him. He gave us a picture showing an opening similar to the opening that was made to our building. Therefore, we haven't been informed of what was done.

**Right away, we said to the Adjustor "THIS IS NOT OUR GARAGE". He smiled and hasn't commented, or even explained the reason for giving us a different picture. Or what they did to the ceiling of our garage.**

On our way back from Glendale. We were thinking. May be something wrong in the steel beams connection. **We got scared.**

Upon arriving, we have sent a fax to Farmers as well as to the attorney handling the case. Requesting a clarification for giving us:

A picture different than our building.
And requesting the picture for our building.

Farmers and their Attorney remained silent for a while. Nevertheless, we kept asking for the reason.

This situation forced us to cancel our 2002 summer vacation to Lebanon. As we were waiting to make sure that they won't need us for the re-opening of the ceiling.

Only, in the month of April 2003. Farmers' Attorney sent us a choice: **Whether to go to court or to get a settlement.** So we accepted the settlement. My husband was 83 years old. And he was not in need to be on tension. Specially that his blood pressure was high.
But, we remained worried in regard to this crack.

That is all about. The Earthquake Claim.

---

## ITEM THAT I MISSED TO ADD TO EXHIBIT EIGHT

**"In 1984, we left Kuwait to reside in the USA. Up to the end of our life."**
We were planning to live in one of our apartment. That we were going to furnish upon our arrival.

We made this final trip, from Kuwait to the USA, through the FAR-EAST. So, we visited some of the FAR-EAST Countries, In between was "HONG-KONG.

In HONG-KONG. In front, of our Hotel, was a Place of Chinese Furniture. Therefore, we visited the place. We found-out that the prices were very cheap. And whatever we will buy from the USA will be much more expensive.
Therefore, we placed an order. **In between the ordered furniture, was a dining room that we liked**. We made a down payment. The furniture arrived to the USA two months later.

Five days, after the furniture arrival. **Came to visit us. The Ashkars: "My sister, her husband and their son John".**
John is a 6' TALL MAN. In 1984, he was married and was 29 years old.

It goes without saying they congratulate us for the new furniture. At this time, we, still, hadn't bought seats for guests. What we had. Were the dining room chairs.

**John their son**, I am sure under his father's recommendation. **Acted like a five years old child. He kept swinging on his chair, backward/ forward, backward/forward not less than fifteen times, up to the time the chair leg broke.**
**At this moment, they became satisfied.**

My husband and I haven't commented. But, we knew that this is their hated feeling toward us. hatred

I assume at this time, I don't have anything to add.

---

26

1

Josette Khayat
2516 Abuela Place/Hacienda Heights/CA 91745

I am not able to find the administration specialized in my subject. Which is a Law-Suit against the FBI.
The Superior Court of California, County of Los Angeles. Family Law Department, doesn't cover my case.
I couldn't find whether on-line or by the Sheriff Department where to address my case.

**FIRST PHASE:** A clear picture of the situation

**SECOND PHASE:** How started the

**THIRD PHASE:** The First Publisher was DAR-ANNAHAR

**FOURTH PHASE:** Fake diabolic accusation by the first publisher

**FIFTH PHASE:** THE ERASING to my re-in-printing to the book from my laptops, USBs and CDs

## FIRST PHASE

Before presenting my case. For the reader to get a clear picture of the situation. I have to start by describing the following:

1) **The limit of my general knowledge?**
   - I am 86 years old. I am of a peaceful temper. I have never had any relation with Police.
   - I worked overseas. In the Middle East. Teaching up to 1958. Then, in trading, Manager of Marine Insurance and Banking
   - In the USA, I built three buildings. Two with a General Contractor and the third one My Husband and me were Owner Builder. We have not used any attorney for any contract. We used to write our own contracts.
   - It is clear. That I have never had any co-operation with attorneys in the USA. Furthermore, I did not have any idea of the role of Corporate Attorneys with the FBI.

2) *My relationship with my family* :
   The relationship was sinister. On and off since I got married in 1968. Then, totally disrupted from 1991 to 2003 up to the time my husband was at his final illness. [illegible] **(Please read** [illegible]

3) *My relationship with my Great-niece*:
   [illegible]
   MS J. Peele was extremely cool from her side toward me. Despite my being extremely sweet to her. I used to spoil her at any presented occasion. The same way, as I was treating all nephews and nieces. However, she has never said to me except HI & BYE. She has never tried to exchange one sentence with me. Even how are you doing! When she used to come at my Christmas Party. Nothing more than HI & BYE. Her Husband, sister and brother had different attitude toward me.

4) *My discovery to the role of International Corporate Law-Firm. And its effect on me.*
   [illegible] **Only, two weeks ago,** [illegible] **THE RELATION BETWEEN CORPORATE LAW-FIRM AND THE FBI** [illegible], that a closed relation is between these two institutions PLUS Edison.
   MS. J. Peele was dealing with the FBI since 2006.

./...

27

2

5) I don't have children. I have never had been interested to extend my knowledge to the FBI. [illegible] the whole family have been informed by MS J. Peele, the role of the International Corporate Law Firm with the FBI. Unfortunately, on purpose, they left me ignorant about the subject.

- [illegible] The harassment that I was going through [illegible]. By having documents taken from my home. Sometimes, returned at the top of a drawer and sometimes **Not returned**. At this time, I presumed that my family got a copy of the remote of my garage and were invading my home while being absent.
- My sisters' undisputable jealousy for my having succeeded in many fields. Therefore, to be able to harass me without that I could guess the source of this harassment. They kept me ignorant about the subject.

Only one of them used to repeat to me [illegible]

In fact, I could not guess. That, since 2006, the FBI was after me at each of my steps. Backed by MS J. Peele.

[illegible]? The City of Industry's Police Department was never giving importance to my, around ten times, complaints. (Reference should be in their archives).
So by discovering the relation between these Law-Firms and the FBI. I realized. There was a cover-up by MS J Peele/FBI. Being at a Corporate Law-Firm. And her relation with the FBI. In addition to her hatred feeling toward me.

[illegible] that MS J. Peele hasn't wasted her time. Right after my husband death:

She has sent me to a DMV hearing. After, I had congratulation for the renewal of my ID.

- Also, MS J. Peele is holding a grudge against me. For having made my legacy in favor of the churches. As, without my knowledge, she did her best through one of her attorneys to force me to sign a **WILL**, in order to change MY LEGACY. Nevertheless, she has not and she will not succeed. As my decision is made on solid basis. (pse read [illegible] /PAGE 12/section
- [illegible] the harassment, that I am going through as described in [illegible]. Three months ago, MS J. Peele added a spray to my home with a kind of gray powder that blocks my breath and puts me to sleep most of the day.
- Also, lately, I see a strong light crossing my window. I am scared to be electronic wave my dentist.
- For two times. After the dentist having completed his job.. While still laying on stretcher a very strong light crossed me.
- I am sorry for her, if she is not aware that she is getting a real criminal. Because, I am not at fault in anything. You will discover it while reading this file.
- My sisters undisputable jealousy from my success in many fields. They kept their knowledge as far as Corporate Law-Firm "[illegible]". To be able to harass me. Without letting, me, be able to discover the doer

3

## SECOND PHASE

**HEREAFTER, HOW STARTED THE**

Right after having sent a chapter from my book:

to the French Embassy in Washington DC., requesting them to inform me. Where could I register this book in France. Immediately, their employee Ms. Anne-Sophie Hermil confirmed to me by three phone calls. This book does not need to be registered. The first of its kind. The author is protected by law. Having argued that this is not the correct answer. MS A.S. Hermil emailed me the enclosed document. **Stating in French:** :

Still, I am not able to assimilate the idea. That right after having received the chapter of the above mentioned book. The French Embassy started a harassment in co-operation with the FBI. Now, my belief. MS J. Peele was behind.

IF the Embassy had not accepted the idea of the book. **They could have given any of these three following different answers.**

**1)**

**2)**

**3)**

Now, I consider, the answer reported to me by MS Anne-Sophie Hermil, was made after a decision made between the French Embassy and the FBI/MS J. Peele.

As right after, started the following harassments.

A) At City of Hope, Duarte started the first harassment. As I was being checked, after a bladder cancer. The Doctor requested, every two months, for four times. By making me suffer by the intra-venous shot. Cancer at the Head of the Pancreas.

Then, it has been proven a fake diagnosis after an endoscopy in Lebanon.

What is strange? MS J. Peele grand-ma Therese and my sister Christine were aware of the harassment. "It is not true."

These comments prove that MS J. Peele was behind. That is why, my sisters did not believe.

B) Car accident premeditated by the hitter to just destroy my car. That is why, Rowland Height Police refused to give me the Lady's insurance and a report for the accident.

having got the green light from: The French Embassy. And the Ministry of Culture in Lebanon. Whose comment was: The book can be sold in the Libraries. Therefore,

Here started the second Diabolic Conspiracy. Any instruction from the FBI is highly respected and implemented. <u>People in Lebanon are good-hearted. If, they knew that my book is against the Law. They would have warned me: I presume:</u>

./...

24

Nobody should inform Josette Khayat that her book is subject to PLAGIARISM.

Then, ... Publish the book. But have it done" Mickey-Mouse".

It goes without saying:

- The author ignoring what is going-on. It goes without saying:" he/she wants to have a perfect production".
- the Publisher has to comply with the FBI's request.

FROM HERE. Started MS Peele's target to destroy me. And to put me into her hen-cage.

---

**THIRD PHASE**

**The First Publisher was DAR-ANNAHAR** ... And from here started the DISPUTE. As far as myself, I was not aware what was going on, behind my back.

... I have not done anything against the law. I have been Crystal-Clear in all my deals as I have always been.

The FBI has not succeeded with the First Publisher. As I stopped them from issuing a Mickey-Mouse book. Furthermore I was forced to stop any further payment for them. As after eight months, confirming they will comply with the terms of my required contract.

Please note: When the book started to improve. However not done. Before stopping the payment. I started by sending to the first publisher DAR-ANNAHAR:

1) ... an email, warning them no payment before a contract with the following conditions:

A) ... **For each mistake made on purpose. By the IN-printing of the signed book on the plaque**

B) ... **If any word is changed on purpose.** When in-printing the book, from the plaque to the final printing. That is going to be published.

2) ... in Arabic ... to DAR ANNAHAR. Warning them

3) ... A The ... in Arabic sent by a Notary Public through the Court, to DAR ANNAHAR

- **Due to the fact of DAR ANNAHAR rejection through their attorney MR David Salloum, to issue a contract comprising the following terms:**

(A) ... **For each mistake made on purpose. By the IN-printing of the signed book on the plaque**

(B) ... **If any word is changed on purpose.** When in-printing the book, from the plaque to the final printing. That is going to be published.

(C) As, the amount of three thousand dollars, was conditional. Upon signing a contract with the above mentioned terms.

./...

(D) : **If yourselves or any of your employees or acquaintances come to issue a book similar to my book.**

**(D).**

Enclosed This second letter, in Arabic, dated confirming what is mentioned above sent THROUGH THE COURT, by a NOTARY PUBLIC to DAR ANNAHAR. TRANSLATED to English by a sworn translator.

If I was derogating from the Law. DAR ANNAHAR would have sued me and penalized me. With higher compensation. Nevertheless, DAR ANNAHAR was realizing. That I am acting within the Law. Having started to receive their first warning in When the book was not completed yet.

## FOURTH PHASE

### FAKE DIABOLIC ACCUSATION BY THE FIRST PUBLISHER.

Having stopped the First Publisher DAR ANNAHAR from issuing a Mickey-Mouse book. Also, having stopped the payment according to the Law.

To find a way to accuse me. THE FBI. The French Embassy. The Lebanese Interpol associated with The First Publisher. Also, I don't know, if the British Interpol is included. They have engineered The Second Publisher: St. Paul Library and St. Paul Print-House

FOR HAVING ME FACE THIS CRIMINAL HARASSMENT.

These me from re-writing this book. That was originally written in 1979.

Washington DC: Having given me. The incorrect answer to my request.

Christine and Therese, grand-ma to.
MS Joelle Peele.

My sisters could have saved me from all what I am going through. By disclosing to me, That my book is subject to PLAGIARISM. (Definition that they learned from MS Joelle Peele + their four other attorneys) As I had explained to them since 2012. The way and the reason for having written this book Sections The reason for writing and re-writing the book

(This is proven by the consequences that will be applied toward me and toward them)

- The FBI will deprive me from all my possession make me suffer with a non-stop harassment Destroy me and my home. To end me in the street.

They will be rewarded with all my possessions. ./...

Therefore, [illegible] PLAGIARISM. **Actually, they were mute since 2006. After MS J. Peele started her job at a corporate Law-Firm. And inform me that these Law-Firms deal with the FBI.**

[illegible]

- (The [illegible]) being Bank of America, Litigation's refund. (Details [illegible] /PAGE16/[illegible]
- Now, [illegible]. The bank is denying having opened this CD. Still the case is pending.

If my sisters had sister's feeling to protect me as I protected them. They would have acted differently since 2006. Their jealousy from me and their wishes to put me down had no limit.

Is-it acceptable by having five corporate attorneys? Not only, had one tried to know or to understand my case or listen to discover my innocence. On the contrary, they are all participating to the crime. Helping MS J. Peele to realize her target to destroy me.

[illegible] They are all enjoying to participate to the harassment.
It goes without saying. They are paid for it.

Furthermore, my sisters have the gut to try to talk to me. As if, they are not involved in the subject. When they are the major participants

I am sure MS J. Peele knows that I am innocent. However, she wants to reach her target. To get my possessions or destroy me.
She is scaring my friends, the churches by giving orders under the title of the FBI. That nothing should be disclosed to Josette Khayat.
On the other hand, everybody must report to the FBI. That means to MS J. Peele. Every word said by Josette Khayat.
MS J. Peele has put me in her hen-cage.

[illegible] STARTED

[illegible] June 2017. RIGHT AFTER HAVING LEGATED MY HOME TO THE CHARITY. MS J. Peele worked very hard to stop me from accomplishing MY WILL. However, unfortunately, she failed. This made her madder. As she had promised the family. She won't let me accomplish the Legacy.

[illegible] APRIL 2018. RIGHT AFTER HAVING INFORMED [illegible] GRAND-MA THERESE. That I legated my home in Lebanon to the nuns. Who take care of the elderly

[illegible]

The First Publisher. DAR ANNAHAR Publishing [illegible]. The book has been in-printed by three employees with Arabic knowledge only. It claimed from me, around one whole year of attendance in their offices with their personnel to have the book done correctly.

The details in [illegible] /THE IN-PRINTING OF THE BOOK

- I reiterate [illegible], MS Shadia Tueini's Attorney, MR David Salloum said
  "DAR ANNAHAR refuses to have a contract in compliance with your required terms".
- At this moment, I didn't have any other alternative. [illegible] to withdraw [illegible] to take the risk of having a book mickey-mouse. Therefore, I found-out that I had to withdraw. /...

Now, after having gone through all the stages. I consider that:

- The First Publisher was required to in print the book. However, to have it mickey-mouse at the publishing
- Beside of their being powerful and member of the Government.
- Consequently, (with their family's member "MR. ELIAS EL-MURR, who, at this time, was ) detailed in section:

Therefore, with the implementation of: The French Embassy. DAR ANNAHAR. with the Lebanese interpol. The FBI and The five diabolic conspiracies by The Second Publisher. Create a reasonable cause.

It has never crossed my mind. That I could be accused of having used the Dar-Annahar publisher's CD.

- **The Second Publisher is ST. PAUL LIBRARY AND ST. PAUL PRINT-HOUSE.** Managed by Rev. Nazih Hayek. He doesn't look to be canning or astute.

  I, myself, re-in-printed the book.

  **This is how, it started:**
  After having withdrawn from the First, Publisher. I hired the Mr. Ahmad El-Zein. Mr. Ahmad El-Zein prepared the layout to the page. Typed the whole book from a copy of DAR ANNAHAR with one slash divider between every two words of the translation. But the printingit was with thousands of mistakes.

  Now, to correct the mistakes. I was in need of help. Being not professional with the Program "INDESIGN CS 6".

- I contacted the **Second Publisher** St. Paul Library. Managed by Rev. Nazih Hayek. When I started to work.
- **The Rev. N. Hayek** agreed to publish the book. However, refused to have the book in-printed by **ST. Paul Print-House**. As the number of their personnel was limited
- On the other hand, he agreed that I work the book, on my laptop in their offices. As I was in need of help for the IN-DESIGN CS6 Program.
- Afterward. Rev. N. Hayek escorted me to the offices of ST. Paul Print-House. Made me the acquaintance of the personnel.
- Rev. N. Hayek asked Mr. Tanios Malak, who is professional with the "INDESIGN CS 6 program", to help me with the problems that I was facing with the "INDESIGN CS 6 program" Being a complicated and unusual program.

33

- Also, Rev. N. Hayek required me. Every two weeks: to give the draft that I would have prepared to MR Tanios Malak on a CD. Who in turn, will have to return it to me on a different CD.
- During the first twenty days. Mr. Tanios Malak was helping me, many times a day.

After twenty days. The Rev. N. Hayek asked me:

- To work from home. And
- To come to their offices. In case, I face any difficulty in the Program INDESIGN CS6.

- In fact, afterward, I used to visit their offices twice a week for questions about the program

  Enclosed: An affidavit emailed to me From Mr. Tanios Malak . Confirming that he was helping me, from May 2015 to January 2016. By clarifying to me the use of INDESIGN CS6 Program.
- I followed Rev. Nazih Hayek's instructions with confidence. As dealing with a priest.

HERE AFTER ARE THE FIVE CONSPIRACIES.

When I started to work. The program IN-DESIGN CS6 PROGRAM was at "LINK".
After a little while, I noticed the has been changed to
When the program is at "NO LINK". The printing gets in-printed but remain hidden in the program.

I asked MR Tanios Malak to have it changed. Unfortunately, it has been rejected. This situation forced me

<u>I changed the one slash divider between two French words of the translation. To two slashes divider</u> between two French Words of the Translation.

- <u>It has been rejected by Rev. Walid Scandafi. Supervisor of St Paul-Print-House.</u>

  <u>Upon my challenge to: Either accept the changes or I withdraw. Rev. Walid Scandafi agreed to the two slashes divider.</u> between two French Words of the translation.

- The reason for Rev. Walid Scandafi's rejection:

  To achieve the FBI malicious target: in final,

Now, with the changes to That I made to the book.
won't and cannot be believed as
DAR ANNAHAR PRINTING WAS, only, ONE SLASH DIVIDER between two French words.

- Again in the same Enclosure: MR Tanios Malak . Confirms my change to the double slashes divider between two French words.

My bibliography: To add it to the book. I couldn't add it by myself. Having the Program IN-DESIGNCS6 at

- Rev. N. Hayek refused to add it. However, upon my challenge whether to agree or I withdraw. He agreed.
- Nevertheless, without including the two pages with the serial number of the book. To just add them "P.11/1 and 11/2". Pretending "It will claim a lot of work".

./...

Now I conclude. [illegible] It was [illegible] **(Enclosed** [illegible]

- If, at the time, I had the minus doubt. That I could be accused of having used the CD of DAR ANNAHAR [illegible] That the two pages, of my biography. not be included with the serial number of the book.

[illegible]

From my biography. Rev. N. Hayek has erased the expression [illegible]
This action was taken, to deprive me from my right, to write in English. Being an American Citizen.
I have the right to write in English. And apply on me the USA defense.
Enclosed [illegible]. An Affidavit from Rev. N. Hayek [illegible] the expression [illegible]

[illegible]

An employee, from ST. Paul Print-House, gave me a CD. On the top of it: is written: Le livre de Mme Josette Khayat.

At the time, I haven't given any importance to the subject. However, first, I considered the reason was: to say that my biography was not having the term LEBANESE/AMERICAN. The Affidavit from Rev. N. Hayek confirmed this fact.

However, now. I give to the situation, a totally different meaning. They wanted to say:

Rev. N. Hayek got the CD of DAR ANNAHAR Publishing. And. he is giving me a copy for my reference.

FIFTH PHASE

THE ERASING to my re-in-printing to the book from [illegible]. From my five laptops, my USBs and my CDs

WAS

FROM THE INTERNET

[illegible]

the FBI was and is forging to create fake evidence.

By disposing of all my laptops, my USBs and CDs. The FBI Secret agents are erasing and adding the way they feel like. I can say mostly every day, according to the instructions given to them by the FBI management. This means by:

My great niece MS Joelle Peeta.

They believe this tricky way, would led them to confuse me and enable them to unlawfully justify their fake accusations of: ./...

35

- **PLAGIARISM**
- **THE FIRST PUBLISHER HASN'T BEEN PAID**
- **PUBLISHING MY BOOK WITH THE CD OF the first publisher DAR-AN-NAHAR/Lebanon.**

It is clear, the FBI are using their full technic. By keep using their malicious tactic, to justify falsely. That I am at fault. And to make me believe that I am confused.

. Who came to the USA. Instead of relying on welfare. As many people do. She and her husband worked very hard by going into fruitful projects. Enhancing the economy. And have not rely on welfare.

For the FBI, if this person has no children.

The FBI work to make them suffer to confiscate their possessions.

Instead of being rewarded at the end of their life. For having paid taxes, The FBI is using their full technical power.

My understanding, the FBI encourage people to live idle to rely on welfare. There, they won't face any problem. They will be a burden on the economy.

: The French Embassy, my sisters, the First and the Second publishers

Unless, the explanation of the word PLAGIARISM is equal to a nuclear bomb?

An information hidden since 2013. That I discover in October 2021. After eight years. When we have in the family five corporate attorneys. Instead of letting me know about PLAGIARISM. They went into conspiracies and worked to enjoy harassing me. While I am innocent about the case. SAY:

IN GOD WE TRUST. JUSTICE SHOULD BE THERE.

The truth was supposed to be disclosed to me from day one. And stop me from publishing the book. Despite that, I am not supposed to be penalized. According to the defense of the accused. (Enclosed ).

I don't need to say to the FBI. As they should know more than I do: When a person of old age. Takes the initiative, to realize a project by himself/herself. This person will never forget the details.

As, this person would have used his/her full attention to make a decision.

The age factor won't let this person forget what he/she went through.

Therefore, by all these tactics. To mess-up with all my laptops, my USBs and my CDs won't confuse me. Furthermore, all the harassment won't put me down. Because,

I beg your Honor, to give me justice. The ground is a hatred feeling from my family. Who made me suffer for over fifty years?

I am putting all my hopes, within your honorable justice. All what I am going through, is just stratagem. As you will have noticed.

From all the above mentioned conspiracies. And from reading: The enclosed ( / 

./..

36

I had never heard the word "PLAGIARISM". There should have been instructions from the **FBI**. That I be kept ignorant about **PLAGIARISM**
As the Lebanese people are good hearted. They would have asked me:
To stop from publishing this book.

**To mess-up, with all my laptops, my USBs and my CDs, won't confuse me. Furthermore, all the harassment won't put me down. Because,**
**Because, I am, I have been and I will always be transparent. Without causing harm to anybody.**

One more information. I don't know if it is **GOD-CASTIGATION**. Both companies went out of business. After my book.

I put, in Your Honor, all my Hopes in your fair justice.

With all my respects.

Josette Khayat

Josette Khayat

**NB.** Now, I am enclosing herewith. Comprising

The way i wrote the book. ..................................................
A large amount of English words picked from the dictionary: the translation to French. Also, at the end of each chapter .
The meaning of some French words, in French.......................
The pronunciation.................................................................
The common expressions. ..................................................
**THE IRREGULAR VERBS.** ..................................................

**THE REASON FOR WRITING THE BOOK.** ........................
The reason for re-writing of the book. ...................................
The registration of the book. ...................................... ........
The in-printing of the book. ..................................... ..........
The fake accusation from the first publisher.......................
DAR ANNAHAR settlement. ...................................................
The re-in-printing of the book. ......................................... ....
Problems that i faced with the second publisher.................
Financial loss ............................................................ ..........
The writing other books ........................ ........ ..................
The erasing of my re-in-printing to the book from the in-design cs6 program and from MY CDs. MY USB..... . ...

**My relationship with the main player of this harassment.**
**Who is my family?** ........................................................
**Enigmatic silence about plagiarism**..................................
**Who is behind this harassment?** ....................................
**Starting and details of the harassment.** ..........................

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

## PLAGIARISM.

THE CONTENTS OF THE BOOK.

My knowledge regarding PLAGIARISM............................................
Contents of the book ............................................................
A large amount of English words picked from the dictionary: ......................
The translation to French. The French meaning of some words ....................
The pronunciation..................................................................
The common expressions. ...........................................................
The irregular verbs. ...............................................................

...........

Only, in October 2021. I discovered. That I am accused of 'PLAGIARISM". At the end of my biography, I declared in details. The way i wrote the book. p. 11, 11/1 and 11/2). According to the information that I got on-line. I am not supposed to be accused for Plagiarism.

..................

## MY KNOWLEDGE REGARDING PLAGIAISM

**REGARDING MY KNOWLEDGE.** I didn't have any idea. That there is a Federal Regulation under the title of Either in French

**Only by October 2021. I discovered on-line. The word PLAGIARISM.**

**It is proven in my letter dated APRIL 22nd, 2015** sent through the Court, by a Notary Public to the First PUBLISHER DAR-ANNAHAR. Warning DAR-ANNAHAR in case they write a book similar to mine. They will be penalized with two million dollars. (Encl. Copy of this Arabic letter, with its English translation (

My last year of teaching I was far from school. At this time, we used the word CHEATING in French.

My experience in life was: Trading, Marine Insurance, Banking, Construction and Building Management.

**Therefore,** My knowledge was limited to the above mentioned points.
In case, we use someone work We must either get his permission or publish it

./...

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

SEP 16 2022

## CONTENTS OF THE BOOK

The book has a large amount of English words picked from the dictionary. + Their translation
The book has

- **Stories**: These English words are put in an alphabetical order in stories + Their French translation.
- **Pronunciation**: English words, closed to French, are listed alphabetically after the stories.
- **Common Expressions.**
- **Irregular verbs.**
- **Explanation in French** to the translated English word to French. As, I considered that it might be a little confusing to the reader.

..........

## A LARGE AMOUNT OF ENGLISH WORDS PICKED FROM THE DICTIONARY

**A large amount of English words picked from the dictionary:**

- **Part of the words, of each alphabetical letter, was put in a __story__.**
  **Also at the top of each of these words. Its meaning in French,**
- **The other part was used __for pronunciation__ only.**

According to the following:

**FROM THE INTERNET:**

..........

**FROM THE INTERNET:**

(a) The material can be shown to be in the public domain, thus accessible from sources other than the one from which material was allegedly plagiarized

./...

SEP 16 2022

THE TRANSLATION TO FRENCH.&
THE MEANING OF SOME FRENCH WORDS.

Also, at the top of the English words its meaning in French.

For the purpose of the translation: That was elucidated:

a. in the Introduction / page 10.

b. On the back-cover of the book Stating:

FROM THE INTERNET

**Furthermore, for the translation.** I would like to elucidate:

A) First, not all the underlined words are picked from the dictionary. All the words, that don't belong to the alphabetical letter of the related chapter, are my personal writing. Furthermore, I had studied the book in 1979, and kept reviewing it up to 1983. Therefore, for a large amount of words, I was not in need of a dictionary.

B) For the rest of the words, I checked with LE ROBERT & COLLINS.

C) **For some words,** I was not satisfied with LE ROBERT & COLLINS translation. Therefore, for accuracy, I rechecked the meaning in Merriam Webster dictionary and was finding-out that my understanding was the right one. Therefore, I have added these meanings, but in French.

D) **The meaning of some French words, in French.**
**For some French words**, the French meaning was not common. For these words.:
At the end, of the related chapter. I added their explanation in French. As it is in the Larousse dictionary. To just help the reader to assimilate the meaning. (It is included with the translation).

FROM THE INTERNET:

./...

SEP 16 2022

..........................

## FOR THE PRONUNCIATION,

- I picked-up from a dictionary the words closed to the French language. My understanding , as far as the pronunciation is concerned. By mentioning, I picked-up the words from a pocket dictionary. These words are included.
- Furthermore, as you will notice.
  You will notice the words for pronunciation are at the top of the pages.
- Also, on the back-cover of the book.
  The book was read by an Anglo American Lady.

..........................

## THE COMMON EXPRESSIONS AND THE FRONT-COVER OF THE BOOK.

Those were offered to me by my husband's cousin.

### THE COMMON EXPRESSIONS.

I didn't know, that I had to mention the source of these items. Around twenty of them, have been emailed to me by my husband's cousin. Inviting me to add them to my book.

An English educated lady who loved me and who wanted to see the success of the book. I am sure, she was not planning to cause me any harm. In any way until today. She is willing to send me an Affidavit releasing me from any "PLAGIARISM ACCUSATION" in this concern.

**Also, more details in regard to THE COMMON EXPRESSIONS:**

- As mentioned above, a large amount of them, from my husband's cousin's.
- My editor gave me one; also, she insisted that I add it.
- Forty that I used to know. Some before having made my husband's acquaintance and others that I learnt from my husband. He had often used them.
  My husband had finished his High School. In the best English School in Lebanon.

  Also, he lived in a British environment up to the age of 28.

./...

- May be, ten more from LE ROBERT & Collins while checking the translation.

**The fact, of not having mentioned this point, was not intentionally. As most of the expressions was from a dictionary.**

FROM THE INTERNET

FROM THE INTERNET

..........................

**The front-cover of the book.**

That my Husband's cousin prepared and emailed it to me.

**the FBI let me open my Yahoo email. All the proofs proving my innocence regarding all accusations are in my yahoo mail.**

..........................

**THE IRREGULAR VERBS**

It is not a discovery for anybody. This is a chapter that we have studied many times. It exists in our brains, on the Internet, in all grammar and non-grammar books.

It is true, I added it to the book. **For the only reason of the translation and the pronunciation.**

FROM THE INTERNET:

**THE PROOF OF MY IGNORANCE THAT I AM FOUGHT FOR PLAGIARISM. After facing problems with the first Publisher DAR AN-NAHAR . I addressed them, through the Court, In APRIL 2015, a letter Warning them to not write a book similar to my book. Otherwise, they will be penalized with two million dollars.**

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

SEP 16 2022

43

The second

1- **FAKE ACCUSATION BY THE FIRST PUBLISHER DAR-AN-NAHAR/LEBANON.**

- Complaining they haven't been paid. . when I was not owing them any money.
- Complaining that i published my book. By USING THE FIRST PUBLISHER'S CD., When I have re-in-printed the whole book myself with the help of the Second Publisher.

## ITEM TWO.

2/1 **THE REASON FOR WRITING THE BOOK** ..................... P. 1 to 3

2/2 THE WRITING OF THE BOOK. ....................................... P. 3 & 4

2/3 THE REGISTRATION OF THE BOOK............................... P. 4 to 6

2/4 THE IN-PRNTING OF HE BOOK. .................................. P. 6 to 8

2/5 THE FAKE ACCUSATION FROM THE FIRST PUBLISHER. P. 8 & 9

2/6 DAR ANNAHAR SETTLEMENT. .................................... P. 9 & 10

2/7 THE RE-IN-PRINTING OF THE BOOK. ............................ . P.10 to 11

2/8 THE PROBLEMS THAT I FACED WITH THE SECOND PUBLISHER P.12 to 13

2/9 FINANCIAL LOSS ...... ........................................................ P. 14

2/10 THE WRITING OF OTHER BOOKS .................................. P. 15

2/11 THE ERASING OF MY RE-IN-PRINTING TO THE BOOK FROM TH E IN-DESIGN CS6 PROGRAM................................................ P. 15 to 18

---

### 2/1 THE REASON FOR WRITING THE BOOK:

In 1976, my husband and I were living in Kuwait. At that time, my husband was of a Palestinian Nationality and I was of a Lebanese Nationality. Our plans were: After Kuwait, to settle in Lebanon.

In fact, we had started to invest in Lebanon. We had already bought an apartment and a parcel of land. When in 1976, the war erupted in Lebanon, between: The Palestinian who wanted to occupy Lebanon and The Lebanese who would have never agreed.

---

Due to the war, my husband found out. That it would be very hard for him to tolerate a life in Lebanon. Therefore, he decided to visit the USA to find out, if is there a possibility to get the green card. In fact, we worked on it, and have been able to make it.

**Despite being of French Education, I had started <u>since 1965</u>,** to write the English commercial **correspondence at my work.** I was fluent in conversation especially in business; but I had a gap with the colloquial vocabulary. I bought many books, to help me fill this gap. None was satisfying my research.

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

SEP 16 2022

44

**Furthermore.** In 1979, we didn't know whether after a short lapse of time, we were going to have to leave Kuwait. I was worried, when in the USA, by having no children; we were not going to have any help from anybody. I will have to work with American citizen. Therefore, to have a good English command in conversation, I was in need to be familiar with the colloquial vocabulary.

Despite that my Husband was of highly English education, with perfect English command. Having completed his high school education. In the most famous school in Lebanon. Plus, he lived in a British environment, up to the age of 28 years.

Therefore, I found out. That the best solution to solve my colloquial vocabulary is: **To make an alphabetical glossary**. By picking up from a pocket dictionary all the colloquial words with their French meaning. That I was in need to learn.

**After completing the glossary**. Again I found out, that **it won't be possible to memorize all these words. Therefore, I concluded, the only way to memorize these words is to have them in stories.**

---

**<u>THE HELP MADE TO ME. BY THE BRITISH TEACHER, MRS. AILEEN</u>.**

- I started to write the stories with the letters A and B. It goes without saying that these stories were in need to be edited and sound recorded.
- **<u>MIRACLE!. As if God was listening to me</u>.** Next day, after having completed the stories of the letters A and one story of the letter B.
- By stroke of luck, a British teacher, called AILEEN. (Unfortunately, I don' have her family name) came to my office, offering her credential in response to my Bank's advertisement: Looking for an English teacher to the Bank's staff.
- While Ms. Aileen was waiting for my boss to be back from a meeting. I made her part of my project and asked her if she would agree to help me realize my target, by editing and sound recording the stories. After her thinking twice, she agreed and said to me:
  "<u>you know, my mother had followed the same procedure to learn French</u>".
- (OH MY GOD WHAT A COINCIDENCE). Effectively, I gave her the two stories. Two days later, she returned these two stories edited and sound recorded.
  Being worried, that I might not have the time to complete and to study the book, before my departure for the USA. After having given Ms. Aileen the fourth story. I proposed to her, to help me in writing.
- First, she praised me for being gifted to take words and be able to put them in an interesting story. Therefore, after some discussions, she agreed to help me. So we were writing together. She was faster. As she didn't have another regular job. I have paid her, for her work.
- Then, Ms. Aileen was in need of a small place to live. I arranged for her a place close to my home. Also, I was always there when she needed me.
- We completed this book. Also, I had bought some other books that she sound recorded to me. She has been of a great help to me. Despite that her stay was not long in Kuwait.
- Despite that she should be knowledgeable about PLAGIARISM. She has never mentioned the word PLAGIARISM

./...

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

SEP 16 2022

4-5

**Whether while writing in 1979 OR In 1986. At my last phone calls from the USA. When I invited her to come to the USA to revive the book. She rejected the offer. Also, she hasn't mentioned anything about 'PLAGIARISM"**

**2/2 THE RE-WRITING OF THE BOOK.**

## A What led me to re-write the book in 2012.

**In 2004, Two months, after my husband's death. After having received from the DMV a congratulation to the renewal of my ID. I have been hit with a conspiracy engineered by:**

(1) MS. Joelle Peele. Grand-daughter to my sister Therese & Head of Attorney at the FBI today.
(2) My sister Therese, who made me suffer since 1968.
(3) **The DMV Judge with whom MS. J. Peele was having her Law Training. Being at her second year in Law-School.**

**Then followed a serial of harassment described in ITEM THREE**

In 2004. After my husband's death and after having sold my building, I had some problems to solve in Lebanon. Therefore, I have been busy for almost four years. By staying long time in Lebanon. Then, I used to spend, in Lebanon, three months every year.

FROM 2008 to 2011 To start with. I was spending my time, on the Internet with Merrill Lynch. Buying and selling stocks As you know, at this time the stock market started to be somehow unstable.
My confidence with Bank of America had no limit. Therefore, I bought 6000 of Bank of America's shares. But these shares were going down. I ended-up, by selling them in 2011 with a loss of $ 58,000.00.

Afterwards. (1) by having no children and (2) by having been in total breakup relationship with my family. From 1991 to 2003 up to the time of my husband's final illness. (3) Also, afterward, by having a cool and distant relationship with my family. therefore, I had a lot of leisure time
The only work, that I could fill my time with, was to re-write the book.

## B The re-writing of the book:

➢ **Starting** 2012 , I stopped the game of Merrill Lynch and found out. I couldn't hazard any**more.** Therefore, being at an age that wouldn't help me to work; So, my best bet was to re-write the book.

While re- writing the book, I was noticing that chapters were missed. I understood, that while being absent, my family invaded my home and picked them. As I was facing this situation. Since my husband death. I considered it. A matter of curiosity.

➢ **But the situation was much graver.** My sisters were cooking a conspiracy to destroy me. **Details in Item** 3/3 who is behind this harassment.

./...

SEP 16 2022

- My sisters were aware of the contents of the book. As I had explained to them. The way I had written the book in 1979. And, I am re-writing it the same way.
- My sisters who like gabbing and gossiping. They informed their five attorneys about my book. In turn their attorneys informed them that this would be considered Plagiarism. This will put me subject to the following consequences:

  **FROM THE INTERNET**

  [illegible]

  That are implied on people who plagiarizes.

- Just lately. I have guessed the exact reasons for these conspiracies that were and are engineered, by MS J. Peele and backed by my sisters with the help of more than one individual from their family.

- **Now, I am under** a crazy serial of conspiracies engineered and backed by more than one helper and executed by Secret Agents. Most of them is my family: Sisters, nephews my British Neighbor. Also, some Secret Agents who come at night to destroy my home..

So, since 2012. They were cooking a conspiracy to destroy me.
My relationship with the main player of this harassment. who is my family?
Enigmatic silence about plagiarism.

-------------

**THE REGISTRATION OF THE BOOK FOLLOWED BY HARASSMENT**

, after completing the first version of the book . While, being in Lebanon. I submitted a copy of the book to the Ministry of Culture requesting. Their recommendation to the book. **Their** answer was: **the book is approved to be sold in the libraries.**

, after having completed the writing of the book. I found out. To protect the copyright of the book. It is advisable to send a chapter from the book to the French and the British Embassies to let me know. Where I could register this book in their country.

**A) THE BRITISH EMBASSY** answered: In England, **The registration of a book should be made through an Agent.** I found out. It is a very hard way. As I didn't know any person in England. To help me with this procedure.

**B) <u>THE FRENCH EMBASSY</u>**.

- After having emailed a chapter from the book, to the French Embassy, in Washington/DC. Requesting the Embassy to inform me: Where could I register this book in France?
- The answer made by Ms. Anne-Sophie Hermil:
  **"This book is the first of its kind and the Author is protected by Law".**
- Having refused to accept this answer. That has been confirmed to me, by three phone calls.

./...

- Ms. Anne-Sophie Hermil ended up by emailing me the enclosed Law. **Stating in French:** (Exhibit Four). **Stating as follows in English:**

Now, the action of sending a chapter from the book . That I don't have any doubt of acting against the law.

**The Embassy was supposed to go into a different advice. Stating:**

**OR**

These comments would have explained to me. That I don't have the right to go any further without the consent of the French Ministry of culture.

**If I was aware of the word "PLAGIARISM". And I wanted to derogate from the Law, I wouldn't have had the gut to send a chapter from the book to the French Embassy. I would have tried to publish the book in silence**

But, for the French Embassy, to immediately start a conspiracy with the FBI/Ms. Joelle Peele. And start the indefinite wicked harassment. Detailed in ITEM THREE. **That are still not stopping.**

THIS IS A CRIME.

**THE FIRST HARASSMENTS that followed right after:**

1- **At City of Hope in Duarte/CA.** I was having my regular check-up, after a cancer in the bladder. The Doctor asked for a colored MRI. That gave a result of:

**A cancer at the head of the pancreas.**

This MRI was to be repeated every two months. At each time, the nurse was, on purpose, making me suffer for the intravenous injection. This situation kept going on, up to December 2013. Up to my going to Lebanon.

JANUARY 2014. **After an endoscopy in Lebanon. I discovered that no cancer.**

2- JULY 2013 **CAR ACCIDENT DETAILS:**

A lady driving, at a **high speed,** her SUV car, without stopping at the stop sign of Albatross Road, in Rowland Height. Crossed madly the Albatross Road, Has hit my car, badly damaging the left rear door of my Cadillac DEVILLE. Two Deputies from Rowland Height Police Station came,

**First**, they refused to give me the lady's insurance details and released her after 1h,25 minutes. When this lady was 100% liable for the accident.

**Second** , they refused to make a report saying: "The report is to be made by Hacienda Height Deputies. Since I am from there. Which was wrong as the accident occurred in Rowland Heights. Sure, Hacienda Heights' deputy never came. It was not their city.

./...

**Josette Khayat**
**Email: josettekhayat61@gmail.com**
**(626)820-9566**

SEP 16 2022

Consequently, I had to have my car fixed before my departure. That was after one week. The situation has been very complicated. I couldn't leave the repair for the insurance.The insurance refused to allow a new door. So, I had to run to scrub cars. I ended-up by getting a used door with a slight difference than the actual one.

3- **The pharmacy** was not having my medication ready. I got it only, after having, the day of my departure, returned three times to the pharmacy. **<u>This is not common.</u>**

..........

**THE IN-PRINTING OF THE BOOK**

**THE FIRST PUBLISHER, "DAR AN-<u>NAHAR</u>"**

- <u>The owner</u> <u>is a member of the most famous newspaper Company, in Lebanon</u>. They publish daily two newspapers: One in Arabic and one in French. They are powerful. Also,some of their family's members are part of the Government.
  **Furthermore,** <u>One member</u> of this family, [illegible]. That hasn't gone through.

- DAR-AN-NAHAR has never advised me about PLAGIARISM. Besides, that for ten years, their Manager had been having a Publishing Company in France. On the contrary, they agreed to publish the book.

  First, I have to describe how things worked wrong. After they had received the book, By email and the printed copy.

- **THE CONTRACT**
  - In August 9, 2013. When I, first visited their offices. I was not willing to give them the book before a contract.
  - Their manager promised positively a contract will be ready August 11, However, she insisted to get immediately. The book in two different ways.
    - One time the book in paper as I showed it to her.
    - One timethe book by email.
  - August 11, 2013 no contract. The manager is leaving for one month to Paris.
  - Around September 13, I visited her with my attorney and she claimed a payment of **$ 1,750.00**. Also, she promised to issue a contract. That she has never issued up to March 2015. When, we reached a breach.
  - For two times, they promised the issuance of a contract. That has never occurred.
    - [illegible]: August 9th, 2003. Upon receiving the book: [illegible] The printed copy and [illegible] the book by email.
    - [illegible]: Around 09/12/2013, by receiving my check for $ 1,750.00. I kept asking for a contract

- **THE IN-PRINTING OF THE BOOK.**

  The book was IN-printed, in the offices of AN NAHAR NEWS PAPERS. Affiliate Company to DAR-AN-NAHAR. (The Publishing and The News Paper have two DIFFERENT MANAGEMENTS). It was in-printed by three employees who master the Arabic Language only. No English and No French. <u>So, the number of mistakes was unaccountable</u>.

SEP 16 2022

4-9

- **THE MANAGER DELIVERED ME.**
  - The first draft. October 20, 2013. I had to review this draft and make 75 (Seventy Five) pages of corrections.
  - The second time, I had to make 42 (Forty Two) pages of corrections.
  - The Third time, I had to make 15 (Fifteen) pages of corrections.

- At this third time, I asked to join the printing section in AN NAHAR News-Papers Building. Where the book was in-printed. To help the employees read my Hand-writing. Otherwise this book would have never finished.
  They agreed that I go to the News-Paper offices. And be with the employees to help them in their job.

  **I kept going to AN-NAHAR OFFICES for over one year**. The work was very slow as the employees had their News-paper work. Also, they were unable to read the stories. When the book became more or less acceptable,
  - The Manager reviewed it and commented that he book is difficult.
  - Upon her remark, I changed a little in the text of the stories to make them easier to the reader.
  - Also, I added some more items to the book.

  I had to review the book over twelve times during the in-printing.

.........

### 2/5 THE FAKE ACCUSATION BY THE FIRST PUBLISHER

Around the month of SEPTEMBER 2014 , the book started to be acceptable. I was noticing that the meaning of some words changed. This situation worried me. That is why, I reiterated my request for a contract. But it was in vain.

[illegible], I started by sending by my yahoo email: to (DAR-AN-NAHAR Publishing). In French, a Conditional Formal Demand for a contract. Stating the following:

"I am not willing to make any payment. Before having a contract with the following stipulations:

1) There is a charge of $ 100.00. **For each mistake made on purpose. By the IN-printing of the signed book on the plaque**

2) Furthermore, no payment. **If any word is changed on purpose.** When in-printing the book, from the plaque to the final printing. That is going to be published".

- Afterward, I noticed that the above stipulations were removed from my email. I checked with PDF. PDF answered: "A software DOWNLOADED to your computer and made the changes. After inquiry about PDF remark. Mr. Ziad Tueini, who was the head of the in-printing division, confirmed that it was done by the Publishing Manager.

- **UP** TO NOVEMBER 11, 2014 **As** no response whatsoever, from DAR-AN-NAHAR, regarding the contract. I have sent them in ***the Arabic Language, by a Notary Public, <u>through the Court</u>*** The first letter dated November 11, 2014 ./...

**Josette Khayat**
**Email: josettekhayat61@gmail.com**
**(626)820-9566**
**Cell: (626)228-9919**



- Requiring a contract with the above mentioned stipulations. Items 1 & 2 above,or no payment.

- Afterward, I was patient. Despite the delay made to implement this contract. The promise made by Ms. Shadia Tueini, member of the Board and Business Manager of the Company, that a contract will be issued in this respect.

- ***By THE MID OF APRIL 2015, Ms. Shadia Tueini's Attorney affirmed that they are categorical. They are not willing to issue a contract with the above-mentioned stipulations***.

- I was sad by this answer. This **firm answer** forced me to withdraw. And right after, I have sent to DAR-AN-NAHAR again in ***the Arabic Language , by a Notary Public,***

- "With reference to my letter, dated November 11th, 2014 stating my request to issue a contract comprising the above mentioned stipulations. Ms. Shadia Tueini. Member of the Board and Business Manager of DAR-ANNAHAR, promised that a contract will be issued according to my conditions.

  , due to your refusal. I am forced to withdraw. Also, I considered myself released from any charge obligated to DAR-AN-NAHAR. Also, I don't owe the amount of $ 3,000.00. That I was ready to pay upon your approval to the above mentioned stipulations" **reading as follow:**

  **For each mistake made on purpose.** By the **IN-printing, of the signed book, on the plaque**

  **If any word is changed on purpose.** When in-printing the **book, from the plaque to the Published book.**

  **Furthermore, in case yourself or any of your acquaintances or your employees come to issue a book similar to my book. You will be penalized with the amount of TWO MILLION DOLLARS.**

  Enclosed copy of the letter that is in Arabic together with its translation to English. (exhibit Five).

***THE DAR-AN-NAHAR REFUSAL FORCED ME TO STOP ANY PAYMENT. AS AFTER ALL THE WORK THAT I HAD GONE THROUGH. I HAD TO RE-START FROM SCRATCH.***

At this point. I stopped all contacts with DAR-AN-NAHAR PUBLISHING.

**It is clear, I ended-up by withdrawing. Therefore, I started, myself, to re-in-print the book.**

...........

**2/6 DAR AN-NAHAR SETTLEMENT**

1) September 15th, 2013. I paid to DAR-AN-NAHAR $ 1,750 (DOLLARS ONE THOUSAND SEVEN HUNDRED FIFTY). On the basis that a contract will follow. As mentioned above, this contract had never been written. Besides the positive promises made by MS Shadia Tueini, ./...

2) Share-holder and Business Manager of the Company. That the contract will be written according to my requirements.

3) April [illegible], DAR AN-NAHAR's employee Ms. Soad Melki, talked to me, complaining that due to my withdrawal. She hasn't been paid for her services. At this point, I couldn't accept that an employee be left with injustice. Therefore, I made her a wire transfer for $ 2,000 (dollars two thousand). (Enclosed EXHIBIT Six)

4) DAR AN-NAHAR's made me work for almost two years by editing and helping their personnel who knows only Arabic language.
5) They ended-up by changing the meaning of some words. This situation would have made the book mickey-mouse.
6) I couldn't and cannot be considered [illegible]

7) **The total amount paid to DAR-AN-NAHAR: $ 1,750.00 + $ 2,000.00 for MS Soad Melki.**

**At the time of my withdrawal.** Due to the rejection of DAR-AN-NAHAR to comply with the terms of the required contract I stopped the payment of $ 3,000.00

AT THE TIME OF MY WITHDRAWAL, MR. ELIAS EL-MURR, first cousin to the Tueini DAR-AN-NAHAR and AN-NAHAR NEWS PAPER, was the HEAD OF THE LEBANESE INTERPOL.

[illegible]

for having withdrawn without paying to DAR-AANNAHAR

As they have refused to sign the agreed conditional contract. Also, they made me work for two years. Driving to their offices and work with their employees who don't know French and English.

The rest of the fake accusation is in: item 2/7 THE RE-IN-PRINTING OF THE BOOK

[illegible]

.........

**2/7 THE RE-IN-PRINTING OF THE BOOK**

From May 2015 to January 2016

**<u>HOW HAS THE BOOK BEEN RE-IN-PRINTED</u>**:

First, April 2014. **Right after, having withdrawn from DAR-ANNAHAR. I hired a professional for the program "INDESIGN CS 6 Program".**

The professional programmer, Mr. Ahmad El-Zein, with little English knowledge, prepared the layout to the page. Typed the whole book from a copy of DAR-ANNAHAR.

1- By printing one slash divider between every two French word of the translation.
2- With thousands of mistakes.

I tried to make the correction by myself. However, I couldn't. As I was not able to use the IN-DESIGN CS6 PROGRAM.

**Second,** May 2015 I contacted **THE SECOND PUBLISHER: ST. PAUL LIBRARY AND ST. PAUL PRINT-HOUSE. A Greek Catholic Church Publishing Company. Managed by Reverend Nazih Hayek.**

./...

SEP 16 2022

Rev. N. Hayek blessed the idea, agreed to Publish the book. However, refused to re-in-print the book. Having a limited number of Personnel.

Rev. N. Hayek agreed that I work it, on my computer in their offices. As I was in need of some help in the "**INDESIGN CS 6 program**". Being an unusual complicated program.

- **Therefore,** Rev. N. Hayek **escorted me to** ST Paul Print-House.
- **Rev. N Hayek asked** MR Tanios Malak to help me in my work on the program "**INDESIGN CS 6** .
- **For revision, Rev. N Hayek** required that every two weeks, I give on a CD every draft that I would have prepared, to Mr. Tanios Malak. That he had to return it to me. On a different CD.

- I started to work in their offices, in St-Paul Print-House, by correcting the work of Mr. Ahmad El-Zein. And as promised by Rev. N. Hayek. Mr. Tanios Malak was helping me, many times a day.

- After twenty days. The Rev. N. **Hayek** asked me:
  - To work from home. And
  - To come to their offices. In case, I face any difficulty in the program INDESIGN CS6.
- In fact, afterward, I used to visit their offices twice a week, for questions about the program.
- Also, while working in their offices. The "**Program "INDESIGN CS 6"** has been put at **"NO-LINK" . This means. That the printing cannot go from one page to another Automatically, as it should be.**

  **I have to move the mouse to the following page. Otherwise the printing will be hidden in the computer. This had forced me to print page per page. As the one of the DAR-ANNahar. I asked to have it changed. Mr. T. Malak said: "It cannot be changed"**

  Therefore, this was the first conspiracy

  1- To force me to re-in-print the book as the one of DAR-ANNAHAR
  2- Also, forbid me from making any addition without the knowledge of the PRINT HOUSE

  [illegible]

- NOVEMBER 2015. I changed my in-printing of one slash divider between two French words of the translation. **TO TWO SLASHES DIVIDER between two French Words of the**
  It has been rejected by Rev. Walid Scandafi. Supervisor of St Paul-Print-House.

  Upon my challenge to: Either accept the changes or I withdraw. He agreed to the two slashes divider. between two French Words of the translation.

  **The reason for Rev. Walid Scandafi's rejection:**

  **To achieve the FBI malicious target: The book had, in final, to look copy conform to the one of DAR-ANNAHAR**

- Enclosed: **An affidavit emailed to me. From Mr. Tanios Malak .** Confirming that he was helping me, from May 2015 to January 2016. By clarifying to me the use of the In DESIGNCS6

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

./...

PROGRAM. Also confirming the changes from one slash divider to two slashes divider between two French words of the translation. (Exhibit Seven).

---

**THIS PARAGRAPH IS THE CONTUINITY of**

**2/6 DAR AN-NAHAR SETTLEMENT**

- September 2015 After having re-in-printed the two third of the book :
- I was tired of working every day from 8.00AM to 5.00PM. A cousin advised me to get the related CD from the First Publisher DAR-AN-NAHAR.
    - **I called Ms. Shadia Tueini, member of the Board of Directors and head of the first Publisher DAR-AN-NAHAR. I requested her to sell me the related CD.**
    - She agreed. However, against a payment of $ 4,500.00 being the cost of the related CD.
    - Also here, I had the following condition:
      "The checking for the exactitude of the CD; must be made on my personal computer".
    - **AS, AN-NAHAR, being a Newspaper company, have seven computers operating at the same time on the same subject.**
    - **Therefore, I could be checking on one computer. And a change could be made on another one.**
    - **Having had completed the two third of the book. I was worried to get their book, on the CD, messed-up and be obligated to restart from scratch.**

**<u>My request has been rejected. Therefore, I withdrew.</u>**

..........................................................................................

**Afterward, I continued the re-in-printing to the book. It was completed by January 2016.**

[illegible] 2016. **After having completed the re-in-printing of the book. FOR THE FINAL IN-PRINTING ON THE PLAQUE. I delivered the final CD to the Publisher,** Reverend Nazih Hayek .

THE CD HAS BEEN STAMPTED WITH THE LIBRARY STAMP

and signed with OUR BOTH NAMES. Reverend NAZIH HAYEK AND [illegible]

**Rev. N Hayek hasn't been honest. He erased from my biography the expression: Lebanese/American. This was made for the only purpose to accuse me of not having the right to write in English.**

..........................

## 2/8 THE PROBLEMS THAT I FACED WITH:

**THE SECOND PUBLISHER: ST. PAUL LIBRARY AND ST. PAUL PRINT-HOUSE.**

**Here, Your Honor will be surprised.**

As I always did through all my life. I dealt honestly. But this time with confidence. Due to the fact of dealing with a priest. However the Rev. N Hayek was dealing with deceitfulness.

**I got shocked.** When, just lately, I discovered that all the Rev. N Hayek's requirements were, just, part of **a diabolic conspiracy. Should I consider it.?**

./...

SEP 16 2022

54

INTERNATIONAL CONSPIRACY.

- **I want to presume,** Rev. N. Hayek was required by **the LEBANESE INTERPOL AND THE FBI** to execute, the following FIVE FACTS of conspiracies.
- **However. My question is: Why has** Rev. Nazih Hayek **agreed to help me publishing the book?** He could have refused the project.

**HEREAFTER THE FIVE FACTS OF THE DIABOLIC CONPIRACIES**

**(1) The IN-DESIGN CS6 Program** was at "LINK". The way MR Ahmad EL-Zein had prepared the layout of the page. When I started to work .
**Without my knowledge, Rev. N. Hayek** asked Mr.Tanios Malak to put the Program at "NO LINK". This requirement was to force me to re-in-print my book:
**Page per page. Typical to the one of DAR-ANNAHAR.**

**(2) THE TWO SLASHES BEING A DIVIDER** between two French Words of the translation.

- With DAR ANNAHAR. **It was one slash divider** between two French Words of the translation.

- **Now, with the change: To** TWO SLASHES DIVIDER **That I made to the book.**
THE FBI DIABOLIC CONSPIRACIES built on malicious lye [illegible]
**As DAR ANNAHAR PRINTING WAS, only, ONE SLASH DIVIDER between two French Words**

**(3) My bibliography: To add it to the book.** I couldn't add it by myself. Having the Program **IN-DESIGNCS6** at "NO LINK".

At first, Rev. N. Hayek refused to have my bibliography added. However, upon my challenge: To either add these two pages or I withdraw. So, when , Rev. N. Hayek found out that I was determined. He had no choice except: TO AGREE.

**However,** without including the two pages with the serial number of the book. To just add them [illegible] Pretending "It will claim a lot of work".

**Now I conclude**. It was not a matter of lot of work. It was to just:

**Achieve the FBI malicious target:** to keep the book identical to the one of DAR- ANNAHAR.

**If, at the time, I had the minus doubt.** That I could be accused of having used the CD of DAR ANNAHAR [illegible] That the two pages not be included with the serial number of the book.

**(4) From my biography**. Rev. N. Hayek has erased the expression LEBANESE/AMERICAN.
**This action was made, to deprive me from my right, to write in English. Being an American Citizen, I have the right to write in English. And have the USA defending me.**
**However, it couldn't cross my mind that he would change my biography.**

**This to just put me under International Conspiracy.**

Also, Rev. N. Hayek refused to let me review the copy of the plaque. I haven't argued. As I was feeling they are willing to have the translation correct. In fact, all the translation is correct. He did few spelling mistakes. That I haven't fought after noticing that theTranslation is correct.

./...

March 2016. An employee, from ST. Paul Print-House, gave me a CD. On the top of it: is written: Le livre de Mme Josette Khayat.

**I haven't given any importance to the subject.**

- I considered that Rev. N. Hayek added to the CD pages 11/1 and 11/2.
- However, it was not the case. It was to let me know that he had erased the expression Lebanese/American. From my biography.
- **THOUGH NOW.** I give to it, a different meaning. They want to say that Rev. N. Hayek got the CD of DAR ANNAHAR Publishing. And, he is giving me a copy for my reference.

**When I received this CD.** I was very busy with:

- The distribution of the book. To the different Governmental Administrations.
- Then, by the re-writing of the SECOND EDITION.

In anyway The Affidavit from Rev. N. Hayek confirmed the fact of his having erased the Expression LEBANESE/AMERICAN FROM MY BIOGRAPHY.

I AM SURE NOBODY COULD CONSIDER WHAT WAS DONE TO ME
EXCEPT DIABOLIC CONSPIRACY.

………………

NOW, It goes without saying. Despite all the confusion to my laptops, USBs and CDs. The fake accusation is proven by:

1) THE in-design CS6 Program put at 'NO LINK'.
2) The two slashes divider between the two French words of the translation.
3) The Affidavit from **Rev. N Hayek** confirming his erasing the expression LEBANESE/AMERICAN FROM MY BIOGRAPHY.
4) The Affidavit of MR TANIOS MALAK. Confirming my re-in-printing to the book. My change to the Slashes Divider between two French words of the translation.
5) The letter sent by the Notary Public, through the Court, to DAR ANNAHAR stipulating my withdrawal, my release from my payment of $ 3,000.00 and warning of writing similar book.

…………………………………… ……………

**I DON'T KNOW, BY WHOSE LAW. I am accused of having used the first publisher's CD**

**THE FINAL PUBLISHED NUMBER OF BOOKS**:

- ✓ **As mentioned above**. I wanted, only, FIFTY exemplars of the book. However, like the first Publisher. Rev. N. Hayek said: Their minimum is two hundred exemplars". Therefore, I agreed to have two hundred exemplars only.

    - **Then, also, like the first publisher. They were insisting to print one thousand books. Rev. N. Hayek said "our Library is insisting on printing one thousand exemplars"**.

    - **(Now, I understood why both Publishers were insisting on ONE THOUSAND BOOKS)**. This was required by the FBI to implicate on me the highest level of penalty. Having planned to make a large profit from the book.

- ✓ I challenged and my answer was firm and categorical: **"<u>I'll pay the cost of two hundred exemplars only</u>"**. And you print as much as you want. **It is a Church**. I couldn't object to their wishes. As long as, I am not involved.

**Especially, that I had in mind. To offer the income to charity.** ./...



SEP 16 2022

- ✓ This is what happened, I paid for 200 exemplars . And they have printed 1000 exemplars.
- ✓ **I gave him the 200 Sound Recorded CDs for free. After having worked it out with Mr. William the professional on the recording.**

**<u>THE BOOKS</u>: the number of books that I got:**

In 2016: [illegible] To distribute to the DIFFERENTGOVERNMENTAL SECTORS, plus the ISBN.

[illegible] **To my family and friends.**

In 2016: [illegible] **For $ 350.00. As the Library refused** to give me more books "free of Charge".

**Out of these ten books**: I sold two books: requested by Commercial **Institution** not for sale. For personal use or to add to their library.

**Furthermore, the Publisher being a priest, I gave them the sound-recording CD's for free. The above details are described in THE Publisher Affidavit** (EXHIBIT Eight).

---

## 7/9 <u>FINANCIAL LOSS:</u>

I haven't realized any profit from the book. On the contrary, I ended-up with a big loss; of not less than $ 15,000.00. In anyway, my plans were: In case of any profit, it will go to charity. Besides the loss. The time I spent:

- Eighteen months. Helping the personnel at AN-Nahar News-Papers.
- Then, The re-in-printing of the book from May 2015 to January 2016.
- Plus the editing to the sound recording.

- Now, the amount of my loss is detailed hereafter:

  - $ 1,750.00 To the first publisher.
  - <u>$ 2,000.00</u> To the first Publisher's employee. MS. SOAD MELKi.
  - $ 1,000.00 To the two editors, who edited the book. In the USA and in Lebanon.
  - $ 750.00 To the Person who read the book to be sound recorded.
  - $ 500.00 To Mr. Ahmad El-Zein. The programmer who did the layout of the page
  - In Design CS6. Also, he retyped the book with thousands of mistakes.
  - $ 600.00 Cost of the three sound recorders.
  - $ 1,200.00 To the second Publisher. Being cost of the 200 exemplars of the books.
  - $ 1,000.00 This amount has been paid through the intermediary of the library. To MR. William to the sound recording. In regard to the Editing.
  - $ 2,200.00 To MR. William to make the sound recording even. And downloading the recording on the two hundred CD's.
  - $ 2,800.00 Being the cost of three computers.
  - <u>$ 350.00</u> Being cost of 10 books. That the Library refused to let me get for free.

  $ 13,150.00 Gas & transportation for over three years

The payments made to the Second Publisher are detailed in THE Publisher Affidavit (EXHIBIT Eight)

……………………………………………… ./…

**Josette Khayat**
ail: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

SEP 16 2022

## 2/10 THE WRITING OF OTHER BOOKS

1- Right after the publishing of the book. I gave one exemplar to: The Minister of Culture. Two weeks after, The reader at the Ministry said to me.
"This kind of books should be SECULAR EDUCATION".

2- **The Second Edition/ Secular Education book:**
Within two weeks. From the Mid of March 2016 to the beginning of April 2016. I made the Second Edition/ Secular Education book. By re-writing all the religious parts in the book. I delivered a copy to the Ministry of Culture in Lebanon. By the beginning of April 2016.

Upon my return from Lebanon. I couldn't send the Second Edition, immediately, to the Library of Congress. As I had to have the sound recording done. the editing to the Sound Recording takes a lot of time.

3- **The Unique Spoken Conjugation book**. While in Lebanon. Right after, the Second Edition. I started to re-write the conjugation book. That I had originally written in 2013. This re-writing, to the book, was completed with the Sound Recording in November 2019.

---

**I BELIEVE THE FBI IS WORKING AN INIMAGINABLE HARASSMENT.**
**THEY ARE WORKING TO FIND A WAY TO ACCUSE ME OF NOT HAVING RE-IN-PRINTED THE BOOK.**

## 2/11 THE ERASING IN-DESIGN CS6 PROGRAM FROM ALL

(1) **MY LAPTOPS EXCEPT ONE.**
(2) **MY CDs.**
(3) **MY USBs.**

**It has never crossed my mind, somebody will accuse me**. That I haven't re-in-printed the book myself. And I have used the CD of the first publisher.

Now, I consider this is an intrigue plan. That was engineered by the main players. Since 2013 or before. So, the main players were required to harass me. Should be:

(1) Dar-An-Nahar management. with MR Elias El-Murr. Head of the Lebanese Interpol.

(2) I don't know. If the French and the British Interpol are involved.

(3) **The main players is my great-niece Joelle Peele**
Being today Head of Attorney at the FBI and holding my file

..........

COMPUTERS AND LAPTOPS

In 2013 **I was working on two new computers and one laptop**

In 2014, 2015. - **I BOUGHT, FROM LEBANON, SEVEN LAPTOPS.**

- **The INDESIGN CS6 PROGRAM with my book were on the seven laptops.** ./...

SEP 16 2022

FROM MAY 2016 to June 2017

Upon my return from Lebanon. I found the two new computers un-operational.

1. For one the inside wiring is damaged.
2. The other one. I don't know the reason. As I cannot move it. It has a screen of 20"x16".

No changes were made to my laptops. **The INDESIGN CS6 PROGRAM** remained on all my laptops, and my re-in-printing to the book was there.

Plus the following two documents. That I **had added on different chapters of the book.**

- **A letter addressed to: Honorable MS Denise Garret, Library of Congress. & Section Head, Public Information Office**
- **The IRREVOCABLE LIVING TRUST.**

  **Regarding** the **IRREVOCABLE LIVING TRUST. As I was facing a strong harassment to type it .** I adopted the following procedure:
  - I registered at Whittier Library.
  - In three visits. I printed the document on three different USB.
  - Then, at the end of one of the chapters of the book . I downloaded the three parts of the IRREVOCABLE LIVING TRUST.

  **SURPRISINGLY, I found the above two documents** downloaded within my documents. **In the Microsoft word program.**

.....................

Since my return from Lebanon, I was noticing. The **INDESIGN CS6 PROGRAM** was erased from five **laptops**. One after the other. I don't recall the dates.

MID 2020 **The only laptop left. That had the INDESIGN CS6 PROGRAM has been stopped from opening** In this laptop was: My –re-in-printing to the published book, the Second Edition/ Secular Education book. The Unique Spoken Conjugation Book.

, this laptop re-opened. All the above three books were there :

My –re-in-printing to the published book, the Second Edition/ Secular Education book. The Unique Spoken Conjugation Book The documents

**FBI** to keep-up with the crime. Accusing me of haven't **re-in-printed** the book. They adopted the following procedure:

1) FBI HAVE ERASED **From my 30 USBs, my laptop and my CDs. My re-in-printing to the book from May 2015 to January 2016.** **As well as** **the Second Edition/ Secular Education book.**

2) After having emailed to MS Karin/ Library of Congress / Special Handling Division/ Copyright Receiving and Processing.

3) Requesting her, to let me have one of the four copies of the **Second Edition/ Secular Education book.** that I mailed to the Library by March 2017

   - As it couldn't be denied by the Library of Congress . Due to the fact, that the Library got by the end of March 2017, the amount of $ 800.00 for the registration.

   - **Afterward, the second edition has been downloaded to my computer.** ./...

**4)** Also, after having sent a letter to Honorable MS Hilda Solis. (County Supervisor and Hacienda Height's Manager).

**Then, The FBI** downloaded the **Second Edition/ Secular Education book.** three times. When, while writing the changes to the book. **<u>I opened the program not less than 20 times. As I made a lot of changes</u>** to the book.

The Second Edition/ Secular Education book was delivered to the Lebanese Ministry of Culture i [illegible] and to the Library of Congress in [illegible].

**Another fact. That I was considering unimportant. As mentioned in** [illegible] **March 2016.** An employee, from ST. Paul Print-House, gave me a CD. On the top of it: is written: Le livre de Mme Josette Khayat.

**This CD has been downloaded many times in the IN-DESIGN CS6 program.**

..................

THE CDs

**The FBI is not missing** any item. For the CDs.

From around one year. I noticed that my book has been erased from all my USBs.

Lately, I noticed that, on my laptop. From May 2015 to January 2016, my in-printing to the book has been erased from the IN-DESIGN CS6 Program.

I had around five hundred CDs. They were piled in my Secretary Desk. That usually I keep it closed.

- Some months ago. I noticed piles of fifty CDs are missed.
- [illegible]. On not less than two hundred CDs.
- I checked the CDs and discovered. That none of the CDs is having my book. Except two:
    - The final CD to the book. That was duly stamped by the library stamp and signed by me.
    - The final CD for the Sound Recoding. That was duly signed by Mr. William and myself was there.

After re-checking. I found-out:

- For the final CD to the book. That was duly stamped by the library stamp and signed by me.
  The book has been erased and replaced by the Sound Recording.
- For the one of the Sound Recoding. That was duly signed by Mr. William and myself was no more there.

- I found not less than 75 blank CDs. This means, the **FBI** Secret Agents came to my home, exchanged the CDs . The ones with my books with the blank CDs.

At my discovery of the USB, my laptop and the CDs. I discovered the conspiracy.

I regret. That it has never crossed my mind that I could be accused of not having re-in-printed my book, after having stopped the deal with DAR-ANNAHAR. As it is a fact, that cannot be denied.

- Really I got mad to discover how far the FBI is working to steal my innocence. ./...

SEP 16 20..

18

60

## THE USBs

1- FROM MAY 2015 TO JANUARY 2016 I was downloading the book on my 30 USBs. My book as well as he final in-printing was on not less than 30 USBs.

2- I couldn't keep any important document without downloading it on all the USBs. Always taking into consideration that something wrong could occur to the laptop.

3- Unfortunately, step by **step . The FBI has erased from all the USBs.** My books, the second edition. As well as to the Sound Recording and the conjugation.

**ONE IMPORTANT POINT. Could the FBI answer the following questions:**

1- **WHEN AND HOW. I learned to in-print on the INDESIGN CS6 PROGRAM to make:**
   - **The changes to: The Second Edition. That has been delivered to the Ministry of culture in Lebanon. By the beginning of April 2016. Right after having the book published.**
   - **To type the Unique Spoken Conjugation English/French**

**At my discovery of** the USB, my laptop and the CDs. I discovered the conspiracy.

Therefore, on July 16, 2022 I called the City of Industry Police department and showed them the mess done to my laptop and to my CDs.
Enclosed (Exhibit 13) Report No, IND 22197-0153, From Deputy Oledveda, J # 637367 & Deputy Castro, M # 479927).

I regret. That it has never crossed my mind that I could be accused of not having re-in-printed my book, after having stopped the deal with DAR-ANNAHAR. As it is a fact, that cannot be denied.

[illegible]

[illegible] ?

I am surprised that the FBI cooks such a fake accusation.
To just steal my innocence and work to reap all my possession by stealing me.

ADDENDUM

I missed this very important harassment.

I don't know to whom Edison has transferred my electricity

1- From June 2014 to June 2016.
2- From June 2017 to May 2018

It resulted with a billing as detailed in EXHIBIT 14

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

Josette Khayat
Email: Josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

1

SEP 16 2022

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

EXHIBIT ONE

ITEM THREE:

## THE HARASSMENT

### 3/1 MY RELATIONSHIP WITH THE MAIN PLAYER OF THIS HARASSMENT WHO IS MY FAMILY.

3/1 **My relationship with the main player of this harassment. Who is my family?** P 1 to 3
3/2 **Enigmatic silence about plagiarism**........................................ P 3 to 6
3/3 **Who is behind this harassment?** ........................................ P 6 & 7
4/4 **Starting and details of the harassment.** ........................................ P 8 to 22

**As the main player in my harassment is my great-niece MS. Joelle Peele.** In 2005, she got her Graduation in International Corporate Law. Therefore, she worked in a Corporate Law-Firm.

**Now, my knowledge, regarding Corporate Law-Firm** was, these Law-Firms deal with the Commercial Companies business only. Just lately, after going into details. I discovered, for some cases, Corporate Law-Firm deal with the FBI.
Therefore, since 2005 MS J. PEELE started to work in a Corporate Law-Firm. Consequently, since 2005, MS J.Peele had some kind of co-operation with the FBI.

**MS J. Peele had been appointed as Head Attorneys at the FBI, Wilshire Office, in Los Angeles. None in the family was and is ready to tell me the date of her recruitment by the FBI.**

**SHE IS HANDLING MY FILE.**

**By analyzing her hatred feeling toward me. Now, I can conclude that MS J. Peele had opened a file for me at the FBI. Since 2005. Right after her graduation and her first job in a Corporate Law-Firm.**

........

**To understand my innocence. It is crucial that the reader knows my family mentality and general attitude.**

1) **The mentality:**
It is a mafia with a god-father and god-mother, being grand-parents to MS. Joelle Peele. Their closed family has the largest number of persons in the mafia.

2) **General attitude**
They like to interfere in other people business. In case a person wants to join their mafia. They must know what this person is doing. And be a tool in their hands.
The god-father and god-mother don't have any interesting subject to talk about. Only gossips that my husband and I hated.
Furthermore, they don't want to accept any success higher than their own success. if any person of the family is more successful. The mafia has to neglect him and be considered enemy.
**The rest of the family agrees with the mafia mentality. However, my husband and I couldn't tolerate it.**

At the light of the above. My relationship with my family, was cool. **Since my wedding in 1968. My sisters with their husband's jealousy, from our (my husband and I)** success.

Led them to:

a sinister attitude. Especially, towards me: impudence, negligence, carelessness, mistreatment and lack of respect, instigating everybody against both of us (my husband and me).

**<u>MY EXPERIENCE IN LIFE WAS</u>: Teaching, Marine Insurance, banking, construction.** Building Manager.

**My sisters have limited experience.**

- **Therese house wife great for gabbing and gossiping/**
- **Jacqueline teaching.**
- **Christine secretarial work and one domain at NESTLE.**

**Their ignorance** created in them a hatred feeling toward me. **Due to their jealousy.**

Furthermore, we were more educated and have never had any attitude of superiority toward any of them. On the contrary, they were adopting_the superiority attitude toward us. We (my husband and I) were always silent. As we didn't like arguing. They are qualified for gabbing and gossiping {he told me and I told him}, we hated this way.

Therefore, **Their sinister attitude led our relationship be:**

1- On and off from 1968 to 1991.

2- Then, totally disrupted from 1991 to 2003 up to the time, when my husband has been diagnosed with final illness.

**3-Except at the time of the death of my niece Josiane. MS Peele's mother.**

I have to clarify that I loved Josiane. Also Josiane was loving me. As she used to run to hug me in any inter-family or friend occasion.

Josiane had to follow her father's instructions.

..........

**Now, to understand and believe** what I am describing hereafter. It is essential that you read first.

**(The details described in the enclosed report "**I HAVE SISTERS MODEL" (Encl. Exhibit/Nine)

- In this report, you will notice how good I have been to each of my sisters. And the way they rewarded me.
- Since 1968, with all my family hatred attitude. I have never commented on any subject. Because with their gabbing, it will result with large gossiping that I hate.

**Unluckily, my sisters couldn't understand the diplomacy of our attitude.**

.......................

**Before, explaining the enigmatic silence. I would like to clarify, why the silence started by my family.**

**WHO IS THE MAIN PLAYER OF THIS ENIGMATIC SILENCE?**

./...

JUL 16 2022

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

63

1) **My family has five corporate attorneys.**

Four attorneys in my sister Therese's family: Her grand-daughters: Joelle Peele, Michele and their husbands.
One attorney in my sister Christine's family: Daughter: Carol.
One paralegal in my sister Jacqueline's family: Daughter: Maya.

- Since 2012. While drafting the book. My sisters were aware of the contents of the book. As I had explained to them. The way I had written the book in 1979. And, I am re-writing it the same way.

- My sisters who like gabbing and gossiping. They informed their attorneys about my book. In turn their attorneys informed them that this would be considered Plagiarism. and the following consequences are implied on people who plagiarizes That is as follows:

  The person who plagiarizes will be penalized by the FBI with the highest level of harassment. Furthermore, this person will be stripped from all his/her possession, to reward the person who will participate to her harassment.

  This avowal pleased my sisters. Therefore, they haven't diffused this information. Also, they ordered all members of the mafia be silent. Especially do not disclose to me this information.

  Therefore, they kept mute about plagiarism,to see me involved in the penalty. Furthermore, they gave the green light to MS J. Peele, who has a hatred feeling toward me. To comply with this regulation that is beneficial to them, Furthermore, they found a new subject to gab and gossip about.

  The proof that they were aware that the harassment started since 2013 is:
  **Their way they laughed at the diagnosis made by City of Hope, Duarte:**
  **A cancer at the head of the pancreas**

---

**ENIGMATIC SILENCE ABOUT PLAGIARISM.**

At the light of the above, it is clear that the enigmatic silence about plagiarism. Started by:
My family + the following EIGHT OFFICIAL SECTORS,
**who were supposed to draw my attention about PLAGIARISM. BUT THEY HAVEN'T**

**A) IN KUWAIT IN 1979:** As I mentioned in **THE REASON FOR WRITING THIS BOOK**

1) **Ms. AILEEN who helped me, writing this book,** <u>has never mentioned the word "PLAGIARISM". Whether while writing or at my last call in 1986</u>. On the contrary, she said to me: "My mother had followed the same procedure to learn French".

./...

SEP 16 2022

Josette Khayat
Email: josettekhayat61@gmail.c
(626)820-9566
Cell: (626)228-9919

64

**B) IN THE UNITED STATE:**

**2) MY EDITOR**, a Lady of my age, being an American of Irish Origin, worked with me for the editing, then for the sound recording. She has co-operated honestly. She knew in details the way this book was made. But, she has never mentioned to me anything about plagiarism.

**3) THE FRENCH EMBASSY IN WASHINGTON DC:**

In 2013, I emailed to the French Embassy a chapter from my book; requesting them to let me know "**where I could register this book in France**". The Embassy answered:

**<This book is not to be registered, being the first of its kind. The author is protected by law>.**

**May be the harassment started at this time. As described in:**

Now, the action of sending a chapter of the book means. <u>That I don't have any doubt of acting against the law</u>.

**<u>The Embassy was supposed to go into a different advice. Stating:</u>**

**a)**

**Or**

**b)**

**C) IN LEBANON:**

**4) THE SECOND EDITOR**, she never mentioned to me:

**"Better not to publish this book, as this book is subject to plagiarism".**

**5) MY ATTORNEY** has seen the book in 2012. He hasn't mentioned or warned me in regard of plagiarism or even a hint in this concern.

**6) THE LEBANESE MINISTRY OF CULTURE**

They never mentioned anything about plagiarism. Despite that they got the draft of 2012 and of 2013. Then, the final in 2016. Every time, they agreed to register the book. With the same recommendation for 2012, 2013 and 2016:

**<The book is allowed to be sold in the libraries>.**

**7) THE FIRST PUBLISHER:**

They accepted to publish the book. But never drew my attention. That what I am doing is plagiarism. Despite that the Manager of this company had been having a Publishing Company for ten years in France.

Only at the end, as I mentioned in ( /Section 2/5/ pages 7 & 8 . We haven't agreed on the terms of the contract.

**8) THE SECOND PUBLISHER:**

They published the book. Nevertheless, without my knowledge, they removed the expression (LEBANESE/AMERICAN) from my biography. And, they refused to insert pages 11/1 and 11/2 to the serial numbers of the book. Also, minor mostly unnoticeable changes. **However, they have never mentioned the word plagiarism.** ./...

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

**I assume orders, from the FBI/ USA, were sent internationally.**

**"<u>Don't let anybody advises Josette Khayat that her book is subject to "PLAGIARISM</u>".**
**Keep her ignorant about "PLAGIARISM"**

**The Lebanese people are good hearted. <u>They aren't wicked as my family is</u>. They would have drawn my attention. However, Ms. J. Peele wanted to strip me from all my possessions. To satisfy her grand-parents' Jealousy.**

In 2016 After the publishing of the book. While being in Lebanon. I have been informed by a Professor at **<u>USJ Universty</u>**, of Lebanon. That bilingual English/French books are not acceptable, by the governments of both countries: England and France

IT IS INEXPLICABLE ***Why the French Embassy gave the green light to the book. Stating:***
**being the first of its kind. The author is protected by law>.**
***When, the registration for this book wouldn't have been accepted in France.***

---

**WHO IS BEHIND THIS HARASSMENT**

**Unfortunately, all my family who is a mafia and Is behind the harassment.**

**Starting by the main player:**

3- **my great-niece MS J. Peele grand-daughter to my sister Therese .**
4- **Sister Therese with her daughter-in-Law Mary.**
5- **Sister Christine with her daughter Carol who is corporate attorney.**
6- **All nephews and nieces.**

- It goes without saying, After all the harassment that I faced from my family for over fifty years. It is not strange that their hatred feeling keeps going-on.
- **Furthermore,** Starting: **my sisters have never made, even a hint, about MS J. Peele relation with the FBI.**

Since my return to the family, after my husband death. I was noticing that MS J. Peele not only she doesn't love me. But she has a hatred feeling toward me. She proved it IN 2004 by her first harassment. A conspiracy with the DMV Judge.

Besides, on the one hand. I have always been more than sweet to her. As I have been with all the other nephews and nieces. On the other hand, her husband, her sister and her brother had different attitude toward me.

I ASSUME SINCE 2003. When MS J. Peele started to work in a corporate Law-Firm. She was co-operating with the FBI.

Therefore, I presume the harassment that I was noticing from my family, after my husband's death, had a cover-up by the FBI/MS J. Peele.

I was noticing somebody breaking into my home during my absence. As I used to find stuff and documents disappearing. Then, after two years sometimes less and sometimes longer, reappearing on the top of a drawer.

I placed many complaints to the Police Station at the City of Industry. **But what was surprising me. The Police had never taken any action to respond to my complaints and to protect me. It was just taking notes.**

**In anyway. These complaints should be recorded in their archives.** ./...

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

**STARTING AND DETAILS OF THE HARASSMENT.**

**At the light of the above. The harassment that you will read hereafter is: A continuity to my family harassment that started 1968.** (encl. Exhibit Nine, I have sisters model).

**(I have been having enemies not sisters or family).**

WHY ONLY TODAY, **I deduce. That these incidents were the starting of a harassment:**

Because, from 2013 until 2021, I didn't know that:

1- Corporate Law-firms co-operate with the FBI. And MS J. Peele is the leader behind.
2- Because I am accused of PLAGIARISM
3- The Fist Publisher did two fake accusations against me.
   - They haven't been paid.
   - I haven't re-in-printed the book and I have used their CD.
   -

...........

**RIGHT AFTER MY HUSBAND'S DEATH STARTED THE HARASSMENT.**

**MS J PEELE HAS INAUGURATED IT WITH HER FIRST HARASSMENT:**

In 2004, **The first harassment, from MS. J. Peele,** started in 2004. She proved her hatred feeling. By her first following harassment.

While being at her second year of Law. She worked, on a conspiracy with her DMV Judge and her grand-ma Therese, to send me to a hearing.

After my having received a congratulation for the renewewal of my ID.
(The DMV management was not aware of this act. My notification surprised them).

At this time, I was amazed. Why I am being harassed. For sure, I couldn't guess that the one behind is: My family headed by: My sister Therese together with MS J. Peele, and a DMV **JUDGE** who should be removed from the judges' list.

My belief, MS J. Peele enjoys harassing people. Therefore, she is at the job corresponding to her trend.

At the light of the above, I assume. Since 2005. MS J. Peele, from her starting to work in a corporate Law-Firm. She was co-operating with the FBI.

Therefore, the harassment that I was noticing. Since my husband's death by the end of 2003.

- Somebody breaking into my home during my absence.
- documents disappearing. Then, after two years sometimes less and sometimes longer, reappearing on the top of a drawer.

**I started to doubt. May be, there were a cover-up by MS J. Peele/FBI.**

./...

SEP 16 2022

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

3) In 2012 While the re-writing of the book. I was noticing that chapters were taken from my home. Sometimes not return. I was considering it: Curiosity.

So, some of these chapters were given to the family's attorneys to give their opinion. If the book is leading me to PLAGIARISM. Therefore the following penalty will be applied on me.

**FROM THE INTERNET:**

" The type of extreme harassment program essentially Allow
Those few holding position of power in our military
Intelligence and Federal Law Enforcement Communities
to target literally ANYONE for whom they hold a grudge
There are no criminal charges filed, no due process, instead behind
closed doors a decision is made that a particular person deserves TO be psychologically
and physically ruined, removed from society by ANY means necessary"

4) In 2013 **As mentioned above**. Right after having sent a chapter of the book to the French Embassy in Washington DC. I have been through the three following cases of harassment.

**As I was following at CITY OF HOPE, DUARTE, my regular check-up after a bladder cancer. The Doctor ordered a general scan**, giving a diagnosis:

**A cancer at the head of the pancreas**.

- This scan had to be repeated every two months. Making me suffer a lot for the color shot. For four times. **After each scan, the Doctor was checking the result on the computer and says "the condition is the same no improvement".**
- Then, in January 2014. **After an endoscopy in Lebanon.**
  **It was proven to be a fake result.**
- Even at this point, I couldn't guess, of any harassment.

IT WAS TRUE, I HAD NOTHING.

My sisters knew from MS J. Peele that she had just ordered the harassment.
With a recommendation to make me suffer.

(5) In 2013 A lady driving at a **high speed** her SUV car, without stopping at the stop sign of Albatross Road, in Rowland Height. Crossed madly the Albatross Road, Has hit my car, badly damaging the left rear door of my Cadillac DEVILLE. Two Deputies from Rowland Height Police Station came.

**First**, they refused to give me the lady's insurance details and released her after 1h,25 minutes. When this lady was 100% liable for the accident.

./...

**Second ,** they refused to make a report saying: "The report is to be made by Hacienda Height Deputies. Since I am from there. Which was wrong as the accident occurred in Rowland Heights. Sure, Hacienda Heights' deputy never came. It was not their city.

Consequently, I had to have my car fixed before my departure. That was after one week. The situation has been very complicated. I couldn't leave the repair for the insurance. So the car had to be fixed before my departure. The insurance refused to allow a new door. So, I had to run to scrub cars. I ended-up by getting a used door with a slight difference than the actual one.

3) In 2013 Another item that I really feel shame to mention. It is about toilet paper.

- my Husband great cousin came from Lebanon to visit me, for two weeks.
- Her room was prepared to the tip-top. The toilet-paper that I used was Charmin.
- The lady came, she visited and left.
- The room has been cleaned after. But no checking to the toilet paper.
- One month later, I had to use this restroom. The toilet paper that was there, was like sand-paper. A kind of paper that nobody can find in the market.
  I really got mad.
- I called the lady in Lebanon and asked her. If this was the toilet paper, that she has used during her stay.
- She confirmed, yes it was like sand-paper.

As no such paper on the market. This sand paper was from the FBI.

I understood that with a cover-up with MS J. Peele/FBI. My family was behind. They got into my house. While my going to pick-up the cousin from the Airport. They broke into my house and changed the toilet paper with this sand-paper.

At the time, I couldn't guess from where they could have got this sand-paper. Now, it is clear.
I can confirm from the FBI
As no such paper on the market. This sand paper was from the FBI.

Now, I understand. The one who has engineered the above three harassment were made on purpose. ORDERED BY THE FBI UNDER THE AUSPICES OF MS J PEELE.

**This is the way my family or this mafia is. They have a pleasure to hit me in the back.**

........

**WHY ONLY TODAY, I deduce. That these incidents were the starting of a harassment: Because,** FROM 2013 UNTIL 2021, **I didn't know that:**

Corporate Law-firms co-operate with the FBI. And MS J. Peele is the leader behind.
I am accused of PLAGIARISM
The Fist Publisher did a fake accusation against me.

At the light of the above and the harassment that you will read hereafter is: A continuity to the fifty years of harassment by my family. That started 1968. (enclosed Exhibit Nine)

( [illegible] .) ./...

........

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

FROM AUGUST 2013 TO APRIL 2015. **THE DEALING WITH THE FIRST PUBLISHER'S As DETAILED IN** ITEM TWO/ **Pages 10 to 13:**

2/4 **THE** IN-PRNTING OF HE BOOK.

2/5 THE FAKE ACCUSATION FROM THE FIRST PUBLISHER.

2/6 DAR ANNAHAR SETTLEMENT.

Now, I understand why this Publisher was changing the meaning of the translation. This changes were required **by the FBI managed by MS J. Peele.**

That is why. They had a problem accepting my conditions for the contract. I had got hard time with this Company.
**BEING UNAWARE of the plagiarism harassment**. However my consideration was: "They might be interested of writing similar book for themselves.

My ignorance, as far as PLAGIARISM, is proven in my letters sent to DAR ANNAHAR by the Notary Public on November 11th, 2014 and April 22nd, 2015.

On the other hand. ORDER FROM THE FBI.
EVERYBODY HAS TO KEEP JOSETTE KHAYAT IGNORANT ABOUT PLAGIARISM.

FROM MAY 2015 TO JANUARY 2016 **THE SECOND PUBLISHER:**

They refused to write a contract. They did some minor changes, but not in the translation. However, the First Publisher was making changes to the translation. **As detailed in item:**

**THE PROBLEMS THAT I FACED WITH: THE SECOND PUBLISHER.**

……………

MAY 25th, 2016. AFTER HAVING PUBLISHED THE BOOK

My regular phone as well as my cell phone are phone taping.

My face book has been stopped since 2016.

**They have stopped:**

- **My yahoo email to deprive me from proving my innocence. This Yahoo email contains all the points to prove my innocence.**
  **After investigation, I have been informed that nobody can open it.**
- **My GMAIL. I HAS BEEN STOPPED SEVEN TIMES. And I ended-up with seven different EMAILS.**

**I DON'T KNOW FOR HOW LONG WILL REMAIN THIS LAST ONE.**

MAY 25th, 2016. **My first discovery: Upon my return from Lebanon.**
**SOMETHING STRANGE WAS MADE TO MY CAMERAS.** I found my **small DVR changed to a double size DVR.** and eight other wires coming down from the attic in the same pipe and connected to three extension cords. From one to another and the third one connected to a different DVR. Being double sized of mine that was there.

**THEREFORE, I REMOVED ALL THE CAMERAS** ./...

12) MAY 25th, 2016. **Therese's daughter-in-law, Mary**, came to wish me the welcome-back. This is what she said to me:

- "Therese is in Laguna, in Christine's home. The family is going to gather.

**<u>I am ready to pay you whatever you want to get your book.</u>**

**<u>She also added: I said to the family: Josette is very, very, very intelligent".</u>**

At this time, I couldn't guess the reason for all this bla-bla-bla. I gave her a book. It goes without saying "free of charge". As I did for everybody.

Now, I understood why Mary wanted the book. She wanted it for two reasons:

A) Because Ms. Joelle Peele was going to be there. So, she will be able to check if the book is subject to PLAGIARISM.
Therefore, to let them know. If she is going to be able to apply on me:
"THE EXTREME HARASSMENT PROGRAM AND STRIP ME FROM ALL MY POSSESSION"

B) In 2012. while my re-writing to the book. They were behind the changes that was made to the translation. So, they will find a reason to make a fun of me.

**<u>After all the *bla-bla-bla* of Mary</u>**. None of this Mafia accepted to give his opinion on the book. Or, even, say that they have looked inside the book. They all said:

**"We are not interested".**

However, THEY WERE INTERESTED TO PAY ANY PRICE TO GET THE BOOK.

**Really, it is sad. To be surrounded by a family of this caliber with such criminal wicked feelings.**

**For over 50 years. They haD no target except harassing me.**

........

13) JUNE 2016. **My phone and Internet**

- My phone and Internet were provided to me by Verizon.
- In 2016. Verizon stopped its business in our area (Hacienda Heights). So, we had to go with SPECTRUM.
- To be connected to the Internet. Usually it is through a modem.
- However, Spectrum personnel said "TO CONNECT YOUR INTERNET, WE NEED TO HANG ON THE GARAGE WALL , THIS MEDIUM SIZE BOX".
- So, I found out that I had to agree.

After a while, I noticed that this medium size box had two mini cameras. I disconnected the socket of Spectrum box, and found out that nothing was going wrong with my internet. **(Therefore, the medium size box was not for the Internet).** But fortwo small cameras .

14) JUNE 2016. Just one week after my return from Lebanon. I was feeling like a pin in my throat. I went to the [illegible]

**a)** [illegible]: After an Ultra-Sound. The result: **A lump in my throat**.

Also, they asked for **an endoscopy to the heart.**

- The Doctor's condition was: To make the endoscopy. It had to be done from my right arm. Not from the left arm. As it is supposed to be.
- I agreed.
- The result: my right arm has been mutilated internally. Blue and red internal bruises were all over my right arm.
- I have been suffering for one month. I couldn't do anything for one month. ./...

**b)** Nothing special except the Doctor at the Emergency asked me to go and be treated by Dr. Elias Ayoub.

- Dr. Ayoub request: If I start taking care of you. I have to keep treating you up to the end.
- I have no problem.
- He said: I'll send you for an ultra-sound. **I know the radiologist. I will call him to take care of you.**
- After the ultra-sound. The result was negative.

Please note, that Ms. J. Peele's father is a doctor and is a closed friend to Dr. Elias Ayoub. Therefore, I was sent on purpose to this doctor. Probably upon Ms. J. Peele's father recommendation

I knew that a game is there. Especially after having two opposite results **in the same hospital,**

At the Emergency: <u>Positive Result</u>

After Dr. E. Ayoub 's recommendation

**c)**

My primary refused that I be seen by an oncologist. He insisted that I be seen by an endocrinologist. The endocrinologist recommended a biopsy. That was followed-up, by a surgery performed by an ENT Oncologist Surgeon.

One month after the surgery, I was feeling a pin in the middle of my throat. The endocrinologist recommended a biopsy at the place of the surgery. I knew that it is not the correct recommendation. I didn't know that I had to see an ENT Doctor. Therefore, I dropped City of Hope.

SEPTEMBER 2016. **<u>All doctors were instigated not to treat me properly</u>**. After having been seen by many different doctors. **One of them had a good conscious**. He advised me to see an ENT doctor.

The first ENT doctor was old and stopped performing surgery. But he said to me: **You should find a surgeon. Who can perform this surgery".** Thanks God, after seeing two different doctors excusing themselves.

On December 16, 2016 I had to go to San Bernardino. To see a doctor who accepted to perform the surgery **on December 23rd, 2016.**

On December 22nd, **I visited the doctor to give him the required test results. When leaving the Clinic and getting into my car. A Black nice citizen told me, Madam be careful, a white man took a picture to the number of your car. Say to the police. May be he is planning to steal your car.**

**It was not the case.**

**"THIS IS THE CAR NUMBER OF Josette Khayat, WHO IS THE DOCTOR TREATING HER"?**

JULY 2016 **For safety, I decided to have an ADT Alarm system.**

**After installation, ADT refused to accept that I change the code on the key-pad. Their** request was: First, to call the company to inform them of my new code. Then, had the code change on line. I rejected this tricky way and insisted to be done on the key-pad. Therefore, I rejected the whole work. Stopped my payment. ./...



17) MARCH 2017. Being 81 years old. I decided to legate my house to the Church and have the church taking care of me, in case I need assistance. I asked the church to prepare a Living rust.

- ➢ For three times. The Church was giving me to sign: A WILL instead of a Living Trust. I considered the Church would like to make sure of my firm decision. I ended-up by
  - ➢ By going three times to Whittier Library. Print on three different USBs. An ***Irrevocable Living Trust***. In favor of the church.
  - ➢ Then, downloaded them in One chapter of the book of the **IN-DESIGN CS6 PROGRAM.**
- ➢ Finally, by JUNE 5TH 2017. For the registration, of the Irrevocable Living Trust. at the County.
  - a) Instructions were given to reject the registration.
  - b) Upon my determination. They ended-up by issuing the registration.

**SINCE THIS TIME, STARTED THE HARASSMENT TO MY HOME.**

---

FROM JUNE 15, 2017 to JUNE 15, 2018. **I HAVE BEEN IN LEBANON.**

18) 2018 Mid of March. IN LEBANON

- ➢ I had a horrible pain to the back of my left leg. The pain was to the extent that I could hardly walk.
- ➢ [illegible]. The doctor said "you must go to the emergency for a doppler Ultra-Sound".

[illegible] to the Emergency

- The doctors' resident were kind to me, they were affected by my pain. They called the Ultra-Sound Doctor. For a Doppler.
- *One hour later, the doctor who had to perform the Ultra-Sound arrived.* ***So, these*** **residents were, outside my room, saying:**

  "It is not fair to let her pay money and then tell her you are okay".
- Then, they came to me and said: "Don't have this Doppler Ultra-Sound done".
- I understood and told them: " Let it be done. I knew that the doctor will say: "you have nothing". According to the instructions.
- **While the doctor was performing the Ultra Sound. He jumped and showed with his finger, on the computer, to the Resident (who was next to him) what made him jump.**
- Then, the doctor said [illegible]. I became sure that I have a clot in my leg. And, no treatment for me.
- **Thanks God, I had been able to treat myself from the internet.**

  What is easy in Lebanon? **You don't need a prescription to buy the medication.**

19) 2018 MID OF APRIL. IN LEBANON

[illegible] **having hit my left hand badly. I couldn't touch anything from the pain.**

**A)** [illegible].

- X-RAY, result negative. No break.
- Two days later my hand swell. Getting triple size. ./...

**B)** Again, to the Emergency

- X-ray, hand broken.
- This time, with such condition to my hand. The situation couldn't be denied.
- The resident did a medical rapping. Then, told me,

  **your hand was broken when you were here, two days ago.**

20) April 2018, ALSO, IN LEBANON,

- I legated my home to the nuns, who have a home for the elderly, close to their hospital. To take care of me in case I need assistance.
- In the month of April 2018. After a little time, at a phone call to my sister, grand-ma of Ms. J. Peele, I informed her of my legacy.
- **After a little while. I faced harassment to this home.**
  - I noticed traces of water in the ceiling. As I Live in the last story. I went to the terrace to check the cause of the water.
  - I found, two new large water pipes connected from each side to the largest water tank. That feeds water. To the different tenants' tanks of the building.
  - These pipes were leaking water over the terrace for long hours. It costs me $ 6000.00 for the repair. And I stopped the water.

……………………

JUNE 15, 2018 BACK FROM LEBANON TO THE USA

Instruction is given to any licensed contractor :

**To either, not do my job. OR Do it, but by damaging something else.**

21) **WHIRRING DAYS AND NIGHTS:**

Right after my arrival. Everyday at night, there was and still there is a whirring in my bed-room. Now, the whirring is heard days and nights all around the house. People who visits me, asks me about. My answer: It is there since 2018.

22) SEPTEMBER 8, 2018 **PURCHASES AT MACY'S**

[illegible] engineered a conspiracy with her unnatural-mother who was a Supervisor for all Macy's stores in Los Angeles..

**a)** Before my trip. In June 2017. I had overpaid $ 300.00 to my account with Macy's to make sure no problem upon my return

**b)** The first Collection Bureau. By September 8, 2018, I received a letter claiming under a different account number. The amount of $ 1,225.00. Being a debt on my Macy's Credit of $ 825.00 + interest. After proving, it is a fake claim

**c)** The second collection bureau I received a claim.Again.

**d)** The First Collection Bureau reiterated his request. But this time. They stopped it immediately.

**e)** Afterward.. MS J. Peele unnatural mother has been dismissed and I received a letter of apology from macy's.

I am not sure if her dismissal is connected to my harassment. ./...

NOVEMBER 2018. **The first surprise. <u>DISPLAY CABINET OF MY DINING ROOM</u>.**
During my stay in Lebanon.

- My dining room is a CHINESE STYLE from china. Each side has two rows of glass shelves resting on strip of wood. These strips of wood are resting on decorative golden screws.
- **At my return from Lebanon**, It didn't come to my mind. That during my absence, an evil person came to my house. Changed the shelves system and damaged this display cabinet.
- Only, by the mid of November 2018, The family's maid, who rarely works for me, was required to push down a shelve to cause its fall. I heard things falling and getting broken. I rushed to see what is going on!
- The glass shelf fell. Consequently," <u>Limoges and porcelain break</u>". I emptied this display cabinet, I can fix it myself..
- Later, to my surprise, I noticed that all the shelves support were removed from their place and nailed over the hole of the decorative screws + all the screws were removed.
- I could fix it myself. However, the FBI is not letting any glass company make a new glass to replace the broken one.

DECEMBER 1st, 2019. **MY FIRST DISCOVERY.**

- After having noticed. That the hose is implanted in the dirt of the front yard of my house.
- And as I was noticing that the grass look fresh. Despite my having stopped watering from September 2019.
- **I asked Roto-Rooter to check how deep the water is underground.** Closed to the house.
- **Roto-Rooter discovered that the water is three feet underground closed to the house. This was, confirmed by Suburban water billing:**
  FROM JUNE 2017 TO JUNE 2018: My bills were in the range of $.200 to $ 250 a month . **While being in Lebanon.**

- December 2, I called City of Industry, Deputy Jordan No.636382.
  , Deputy Jordan said
- I haven't believed him. And I replied firmly:
  Unfortunately, Deputy Jordan was sincere and said the truth.
- Enclosed: (Exhibit/Ten) Copy of Roto-Rooter Report.

  I gave copy of the report to Deputy Jordan against his will.
  (Exhibit/Eleven) Deputy Jordan report.

  (Exhibit: Twelve ) Suburban Water Billing Statement:
  Proving that during my stay in Lebanon, from May 2017 to May 2018. A water inundation to my front yard, by the opening to the sprinklers, for long hours. Causing a monthly charge in the range of $ 200.00.

Conclusion: I removed the three faucets of my front and back yards. + All the sprinklers.

AS AT THIS TIME, **I didn't have, even, a minor doubt that a conspiracy is going-on; between the FBI Ms. J. Peele, The City of Industry Police Station, my family, and my next door British neighbor .**

./...

**Right after.** My first step,

- I removed the eight roses of my front yard.
- Then the18 roses of my back yard.
- **To end the game of water. I** filled all the planters with concrete.
- **Also I removed all the faucets and sprinklers from the yards.**

**I KNOW TO KEEP MY YARDS WITH NO WATER. THIS IS VERY DANGEROUS FOR ME AND FOR THE NEIBORHOOD.**

**BUT THIS IS THE CHOICE OF THE FBI. THEY DON'T CARE ABOUT SAFETY.**
**THEIR TARGET IS HARASSMENT**

<u>When the FBI noticed, that no more chance to damage the soil with water.</u>
<u>They went with a different process of damaging:</u>

25) MARCH 2020 **THE FENCE OF MY BACKYARD**

- **The iron post of the fence at the corner of the back and the side yard has been cut from top and bottom**
- That means. they were preparing to empty the soil from below the slab of the backyard and end-up by pulling down the broken corner of the fence. Causing a huge dammage.

APRIL 2020

- Part of this slope belongs to my Chinese neighbor
- My Chinese Neighbor was required by the FBI. For this part of land that belong to him.
- Instead of trimming the ivy that had invaded my backyard. **To up-root the two feet high ivy to one foot back.**
- **Leaving the slab of the backyard exposed to be broken.**
- **To save the soil from sweeping down.. I have been compelled to cover the slope with concrete.**
- **After covering with concrete, the small area between the slab of the ivy of the slope. . FBI Secret agents were coming at night injecting water, under the concrete. To cause the concrete to slip down.**
- **This situation forced me to cover almost the whole slope with concrete.**

**This work was done in six months. To keep this slope safe.**

MAY 2020 I called the Police, Two Deputies. Came to look to the damage. When they found-out the damage is enormous. They run and said we are on call.

**HEREAFTER IS THE POLICE POLICY.:**

A) If the damage that they have to inspect is of great importance. They run away. Claiming, they have an urgent call. This is to escape from writing a report to convey the responsibility.

B) Then, only one Deputy comes and check the damage. So, in case of any questionnaire. They won't be contradicting information.

The second time: Two deputies were in the car.

./...

28) From May 2017 to February 20120 **BOA Litigation Settlement**

**LOSS OF THE REFUND, FOR $ 58,178.43**

In the month of May 2017, I received a letter from Bank of America Litigation Settlement. Stating:

**"There is a settlement for people who had bought and lost from buying Bank of America's Securities during the years 2009, 2010 and 2011.**

- Being one of these persons, I responded by filling the form and mailed it together with copy of my Tax Return Form [illegible].
- [illegible]
- up to July 11th, 2018. I received a letter Informing me that my claim has been totally rejected.
- Afterward, no more letters. Not even answers to my letters. I didn't have any number to call. By contacting Merrill Lynch. **Nobody accepted to give me a phone number to call**. Plus, at every call, they were telling my claim is rejected for a different reason:
- Copy of my application + all the files related to MERRIL LYNCH documents have disappeared from my home and reappeared after February 2019. When the settlement was completed.

It was the work of MS J Peele and the rest of my family.

I assume, MS J Peele got the money and shared it between the family.

As I believe my family were behind the disappearance of my documents.

29) **THE RETAINING WALL ALL ALONG THE WEST SIDE:**

- During the summer of 2020, they cracked the top of the retaining wall. To have it inundated with water and damaged in winter.
- Therefore, I covered it with strong material to keep it safe. Beside that it was in an excellent condition since 1992.
- The repair for this item took one month work from me. And it costs me over $ 2,000.

SUMMER OF 2020 **THE SHINGLE ROOF: It is a small part of the roof.**

They have removed the sheet metal. That is behind the black paper at the wall corner. I have covered it with plastic

a) before winter of 2020/2021.

b) Then, again before winter 2021/2022.

**NO LICENSED ROOFER IS ALLOWED TO WORK ON MY ROOF**

MAY 2021 **DAMAGE TO THE TILE ROOF. It has been fixed three times.**

- They started by breaking over 20 tiles of the roof.
- [illegible].
- Right before winter. They broke them again.
- In December 2021 I covered the whole roof with transparent plastic.
- They started to damage the plastic.
- I covered them again with 6mm plastic. Having holes all around the edge.
- I attached a chain to the hole. And hold down the chain to big stones.
- They broke them again. The FBI doesn't let any licensed contractor to do the job

I discovered something worst. However, I am not sure of if yet. ./...

77

I DON'T KNOW HOW SHALL I FACE THE WINTER 2022 - 2023

**FBI stopped the Insurance from fixing the roof. Despite it is a case of vandalism**

THE WORST THEY ARE STOPPING UNDER PENALTY ANY ROOFER TO FIX THE ROOF

30) FEBRUARY 2021. THE WOOD FENCE HAS BEEN DAMAGED TWICE

A) By the end of the winter. They pushed the wood fence to the back.
The repair has cost me $ 1,000.00.

**B)** In the summer, they removed almost all the nails holding the STRIPS of wood to their BACK REINFORCEMENT. I replaced FOUR HUNDRED NAILS.

SUMMER 2021 MY NEXT DOOR NEIGHBOR

**TO POUR WATER BEHIND THE RETAINING WALL** AS IT IS A THE BORDER OF HER HOUSE

**AS I was having weed growing from her side. Something unusual. As her side part is covered with concrete.**

**I checked from my side her dirt from under the concrete. It was all wet.**

**So, I called her and warned her to stop damaging the dirt. As her footing will be damaged long before mine.**

**After she checked of my warning. She stopped the game.**

**REMOVAL of the COOLING AND HEATING of the HOUSE + THE GAS LINE:**

**-It started by a bad smell in the house.**

**I covered all the A/C windows with plastic. Then, I stopped the electricity of the Heater. The smell hasn't gone. So I stopped the gas and asked the gas company to disconnect the gas line to check again the source of this horrible smell. I opened the heater closet to check the source of the smell.**

**- Surprisingly I found my condenser having been removed from the roof put in a metal box and installed between the heater and the pump connected to the attic. + Freon line and electrical wiring.**

- **The first A/C Company, Agreed to just remove the Freon line.**
  **No change. The smell hasn't stop.**
  **The Second A/C Company. Removed first the condenser.**
  **I forced them to remove the metal box that was tied between the heater and the pump connected to the attic.**
- **And from there was this horrible smell. It was a box padded with Asbestos Insulation from inside and outside. With the air power coming from the attic to the heater room. through this box**

**The end is not here. This Company took my new condenser that cost $ 4,000.00. Charged me with one thousand dollars.**

**As I was complaining about the condenser. They brought a very old obsolete condenser and said this is your condenser**

**I opened the heater closet. I found-out the heater metal cover has been removed and replaced with panels of boxes cover.**

**THE LOSS TO REPLACE THE A/C AND THE HEATER IS OVER 10,000 DOLLARS ./...**

33) JANUARY 2022 **THE BEAMS CARRYING THE ROOF**

A) **THREE SHORT BEEMS OF 18 INCHES LONG.**

B) **ONE LONG BEAM OF 16 FEET LONG.**

A) **For the short beams. They started:**

- **To knot a chain around the beam.**
- **To come later cut it from the top.**
- **Then pull it down.**
- For these three beams. With a lot of efforts from my part [illegible]

B) **For the long one. They started:**

- **To dig the stucco at its corner.**
- **I started to wrap the beam with wood and stucco it.**
- **The worker after he had completed the brown coat to the stucco.**
- **He was instructed to leave the job unfinished. Without having the stucco coat.**
- **I got a handyman to complete the job.**
- [illegible]

[illegible]

FEBRUARY 2022 **THE WATER HEATER.**

**Somebody caused a leak to the Water Heater. The water was leaking outside the house. In a way. That I couldn't notice it.**
**I removed the water heater. I won't be able to replace it.**
**The water damaged both sides of the wall behind to the garage side and the bed-room side.**

April 2022 **MAKING THE HOUSE LOOK MICKEY-MOUSE**

**Pieces of gray color tapes have decorated the front and the back fascia. Around the house.**

---

## From inside:

OCTOBER 2019 **MY MATTRESS**

My mattress was almost new. It has been sprayed with gas and cannot be used again.
I tried to buy a new one. The Company sent the new one with horrible smell. Advising thaT after 25 days the smell will disappear.I returned it.
Since this day I sleep on a couch. From October 2019 up to today August 15, 2022.

May 2017 **MY DISHWASHER.**

a- In the month of May 2017, I decided to change my dishwasher. After getting the new one, I noticed that a different liquid was in the jet box. I returned to Sears and ask to have the jet-box changed. It was in vain. It has been rejected.
b- Therefore, I haven't been able to use it.
c- Since May 2017 until today. I am washing the dishes myself.
d- From my washing all the glass items were transparent.

./...

79

e- After having been out of the house. At my return, I noticed this transparent glass became opaque.
What means, During my absence, the FBI secret agent used to wash them with a kind of chemical. That has left residue in the bottom of the dishwasher.
This chemical that is in the bottom is not cleanable.
The secret agent tried to clean the chemical, but residue is still there.
At this point, I disconnected all water and drainage pipes from the dishwasher.

f- The injection of the water from the drainage closer. At the back of the kitchen, was:

After placing a complaint to Deputy Toa of City of Industry.

- The injection of the water from the drainage closer at the back of the kitchen, has stopped.

## THE KITCHEN CABINETS

Secret Agents damaged the kitchen cabinet
1) By pushing down the doors. And damage the closers.
2) By damaging the wood in an unbelievable way. They need to be changed.

## FILING DOCUMENTS

I had an excellent system of filing. i could find any document from 1989 until three years ago, in two minutes. When the FBI started to mess-up my files in all the filing cabinets.
I have three four drawers filing cabinets.. My filing was in excellent order. Now, it is hard for me to find a document. They have messed-up everything.

**IMPORTANT DOCUMENTS** are removed from my files and never returned to my files. Files are disappearing. Specially the files of the banks.

Cameras are added all around the house

## THE ATTIC

By pouring water and by spreading small pieces of concrete all over. So that any person, who goes up into the attic, could fall and get a fracture. Also, cause great damage to the ceiling.

## THE RESTROOMS

Many times, I noticed that, the guest restroom have been used during my absence. Also, sometimes left dirty.

- Not long ago, not only it was left dirty, but, also, the porcelain was scraped and damaged. So, I will have to change the tank.
- The last thing.. I found the guest restroom's tank emptied from water. When I flashed it, the new water was opaque. This means the tank has been filled with chemical, to damage the underground pipe. Now, whenever I am out, they repeat the same thing.
- **They damaged the tank of the toilet. It needs to be changed.**

## My car

- ➢ is followed by the radar.
- ➢ A non-stop whining.
- ➢ Wherever I stop. Secret Agents are there to:
  - Damage the body
  - Dirt the body with black stuff .
  - Remove the pipe of the coolant to empty the coolant box.
  - Require the dealer: To change my car seat. Causing me to sit uncomfortably. Since August 2020 until today
  - Damage the computerized warning system. At the Dashboard.

## The garage

**A- The garage door opener. For two times .I had to change it. As they were adding Sensor to it.**

**B- To pour down in the garage cabinet:**

- **One time LARGE AMOUNT OF KEROSENE> The gas company discovered it.**
- **Another time a bottle of detergent.**

---

## THE HARASSMENT HASN'T STOPPED HERE

## SOCIALLY

**The harassment hasn't stopped here. Also, from MS Peele FBI warning instructions by** letters or by phone to:

- ➢ **All friends and overseas cousins.**
- ➢ **The churches.** Who are going to share my legacy.
- ➢ **Doctors.**
- ➢ **Dealers**
- ➢ **Workers**

- To limit their contact with me
- To keep distant from me.
- Do not invite me to any joyful gathering.
- Do not back me, in case I need any help.

---

## MY ELECTRICITY

During my stay in Lebanon from May 2014 to May 2016. My electrical bill was in the range of $ 200 to $ 250. I don't know who was using my **electricity.** (exhibit Thirteen)

## DAMAGE TO MY CREDIT with EQUIFAX

**It has been damaged by items "out of this world":**

That I bought for $ 15,000.00 and haven't paid. Then the payment was reduced to $ 10,000.00. 4 items in this spirit. ./...

## MY SISTERS

**Now, I understood. Why Ms. J. Peele's:**

- **GRAND-MA** was harassing me since my return from Lebanon in 2018. **By:**
  1) Having changed the ointment for my skin.
  2) Taking my checkbooks. That I have left with her to be in safe hands. As they were disappearing from my home. My sister Therese and her Daughter-in-law Mary.They were and are the ones to take things from my home. Sometimes returning them and sometimes not.
  3) Adding chilling spices into my food, that stops the memory for a while.
  4) Taking my sweater from my home and say that I left it in her home.
  5) Getting into my home and exchange my suit jacket with hers.
  6) Asking her grand-son, who is mechanical engineer to remove from the computer at the **dash-board of my car**. The information
  7) **She** called me and said:
     a) without a related subject, but just like that: **"You know, I am on welfare and I am happy".**
     b) **Another time**. May be in September 2021. **By another phone call. Again, just like that. She said: I like to give to the poor.**
     c) **Two times. To just slander me with the story of my in-laws. That day, my blood pressure jumped to seventeen.**
     d) To blame me. Because we have never had more than one car.

**At these moments**, I couldn't understand the purpose of these calls. It was to just to harass me. And get rewarded from her grand-daughter MS J. Peele**/FBI**

**Mary, Grand-ma's Daughter-in-Law.**

1) The purpose for her visiting me in May 2016. The day of my return from Lebanon. She came to say to me:

   "I am ready to pay whatever you ask for, to get your book. We are reunited tomorrow in Laguna.
   I told them Josette is very, very, very, smart."
   So I gave her the Book. Sure free of charge.

   **I guess Mary wanted to pay any price to get the book: was to Joelle, to check. If MS J.Peele will be able to apply on me the accusation of plagiarism. She promised she will give the family all my money and put me on welfare.**

2) What caused me to come to this conclusion, is the following:
   Grand-ma asked me if my home is paid. When I said my home is Paid.
   **: "How nice!".**

./...

**Her remark surprised me**. As she knows that the house is going to the church after my death. <u>I couldn't guess. Because at this time. I didn't know, what was working in my back</u>. To just destroy me and get all my possession through MS J. Peele/FBI

**by accusing me of PLAGIARISM.**

Now, I know, the reason for this happiness, **because Joelle promised, she will keep harassing me. Up to the time, I end-up by selling my home. At this moment, Joelle will work to make the sale" be a "FAKE SALE". Then, the FBI gets the money and shares it within the family' members.**

**<u>My sister Christine</u>. She is using her hypocrisy by playing the role of a loving sister.**

1) She is on my I-Phone and on my computers. She reports every step to Joelle. While writing she changes my writing. She changes in the spelling to say: I don't know English.
2) She erases pararaphs. Change in the text. Add paragraphs.
3) On my computer, she is the one who has added Joelle's home address and removed the grand-ma's address.

**<u>May be, she is getting a monthly reward from Joelle</u>**.

Now, I understand

[illegible]

[illegible]

IT IS LIKE THE CASE OF CAIN AND HABEEL

---

Josette Khayat
Email: josettekhayat61@gmail.com
(626)820-9566
Cell: (626)228-9919

23

# ENCLOSURES

**One side of the file:**

My letter dated

- **Report summarizing the whole circumstances** ....................................... P. 1 to 11
- Addendum (2 pages)
- The Investigation. (2 pages)
- MY CURRICULUM VITAE. In case you would like to know me.

..................

Exhibit One: ITEM ONE : Contents of the book. ....................................................... P.1 to 5
ITEM TWO : Fake accusation by the first publisher DAR ANNAHAR . P. 1 to 18
ITEM THREE. The harassment. ................................................................ P. 1 to 22

..................

**Second side of the file:**

Exhibit two: My book + **Pages 11/1 AND 11/2 of** the book. **The technique, how was the book written.**

Exhibit three: **One Section of my glossary** I had copies for the entire glossary. Unfortunately, the FBI agents (who are members of my family + my neighbor) Picked all of them except the one enclosed. The letter "R". And the letter "N" Has been mailed to the Library of Congress

Exhibit four: French Embassy's statement. Emailed by MS Anne-Sophie Hermil.

Exhibit five: The translation of an Arabic Letter from the Notary Public sent through the Court to DAR ANNAHAR. Warning them. That due to their refusal to comply with the conditional terms. I withdraw. Therefore, I don't owe them any payment. Also warning them to not issue a similar book under a penalty of two millions dollars.

Exhibit six: Bank statement for the payment of $ 2,000.00 to MS Soad Melki.

Exhibit seven: Affidavit Letter from MR Tanios Malak confirming my re-in- printing to the book and the change made to the slashes.

Exhibit eight Affidavit Letter from Rev. Nazih Hayek, confirming (1) The change to my Biography. (2) Details regarding my condition with the number of the books. and (3) the charges.

Exhibit Nine: I have sisters model.

Exhibit Ten: Rotor-Rooter billing. Dated 12/01/2019. Confirming water three feet underground closed to the house.

Exhibit Eleven: Report from Deputy Jordan # 636382 dated 12-02-19.

Exhibit Twelve: Suburban Water Billing.

Exhibit Thirteen: Report No, IND 22197-0153, From Deputy Oledveda, J # 637367 & Deputy Castro, M # 479927). CDs Have disappeared from my home.

Exhibit Fourteen: California Edison Billing. Stolen Electricity during my being overseas.

74

# EXHIBIT ONE

**ITEM ONE**

1/1 The way i wrote the book. ............................................. P. 1
1/2 A large amount of English words picked from the dictionary: P. 2
1/3 the translation to French. Also, at the end of each chapter . The meaning of some French words, in French...................... P. 2 & 3
1/4 The pronunciation.................................................................. P. 3
1/5 The common expressions. ..................................................... P. 3 & 4
1/6 **THE IRREGULAR VERBS.** ..................................................... P. 5

**ITEM TWO.**

2/1 **THE REASON FOR WRITING THE BOOK.** ......................... P.1 to 3
2/2 The reason for re-writing of the book. ................................ P. 3 & 4
2/3 The registration of the book. ........................................... P. 4 to 6
2/4 The in-printing of the book. ............................................ P. 6 & 7
2/5 The fake accusation from the first publisher...................... P. 7 & 8
2/6 DAR ANNAHAR settlement. ................................................ P. 8 & 9
2/7 The re-in-printing of the book. ........................................... P.9 to 11
2/8 Problems that i faced with the second publisher................. P.11 to 14
2/9 Financial loss ........................................................................ P. 14
2/10 The writing other books ....................................................... P. 15
2/11 The erasing of my re-in-printing to the book from the in-design cs6 program and from MY CDs. MY USB.......... P. 15 to 18

**ITEM THREE**

3/1 **My relationship with the main player of this harassment. Who is my family?** ........................................................ P. 1 to 3
3/2 **Enigmatic silence about plagiarism**.............................. P. 3 to 5
3/3 **Who is behind this harassment?** .................................. P. 5 & 6
3/4 **Starting and details of the harassment.** ......................... P. 6 to 22

EXHIBIT 2

Improve your English vocabulary with

# The Dictionary
*English/French*
# In Stories

and
the pronunciation with the related CD

Josette Khayat

**Josette Khayat**
**Email: josettekhayat61@gmail.com**
**(626)820-9566**
**Cell: (626)228-9919**

EXHIBIT 2

**the sign (+) next to the French meaning**: The sign (+) is placed where the same word has more than one meaning. It has a meaning as used in the story and another or more meanings not used here.

**Letters A - B- C - D**: These letters are placed in the margin of the chapters to point out the different sub-topics of the text and to help the student assimilate the story in an easy manner.

**Numbers 1 - 2 - 3**: These numbers are placed in long paragraphs of different text to help the student better assimilate the meaning of each sentence.

**Procedure to study this book:** Each story should first be comprehended, read with the recording at least 30 times to become familiar with the pronunciation. Then copied at least 10 times. Next, it needs to be studied and memorized. Finally, the student is encouraged to keep listening to the recording at leisure, this will help him to get more familiar with the vocabulary, the meaning and the pronunciation. Students will also gain the correct sentence structure which will help in their daily conversation.

The concept of new words placed in alphabetical order and in story form helps students remember their meaning in context, by recalling the stories that relate to each letter.

**Translation of the word from English to French:**

The verbs translated into French are not conjugated. They are translated to the infinitive. All nouns and adjectives are translated in the masculine singular.

**The translation sources are from the following dictionaries:**

Le Robert & collin, Meriam's Webster collegiate and Larousse.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

71

# EXHIBIT 2

## BIOGRAPHY

*Josette Khayat was born in 1941, in Egypt, where she is known under her maiden name Gisèle Chaker Hage. At the age of 18 she was trilingual in Arabic, French and English. She continued to improve her proficiency in English as the years went by.*

*She moved to Lebanon in 1957 where she resided for a year, and studied Montessori Early Education. Then returning to Egypt, she learned the French and English shorthand (duployé method) that she adopted during her long years of work. In 1962 she moved back to Lebanon having taught herself Insurance and Banking. Two decades later, in 1984, Josette found herself in the construction business ending as general contractor of a large construction project. Over the course of her life, she also taught French, managed the Marine Department and other sections in an insurance company. She headed the Documentary Credit Department at a Bank. Her ambition and zest for learning didn't stop there.*

*As fate would have it, Josette moved again, to the Gulf this time. She worked at the Swedish Consulate at first and went on to translate government tender specifications for the French Company Scetcop. She spent seven years at the Central Bank of Kuwait, serving as personal assistant to the head of the Banking supervision Department - and two economist of the highest caliber according to Bank of England and Bundesbank (Germany Central bank). After that, Josette joined a leading bank for seven years ending to be head of a department.*

*Then, she moved to the United States and took on the challenging task of construction. She managed the construction of three projects and continued learning. Josette did not intend to lead such an eclectic professional life. It was simply a result of her many travels; travel which she always regarded as opportunities to experience different business fields and gain new knowledge.*

*Throughout her years of learning, Josette developed her own personal method of retaining information. She applied her method to the learning of a new language.*

*This book is the product of her systematic approach to learning and hereafter is* ***The idea of this book***

**Josette Khayat**
**2516 Abuela Place**
**Hacienda Heights, CA 91745**

P. 3

# EXHIBIT 2

11/1

In 1979, the author had developed a good command of the English language, she was able to read, write and translate with ease. However, when it came to holding everyday conversations she realized that her colloquial expressions were quite limited and stiff. So she decided to find a solution to the problem. As you may know:

"When there is a will, there is a way"

To begin with, she started preparing a glossary, by picking all the colloquial words which she was not familiar with, from an English/ French pocket dictionary. Then she wrote the French meaning next to the English word. Afterwards she started writing the stories. Each story contains approximately one hundred words of the same letter. After finishing the first two stories, she asked a British lady to help her by reading and making the necessary corrections to these stories. Then, to record them on a tape recorder. This was a great help, as it is by hearing that someone could remember a word.

She kept on writing. Later the Lady had no problem helping her by writing some of the stories. Therefore, she was giving the Lady the words that she needed to learn, and the lady was writing the stories using these words. Up to the time together they finished all the stories. It was in this wise that the book was done. But, at that time, the book was not made in an academic and professional way.

After years of being busy with work and life the author decided to revisit the stories. She realized the benefit that this book could bring to people of French education.

So two years ago, she took the idea seriously. She re-edited the stories, both hers and the British lady with some adjustments to suit her purpose and added synonyms throughout the book. Also, she added the different parts of the body, the bushes, the flowers, the colors, the music instruments and the vegetables and fruit, and developed the list of animals at the zoo. Plus, the Anglos-French words for pronunciation, the common expressions and the irregular verbs.

She did her best to give the student all what is needed for everyday conversation. As this is, what she would have loved to have learnt when she had started studying English.

After completing the rewriting of the whole book, she asked a British-American Lady along with a male English professor to record this book, to ensure students heard both female and male voices.

**Josette Khayat**
**2516 Abuela Place**
**Hacienda Heights, CA 91745**

P. 4

# EXHIBIT

11/2

THE AUTHOR FEELS PROUD TO SHARE THIS BOOK OF STORIES WITH PROSPECTIVE STUDENTS. SHE WISHES EVERYONE WHO TAKES THIS BOOK SERIOUSLY. THE BEST OF LUCK AND PLENTY OF MEANING OF CONVERSATION.

---

IT GOES WITHOUT SAYING THAT MILLIONS OF PEOPLE COULD WRITE BOOKS. NEVERTHELESS, UNTIL TODAY, NO ONE GOT THE IDEA OF WRITING A BOOK COMPRISING SUCH A RICH VOCABULARY PLUS ALL THE ITEMS THAT A NEW STUDENT NEEDS TO LEARN AND TO ENABLE HIM/HER TO EXPRESS HIMSELF/HERSELF IN THE ENGLISH LANGUAGE

WITH A CORRECT PRONUNCIATION.

---

- In 2003, the author obtained the Copyright Certificate from the Library of Congress in US.
- In 2013 she obtained the Copyright Certificate for the 2nd edition by the Library of Congress in US and also by the Ministry of Economy in Lebanon.
- In 2013, the French Embassy in Washington DC/US, stated that the copyright for this book is not required as by law no one has the right to write similar book, considering it a new way of teaching. THE AUTHOR IS PROTECTED BY LAW. In addition for confirmation, The Embassy e-mailed her the related clause of the law.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

## Chapter 6/ LETTER 'D'

### THE ONE CALLED DAFT

aube// aurore(+) rosée(+) goutte(+)
A) It was at dawn, when you could see the dew drops that a

délicat colombe trainer// flâner(+) près de(+) (fleur cultivée)marguerite// (fleur)pâquerette
dainty dove was dawdling near* the daisies, she left her

en bas// ici,duvet(+)
young doves sleeping in the down.

plus tard dans la matinée dingue// cinglé(+) fossette(+)
Later in the morning, a daft boy with two dimples on his cheeks,

pellicules repriser// ici,raccommoder
clean without any dandruff in his hair, and, wearing darned

poignard(+)
socks, took his father's dagger and went out.

badiner(+) (magasin)crémerie// ici,(ferme)laiterie copine// copain
While dallying with his chum near the dairy farm, his chum

blaguer plaisanter se moquer de qqn lancer// jeter
started joking and making fun of him. The daft boy threw

poignard(+) le meilleur déclamer
the dagger at his chum who is the best at declaiming poetry

tomber(+) étourdi(+) sourd
at school. His chum fell, and felt dazed and deaf as he fell

caillou galet ici,pierre menton(+) tibia(+)
on a large stone. His chin, as well as his shin were hurting

réfléchir// penser(+) briser// casser(+) fracturer
him so much that he thought they were broken or fractured,

le reste de sa vie handicapé(+)
and, he would spend the rest of his life disabled.

P. 6

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

91

# EXHIBIT 2

The daft boy tried to escape (s'échapper), but was noticed by a passer-by (passant), who ran (courir) after him and tried to catch (essayer d'attraper ou capturer) him. The boy was not very fit (capable(+)). Before long (sous peu// en peu de temps) he had to slow down (ralentir(+)), and the passer-by was able to capture (attraper// capturer) him and take him to his father.

**B)** The daft boy's harsh (sévère// dur(+)) and severe father was an important politician whose sight (vision// ici,vue) was weak (faible(+)) to the extent that he couldn't decipher (déchiffrer) any piece of writing without his glasses. First, he looked disparagingly (avec dénigrement// d'une manière méprisante) at the person who had informed him about (environ//à peu près// ici,au sujet de//concernant(+)) his son's misconduct (mauvaise conduite(+)). Then, he thought it must be a defamation (calomnie// diffamation(+)). He always (toujours) believed (croire) that anyone who said anything (n'importe quoi ou quelque chose) negative (négatif) about his son (au sujet de son fils), must be suffering from a sort of delusion (un genre d'illusion// délire), and in this respect (à cet égard), he didn't differ much (il ne se distingue pas ou ne diffère pas beaucoup) from other wealthy (riche) people.

While* (ici,pendant que(+)) dangling (balancer(+)) his keys, the father said 'I disbelieve (ne pas croire) it'. He tried to deny (refuser d'admettre// ici,nier d'avoir fait qqch(+)) this reality, but after having heard (avoir entendu) all the facts clearly defined (définir(+)), he thanked the man who had informed him and called his son to his den (piaule*(+)).

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

P. 7

92

# EXHIBIT 2

His son, in spite of (malgré//bien que// en dépit de) being daft (dingue// cinglé), was deft (habile// adroit). First, he tried (tâcher ici.essayer) to delude (d'induire en erreur// de tromper) his father by disclaiming (nier// ici,démentir(+)) (or disavowing (renier// ici,désavouer)) the fact. But the father told him he should deign (daigner) to be dignified (donner de la dignité) in front (en face ici.devant) of ~~his~~ their father. He would be punished for his misdemeanor (incartade=léger écart de conduite).

Briefly (un bref instant// ici,brièvement), after damning (damner(+)) the father (who used to daunt (décourager// ici.intimider) his son) by disavowing (renier// désavouer) his guilt (culpabilité), the son stopped deflecting (détourner(+)) his father from the truth (la vérité). He felt (se sentir) dejected (découragé// abattu). Then, he confessed his stupidity.

C) The father meditated for a short while (petit moment// un instant) (or little while) to work out (élaborer// mettre au point) how he would counsel (conseiller) his son. Then, he said:

"My son, you know that (1) I will defray (payer// défrayer) the cost of this act, and, you will have to give up (laisser tomber//abandonner// renoncer à(+)) your confections (friandise(+)) (or sweets) and pleasures.

(2) Then, he added "I want you to understand that you might be (tu pourrais être) expelled (expulser// renvoyer(+)) from school. (3) You have to know (tu dois savoir) that you should behave (se conduire// se comporter(+)) in the proper way, and, what you did is dire (désastreux// sinistre(+)).(4) You threw (jeter//mettre dans une position particulière) us into disgrace (honte// déshonneur(+)) as a family, despite (en dépit de// malgré(+)) the fact that you have never been (tu n'as jamais été)

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

93

56

# EXHIBIT 2

privé(−)
deprived of what you want. **(5)** The father continued, you

tourner en ridicule// ridiculiser — rabaisser notre situation et réputation(+) — dégrader(−) — dévaster(−)
derided us, demeaned us, debased and devastated

méprisable(−) — radier de l'ordre des avocats
our name, also you made us despicable. **(6)** I could be disbarred

carrière(+) — récupérer/ recouvrer ici.(*de maladie*)guérir(+)
from my political career, if your friend doesn't recover.

en outre// de plus — jamais
**(7)** Furthermore, I have always been honest. **(8)** I have never

frauder// escroquer — détrôner
defrauded anyone. **(9)** I could have dethroned the king when his

trône — en jeu — éviter// ici.empêcher
throne was at stake, but did not do it. **(10)** I never prevented or

décourager// dissuader(−) — décevoir
deterred anyone from doing a good act. **(11)** I never disappointed my

démoraliser// décourager — mépriser// dédaigner(+)
bosses, disheartened or disdained my employees. **(12)** When I wrote

clair comme le jour ou comme de l'eau de roche — divergence
reports, they were crystal clear with no discrepancies. **(13)** I have

discret — durant toute ma vie — maintenant
been discreet through all my life. **(14)** Now, after all these efforts,

mécontent
you are making me discontented and displeased".

conversation// discours(+)
After having made his discourse with all these remarks,

libérer// ici.dégager(−)
and, having disengaged himself from his speech and

quelque soit// ici.tout ce que(−)
of whatever he could say, he saw that his son was looking

P, 9

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

décolorer(+) honteux engloutir// ici,dévorer honte
discolored and ashamed. He was devoured with shame and

se sentir déconcerté=jeter dans la perplexité ou l'incertitude
felt disconcerted. He couldn't find a word to defend himself, he felt embarrassed.

décamper// ficher le camp (se)vouer// ici,dévouer
The son wanted to decamp far from his father, who had devoted

toute sa vie chercher(−)
all his life seeking what was best for his family. He asked his father

pardonner(+) améliorer(−) conduite
to forgive him and promised him that he would improve his behavior.

à ce moment-là chahut// vacarme(+)
D) At this point, there was a din outside, so the father looked through the window and saw:

grue descendre poutre de fer
(1) A crane was hauling down a large steel beam to the construction

chantier marchander
site. (2) Two ladies were dickering (or bargaining) while buying their

tréma
vegetables. (3) Two teachers were discussing whether the dieresis is

diluer(+)
used in the English language. (4) The smith was diluting the mixture

souder étaler// exposer(+) déguisement(+)
to solder a pan. (5) A salesman was displaying clothes for disguise.

payer// débourser
(6) Another man was disbursing (or paying) the money due to

tremper(+) gâteau sec// biscuit
his friend. (7) An old woman was dipping her biscuit (or cookie)

P. 10

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

95

# EXHIBIT 2

in the coffee. **(8)** The mason with dilated (dilater) eyes was looking at the construction mixture.

So, the father said:

> "Come and see how people work hard (travailler dur)
> to make their living, (pr gagner leur vie) and learn how much
> effort you need to exert (exercer//s'appliquer// ici,se donner du mal(+)) to succeed in life (pr réussir dans la vie)".

---

*(Ang)**near** = **1-** (*espace*)tout près, à proximité, près de, auprès de// **2-** (*temps*) près, proche, près de// **3-** (*proche en espace*) proche, voisin.

*(Ang) **while** = pendant que//tant que//quoique// alors que//bien que//(*a while*) quelque temps.
* **piaule** = chambre d'étudiant ou d'étude.

---

## Common expressions:

| | | |
|---|---|---|
| -to be made of steel | = | avoir une volonté de fer. |
| -dressed to the nines | = | tiré à quatre épingles. |
| -as sure as death and taxes | = | aussi sûr que la mort et la taxe. (*très fréquente en conversation*) |
| -playing cat and mouse | = | jouer au chat et à la souris. |
| -once in a blue moon | = | une fois par hasard. |

P. 11

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

96

# EXHIBIT 2

## THE EARL DE LAROCHE

tous les dimanches

A) Every Sunday, I go to my church. My church has a special architectural

dessin// plan(+) devant// façade arc// voûte(−) croix(−)

design. The front has three arches with a cross. The top of each cross

caillou//galet*// ici,pierre aussi bien que// ici,ainsi que avant-toit(s)

is decorated with mosaic stones. The roof, as well as the eaves, are

tuile(+) gouttière(−) aligner(−) au bord avant-toit(s)

covered with blue tiles. Gutters are lined at the edge of the eaves.

Dimanche passé orner autel

Last Sunday, roses were adorning the altar. I arrived late. The

lecteur Épître après lui prêtre

lector was reading the Epistle. After him, the priest, Father Peter,

Évangile

read the Gospel.

ce jour nommé(−)

That day, there was a funeral Mass for a man called Henri, Father

faire des remontrances à qqn au sujet de qqch au sujet de// à propos de

Peter liked to expostulate in his sermons. That day, his sermon was about

l'homme décédé sain// de bonne santé dévoué// ici,fidèle(+)

Henri the dead man. He said Henri had been healthy, generous, devoted

faire l'éloge plusieurs autres angle// ici,aspect(+)

to God. He eulogized on many other aspects of Henri's character.

malade sa maladie manquer de force// affaiblir décharner*// émacier

Then, he said Henri got sick. His sickness enfeebled and emaciated

jusqu'au temps(ou moment)de sa mort mort

him up to the time of his death or (passing). Henri had recommended

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

P. 12

97

# EXHIBIT 2

incinéré= réduire en cendres / réduire / cendre
that his family did not cremate his body, [reduce it to ashes (or cinders)].

après sa mort / embaumer / cercueil(+)
So, after his death, he was embalmed and put in the casket. Then,

annoncer
Father Peter announced that after church the family would go to

(fig)pr ensevelir// ici,pr enterrer
the cemetery to entomb Henri.

ce jour
**B)** My friend Paula was in the church that day. I used to see her often.

(moral)éthique// ici,conforme à un standard professionnel de conduite / jovial / expansif(+) / plein de vie// exubérant / souriant
She was ethical, always jolly, effusive, ebullient, smiling and in

ici,joyeux / prôner//exalter//glorifier// porter aux nues// chanter les louanges(−)
a good mood. Really she was a merry person. She used to extol the

vertu / l'enthousiasmer// ici,la remplir de joie et de fierté / bonté(+)
virtues of her father. It elated her to tell of her father's goodness,

as well as to pray long prayers every day.

autour de la même date
I remember when I saw her last year around the same date. She

se mettre à genoux / coude / banc d'église / en face// devant
was kneeling down, resting her elbows on the pew, in front

implorer// supplier(+)
of the crucifix. She was praying as if she was entreating God

désir// souhait
to respond to her wishes, which were to help her father,

The Earl De Laroche.

That day, after Mass, I tried to talk to her, but she was a totally different

P. 13

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

98

# EXHIBIT 2

person. She was in a bad mood, sad to the extent that she was going to collapse. She told me that her father had been evicted (or expelled) from his job. The circumstances in which her father had been expelled were extraneous. It is strange and rare to come across such cases in our epoch.

However, I tried to allay her and make her understand that what the Government thinks about her father was, for sure, due to a wrong exposure. I, also, advised her that up to the time when the truth is clearly displayed, she should be engrossed with work. She should eschew contact with anybody as she could meet some evil persons who could evoke bad feelings.

[Interlinear glosses: mauvaise humeur (bad mood); triste (sad); jusqu'au point (to the extent); s'écrouler// s'effondrer(+) (to collapse); expulser(+) (expelled); dans lesquelles(+) (in which); étrange(+) (extraneous); étrange(+) (strange); rencontrer par hasard// tomber sur (come across); cas pareil (such cases); époque(+) (epoch); peu importe que ce soit// cependant//toutefois// ici,de quelque manière que (However); apaiser// soulager(+) (allay); comprendre (understand); avoir une opinion// penser(+) (thinks); dû à (due to); dénonciation// révélation publique(+) (exposure); jusqu'au moment (up to the time); vérité (truth); montrer//étaler// ici,exhiber (displayed); être absorbé ou totalement occupé à faire qqch(+) (be engrossed); s'abstenir// ici,éviter(+) (eschew); n'importe qui// quiconque (anybody); méchant// malfaisant(+) (evil); évoquer// susciter (evoke)]

C) Later on, I found out the full details of the story:

The government had entrusted an official mission to Paula's father, The Earl De Laroche. On that mission, he would be the emissary of the Government and would be entitled to several privileges.

[Interlinear glosses: confier à qqn une tâche// confier ou charger qqn de faire qqch (had entrusted); émissaire* (emissary); autoriser// donner droit à qqn de faire qqch (entitled)]

P. 14

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

94

# EXHIBIT 2

rencontrer à l'improviste// affronter(+)

His mission was to encounter the Prime Minister of another country,

demander qqch à qqn// ici.requérir

requesting that his government change its attitude regarding its

prévenir// avertir

financial situation and warning him of the consequences if it did not.

opportun//indiqué// expédient — entraîner// mêler(-)

It would be expedient for both governments not to drag a third party

dans leurs affaires internes — à éliminer(-) — mauvais

into their internal affairs. This would help to eliminate any bad publicity.

empêcher// éviter(+) — détournement de fonds

Also, it would help to prevent any kind of embezzlement.

The Earl De Laroche left for his mission. He met the

Premier Ministre de ce pays — prévenir// avertir

Prime Minister of that country, talked to him, and warned him of

le besoin de coopérer — s'évertuer*//tenter ou s'efforcer de faire — obtenir// ici.soutirer(-)

the need to cooperate. He endeavoured to elicit from him the

point de vue

point of view required by his Government.

avant de retourner

After completing his mission and before returning to his country,

décret — déclarer//énoncer//exprimer par des paroles ou par écrit

a decree was issued from Paula's father's Government, stating that:

déporter// expulser(+) — expulser

"The Earl De Laroche was to be deported or expelled

évincer*

and therefore, ousted from his job"

étonné// abasourdi//stupéfait(+) — étant loin de chez lui

The Earl De Laroche was stunned by this news. Being far from home,

P. 15

**Josette Khayat**
**2516 Abuela Place**
**Hacienda Heights, CA 91745**

# EXHIBIT 2

il ne pouvait se défendre / se sentir / engloutir(−) / terre

he couldn't defend himself. He felt engulfed by the earth. He

deviner// supposer(+) / essayer// tenter(+) / de détruire

guessed that some jealous rivals were attempting to destroy his

en raison de// dû à / mener(+)

reputation due to their jealousy. This fact led him to meet with some

émissaire

other emissaries investigating the reason for the decree.

à base des renseignements rassemblés

On the basis of the gathered information, he prepared an

rapport élaboré, minutieux.perfectionné(+) / passage// extrait

elaborate report with all the facts proving his innocence. An excerpt of this report was in the newspapers .

ériger*// élever(+)

The Governor, whose statue had just been erected in the City Square, read the newspapers, made the necessary investigations,

en conséquence / disculper// innocenter

and discovered the truth. Consequently he exonerated The Earl De Laroche of any wrongdoing and voided the decree.

méfaits(+) / annuler(+)

retourner// revenir(−)

D) When The Earl De Laroche came back (or returned) to his country,

juste de retour

his family including Paula, who was just back after finishing some

faire des courses// commissions / entourer// encercler

errands, and a multitude of people awaited him. They encircled him

chanter / de l'ancien temps// du passé//d'autrefois / bondir(+)

and sang songs to him of the bygone era. Some were leaping over the

**Josette Khayat**
**2516 Abuela Place**
**Hacienda Heights, CA 91745**

# EXHIBIT

garden bench (banquette(+)) with excitement (la fièvre de recevoir//excitation) to just see him. An excess (excès(+)) of happiness was expressed on his face. He hugged (serrer dans les bras//étreindre) his family members and embraced (enlacer//embrasser(+)) them. He gave a special hug (étreindre) to his exquisite (exquis) wife, who was enamored (épris ou amoureux) by him and who was pregnant (enceinte(+)) with their baby.

He, also, hugged (étreindre(+)) his youngest (plus jeune) son, Curtis and Curtis' friend, Gary.

Curtis, who was a cadet (cadet//ici.élève officier militaire ou naval (+)) in the army, had joined a battalion (bataillon) which was encamped (camper(+)) near a hospital. In this hospital, Gary was undergoing (opération médicale) subir(+)) a sensitive (sensible//ici.délicat) surgery (chirurgie). The doctors engrafted (greffer) skin to his face (peau à son visage) to replace the area (surface(+)) excoriated (excorier=écorcher légèrement la peau) (or where the skin was torn off (arracher//détacher))

in a terrible accident.

**E)** The Earl De Laroche's house was like an emporium (grand magasin//bazar(+)). So, he asked his servants to bring some knick-knacks (bibelot(+)), some enameled (émaillé) plates, and some embossed (estampé(+)) metal plates, from the storage area to distribute to the people who had welcomed him.

This experience had been engraved (graver(+)) (or etched (graver) or imprinted (graver//imprimer//marquer)) on the mind (dans l'esprit dans la mémoire)

P. 17

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

102

# EXHIBIT 2

of The Earl and his whole (toute) family. It had embittered (remplir de sentiment d'amertume) their lives for a while (pr un temps) just to think (rien qu'à penser) that The Earl had been accused of an execrable (détestable / exécrable / abominable) (or detestable) crime.

Afterwards (par la suite / ensuite / après (−)), this event or fact endeared (lui a valu l'affection de) him to the whole country (tout le pays) and he lived happily ever after (dorénavant / ici, à partir de ce jour) with his family.

---

* **galet** = caillou poli et arrondi par l'action de la mer, des torrents ou des glaciers(−)
* **décharné** = très maigre, qui n'a plus que la peau sur les os.
* **émissaire** = personne chargée d'une mission plus ou moins secrète et que l'on délègue auprès de qqn(+)
* **s'évertuer** = (de vertu «courage») faire des efforts pour (syn. *s'efforcer de*)
* **évincer** = éloigner, écarter qqn par intrigue (syn. *supplanter*)
* **ériger** = élever, construire un monument(−)

---

## Pronunciation:

eccentric - Ecclesiastes - echo - eclipse - eclair - economical - ecstasy- eczema- edit - educate - effeminate - effervescent - efficacious - efficiency - effort - effrontery - effusion - egocentric - Egypt - eject -elastic - electric - elegance - element - elephant - eligible - eliminate -elixir - eclipse - elocution - eloquence - elucidate - elude - emanate -

P17

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

emancipate - embargo - embarrass - embassy - embellish - emblem - embryo - emerald - emerge - emery - emigrant - eminence - emission - emperor - emphysema - empire - employ - empress - enchain - enchant - encircle -encourage - encumber - encyclopedia - endorse - endurance - energetic - enervate - enfeeble - engage - engender - enigma- enormity - enrage - enrich - enroll - ensign - ensure - enter - enterprise - enthusiasm - entire - entry - enumerate - enviable - envoy - envy - epidemic - episcopal - episode - epistle - epoch - equation - equator - equilibrium - equitable - equivalence - equivocal - erode - erotic - erroneous - eruption - escalade - escapade - escort - escutcheon - essay - essence - estuary - eternal - etiquette - etymological - eucalyptus - European - evolution - exact - exaggerate - examination - example - excel - except - excessively - exchange - excitable - exclude - excommunicate- excrement - excursion - excusable - execute - exemplary - exempt - exercise - exhibit - exhort - exigency - exile - exist - exodus - exorbitant - exotic - expatriate - expectorate - expense - experience - expert - expiate - expiration - explain - explode - exploit - exploration - explosion - export - expose - expressly - expropriate - expulsion - exquisite - extenuate - exterminate - extract - extraordinary - extravagance - extreme - exuberance

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

104

# EXHIBIT 2

**Pronunciation:**

Damage - danger - date - debit - debris - debut - decadence - decaffeinated - decalcify - decide - decimal - decision - declaration - decompose - decorate - deduce - deduct - default - defense - deform - degradation - degree - dehydrate - delectable - deliberate - delicious - delimit - delirious - deliver - deluge - demand - demobilize - democracy - demolish - demonstrate - demoralize - denigration - denigrate - denomination - denote - denounce - denunciation - deodorize - depend - deplorable - deploy - depose - depravation - depreciate - deputation - derail - derivative - derogate - descend - desert - designate - desolate - despair - desperate - dessert - dialect - diadem - diagram - diabetes - diligence - detach - details - detention - detergent - detonate - detour - detoxicate - detriment - devaluation - devastate - develop - deviate - dilapidate - dilation - dilemma - dimension - diminish - dime - dinner - diocese - diphtheria - diploma - direct - dirigible - disabuse - disadvantage - disappear - disappoint - disapproval - disarm - disaster - disavow - disburse - discern - discharge - disciple - disciplinary - disconcert - discord - discourage - disfigure - disgrace - disguise - disillusion - disinherit - dislocate - dislodge - disloyal - disobedience - disorder - disorganization - dispensary - dispose - disposal - dispossess - disproportionate - disqualification - disrespect - disseminate - dissertation - dissimulation - dissipate - dissociate - dissuade - distance - distinct - distinguish - distress - distribute - disunion - ditto - divan - diverge - divers - divide - divisible - divorce - divulge - docile - doctrine - document - dogma - dome - domicile - donate - dormitory - dozen - dragon - drama - dubious - duchess - duke - dune - durable - dynamic - dynamite - dynasty.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

P. 20

105

# EXHIBIT 2

## Chapter 29/ LETTER 'S'

### SUMMER LIFE

**A)** The window sill (seuil// ici,rebord(−)) of the shack (cabane// hutte) (or shanty (cabane(+))) was decorated (orner// décorer) with colorful pansies (tante//tapette// pensée) and petunias. The grass (herbe// ici,pelouse,gazon(−)) of the front yard (cour ou jardin de devant) was scorched ((linge)brûler légèrement// (gazon)brûler,dessécher(+)) from the sun. This shack was located (situé) on the border of the beach (au bord de la plage) where Susan and her family enjoyed spending (dépenser// ici,passer du temps(−)) their summer vacation each year (chaque année).

The family was feeling free (libre// ici,dégagé(+)) from all obligations (de toutes obligations). **(1)** Bill, the husband, was far from his daily meetings (réunion quotidienne) and long hours of work. He was a man who never shirked (éviter de faire//éluder// ici,(obligation)s'esquiver,se dérober) his duties. **(2)** Nate, their son, was fourteen years old. He was slender (svelte// mince(+)), smart (intelligent// astucieux(+)) and successful (couronné de succès(+)). He had skipped (sauter(+)) two grades last year. **(3)** Nancy, the daughter, was ten years old. She was flighty (volage// inconstant(+)) (or volatile (volatile// ici,versatile(+))) and a bit skittish (nerveux//coquet// ici,capricieux(+)) (or capricious), but slick (superficiel//mielleux// qui a du bagout*(+)) and clever (intelligent(+)) in her behavior (comportement// conduite). **(4)** Both Nate and Nancy were out of school

P. 21

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

argot
for the summer. They enjoyed using slang in their "out of school"

bavardage(+) amusement(+) faire du surf(+) nage// natation
chatter. They were having fun surfing, swimming, and eating

fruit de mer tous les jours
lots of seafood every-day.

le lendemain à la plage
**B)** On the next day after their arrival, they went swimming. At the beach

(vêtement) porter(+)
were many teenage girls wearing swimming suits of different

blanc rose roux//rousse// rouge orange brun//châtain// marron blond// jaune gris vert
colors: white, pink, red, orange, brown, yellow, gray, green,

bleu(+) violet obscur// noir fauve*(+) fuchsia kaki
blue, violet, black, café au lait, camel, fuchsia, khaki,

magenta mauve cramoisi* mauve //violet//pourpre// (*visage*)pourpre ou cramoisi* gris perle
magenta, mauve, scarlet, purple and dove gray.

chemin de retour coup de malchance
On their way back to the shack (or shanty), bad luck struck. The

caillou// ici,galet* faire un faux pas
beach was full of pebbles. As they walked, Nancy took a wrong step

se faisant mal(+) tibia(+) menton(+)
and fell hurting her shin and her chin! She got up and started

crier// hurler me font mal
screaming. "Ah my shin and chin are hurting me!" She couldn't

souffrance// ici,douleur(+)
walk, so her mother told her. "That's okay. The pain will go

après quelque temps// au bout de quelque temps hurler(+) marcher en traînant les pieds(+) en chancelant// d'un pas mal assuré(+)
after a while. Stop screaming." So Nancy shambled shakily,

se pencher(+) atteindre(+)
leaning on Nate until they reached the shanty.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

C) Upon their arrival (à leur arrivée), Nate and Nancy showered (se doucher// prendre une douche(−)), then soaked (faire tremper qqch(−)) and washed their swimming suits to get them ready (prêt(−)) for the next day.

Susan started to fix dinner (préparer le dîner). She prepared some vegetable soup in a pot ((pr confiture)pot// ici,(pr cuisiner)marmite(+)), skimmed (dégraisser// ici,écumer(+)) it, and then, put it on a light fire to simmer (cuire à feu doux// ici,mijoter(−)).

At the same time (en même temps), she prepared a pasta salad. Then, she took some slices (tranche(+)) of sirloin steak (bifteck), salted (salé) them, added some spices (épices(+)) and put them in the skillet (poêlon) to sizzle (grésiller*).

For dessert, she prepared a cake. She started by putting (mettre(−)) the flour (farine) on the scale ((poisson)écaille//(pr lourds fardeaux) bascule//ici,balance(−)) (balance) and weighing (peser(+)) it. She took the sieve (crible//passoire// ici,tamis) and sifted (passer au tamis// tamiser(−)) the flour. Then she added (additionner// ici,ajouter(−)) the sugar, the unsalted (non salé) butter, egg yolks (jaune d'œuf), one teaspoon (petite cuillère// cuillère à café) of vanilla and walnuts ((arbre)noyer// ici,noix). She mixed (mélanger(−)) all the ingredients, poured (verser(+)) the dough (pâte(+)) into a pan (cuvette//plat à rôtir// casserole(+)), and put it in the oven (four) to bake (faire cuire au four(−)).

Then, she put the egg white (blanc d'œuf) in the refrigerator to use in another recipe (recette). Being frugal (économe en utilisant les ressources//frugal) and thrifty (prospère// ici,économe), she didn't waste (gâchis// ici,gaspiller(−)) them by pouring (verser(+)) them down the drain (dans l'égout).

P. 23

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

sirop goûter
Then, she prepared the syrup, tasted it, and after the cake

faire cuire au four arroser//répandre//(poudre)saupoudrer// ici,asperger qqch d'eau ou de liquide
was baked, sprinkled it with the syrup.

pendant (personne)musclée// ici,tendinée(+) mâcher(+)
During dinner, Nancy found that the steak was too sinewy to chew,

être coquet//nerveux// ici,capricieux(+) pointilleux en goût(+)
Susan told her to stop being so skittish and finicky.

frotter// ici,récurer*(+) casserole//cuvette// ici,plat à rôtir
**D)** After dinner, while Susan was scouring the pan and putting the

plat//assiette(+) lave-vaisselle
dishes in the dishwasher:

patin à roulettes faire du skating// ici,pr patiner bosselé// ici,cahoteux(+)
1) Nate took the roller-skates and left to skate on the bumpy and

onduleux// sinueux(+) route//rue// chemin(+) revenir// retourner
sinuous road close to the shanty. He came back after twenty

mortel(+)
minutes, to describe to Susan a deadly accident in the

quartier//environ// voisinage(+) trace de pneu// trace de dérapage indiquer//manifester// témoigner(+)
neighborhood, where the skid marks of the cars would show who

the driver responsible for that accident was.

toujours// encore(+) désolé// ici,triste(+) se balancer(+)
2) Nancy, who was still in pain, was sad for being unable to swing

balançoire// ici,(jeu)bascule balançoire(+)
as usual, on the seesaw and on the swing that day. But as she

dessiner au crayon(+) petite pièce de théâtre d'un seul acte(+)
liked writing and drawing, she decided to write a sketch that she

tirer//attirer//aspirer// retirer//ici,dessiner(+) croquis(+)
would present later at the school's theatre, and draw a sketch

of the house of her dreams.

P. 24

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

109

# EXHIBIT 2

201

3) Susan's husband liked to go to the shed (abri//hangar// ici.cabane(−)), the roof of which was covered with slates (ardoise(−)), to do some handy work (bricolage) that he couldn't enjoy doing during the working days of the year.

He started shearing (tondre(−)) the snake-leather (peau de serpent) that he had bought to make an expensive set (série//assortiment// ici.ensemble(+)) of shoes and a handbag (sac à main) for Susan. He didn't like to see her wearing ((vêtement) porter(−)) shoddy (de mauvaise qualité(−)) material, as he loved her and wanted to please her always (toujours).

She, in turn cherished (chérir// aimer profondément(−)) him so much that she had worked very hard (très dur) last year, supporting (supporter// ici.soutenir(−)) him in his efforts to bring to success (succès) the project that he was carrying out (mettre en œuvre// exécuter(−)), although he was sceptical (sceptique// douter qu'il soit bon) (or skeptical) about whether (si oui ou non) it would be successful.

E) After ending her kitchen tasks ((école)devoir// ici.tâche(+)), Susan decided to sit (s'asseoir), take a skein (écheveau) (or hank) of wool, and start knitting ((industrie)tricotage// ici.tricoter) a sweater (pull-over// tricot) for her husband. She had skillful (habile à faire qqch// adroit(−)) (skilful) hands. Then, she changed her mind and decided to join (joindre// ici.rejoindre(+)) him in the shed (abri//hangar// cabane).

P. 25

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

110

202

# EXHIBIT 2

juste après · ridé// flétri//ratatiné(−)

Right after her arrival, a shriveled old woman came to the shed with a

hirsute*// à longs poils(+) · bavard · petit// léger(+)

shaggy dog. She was talkative. The woman had a slight cold that day,

renifler · sinusite

causing her to sniffle, especially as she suffered from sinusitis.

échapper à// éviter · répéter(+)

Susan wanted to avoid her because this old woman kept repeating

voix chantante(−) · détective(+)

stories in a sing-song voice. She told the story of the sleuth who

scruter=examiner minutieusement au plus petit détail en parcourant du regard · tuer sauvagement// massacre(−) · fortuné// riche

scrutinized the case of the slaughter of a wealthy man who used

diffamer// calomnier · tuer violemment(+) · enterrement(+)

to slander people. He had been slain with a knife. Before his burial

ensevelir* · ennuyeux(+)

he had been shrouded. Also, she told a boring story of the train

faire la navette

which used to shuttle passengers from London to Somerset.

par ce moyen// de cette façon// ici,de ce fait · bousculer/ pousser(−)

The old woman was falling and thereby shoved Susan accidentally,

hurler//pousser un cri perçant et involontaire · soupirer(−) · un instant// un moment

and shrieked with fear. Susan sighed, and after a little while,

réparer(+) · jupe(−)

excused herself with the reason that she needed to mend a skirt to

wear for the evening party.

hausser les épaules · mouchoir

The woman shrugged and tried to take a handkerchief out of her

sac à main · par inadvertance// par mégarde · chevalière

handbag. Inadvertently, a signet-ring fell from her handbag.

l'a ramassé(−)

Kindly, Susan picked it up and gave it to her.

P. 26

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

111

# EXHIBIT 2

203

F) Upon her return to the shanty (cabane), Susan started to iron ((n)fer=[ancien modèle ( Ang)flat iron]// fer à repasser/ici,(VB)repasser) a shirt for her husband, which she accidentally scorched (roussir// ici,brûler légèrement(+)) (or singed). It didn't look so bad, she finished, put away (ranger) the ironing stuff (les choses du repassage) and went to sit on the balcony to enjoy admiring the glistening (scintillement// miroitement) sunset (coucher du soleil).

Her husband, Bill, who was already back (déjà de retour) from the shed, joined her. At night, they enjoyed admiring (admirer) the shimmering (chatoyant// miroitant) moonlight (clair de lune) on the water.

All of a sudden, a lamp hanging on the slanted (incliné// penché(+)) wall fell onto the ground, and broke on a concrete (bloc/ béton) slab (dalle(+)).

That was followed by a bad smell (odeur(+)) all around. It was from a skunk (moufette(+)) passing by and showing its nipples ((bouteille pr bébé)tétine ici,bout de sein,mamelon(+)). They immediately went back in (rentrer) and slammed (fermer violemment// claquer) the door.

The family kept enjoying their summer fun at the beach.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

P. 27

112

# EXHIBIT 2

| | | |
|---|---|---|
| 19) His discovery turned out to be a mare's nest | = | Sa découverte s'est révélée très décevante |
| 20) To be made of steel | = | Avoir une volonté de fer |
| 21) Dressed to the nines | = | Tiré à quatre épingles |
| 22) As sure as death & taxes | = | Aussi sûr que la mort et la taxe (*très fréquente en conversation*) |
| 23) Playing cat and mouse | = | Jouer au chat et à la souris |
| 24) Once in a blue moon | = | Une fois par hasard |
| 25) Going around in circles | = | Tourner en rond |
| 26) Everything under the sun | = | Le tout aux yeux de tout le monde |
| 27) Nothing ventured nothing won (gained) | = | Qui ne risque rien n'a rien |
| 28) When there is a will, there is a way | = | Vouloir c'est pouvoir |
| 29) The pros and cons | = | Le pour et le contre |
| 30) The dress fit her like a glove | = | La robe lui va /ou / la robe lui tombe comme un gant |
| 31) All that glitters is not gold | = | Tout ce qui brille n'est pas or |
| 32) Have the guts to | = | Aie du cran à/ ou/ aie du courage à |
| 33) Easier said than done | = | Il est plus facile de dire que de faire |
| 34) To make hay while the sun shines | = | Battre le fer pendant qu'il est chaud |
| 35) Birds of a feather flock together | = | Qui se ressemble s'assemble |
| 36) Between you, me and the gatepost | = | Soit dit entre nous |
| 37) A period of storm and stress | = | Une période très orageuse ou très tourmentée |
| 38) It was a storm in a teacup | = | C'était une tempête dans un verre d'eau |
| 39) Sleep on it | = | Pense dessus (**Q.** *As-tu pris ta décision*? **R.** I will sleep on it) |
| 40) Play it by ear | = | Avoir à entreprendre un projet ou une affaire sans planifier (**Q.** *What are you planning to do tomorrow*?/ **R.** (*We will see*) let's play by ear |

P. 28

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

113

Chapter 44

## Liste Des Verbes Irréguliers

| français<br>FRENCH | present<br>PRESENT | imparfait/ passé simple<br>PAST | participe passé<br>PAST PARTICIPLE | 3ème pesonne du (sg)<br>3RD PERSON SINGULAR | participe présent<br>PRESENT PARTICIPLE |
|---|---|---|---|---|---|
| supporter ou souffrir qqn // (neg) tolérer (−) | Abide | abode (or abided) | abode (or abided) | abides | abiding |
| descendre de // [(Brit) (adj) alight = être en feu (−)] | Alight | alighted alit | alighted alit | alights | alighting |
| Se lever // survenir // surgir | Arise | arose | arisen | arises | arising |
| éveiller // réveiller s'éveiller // se réveiller | Awake | awoke awaked | awoken (or awaked) awoke | awakes | awaking |
| auxiliaire être= to be | Am // are | was // were | been | Is | being |
| porter // supporter (−) | bear | bore | borne/ born | bears | bearing |
| battre // frapper // vaincre | Beat | beat | beaten (or beat) | beats | beating |
| devenir (+) | Become | became | become | becomes | becoming |
| (*en parlant de l'homme*) engendrer | Beget | begot/ begat | begotten (or begot) | begets | begetting |
| commencer | Begin | began | begun | begins | beginning |
| observer // percevoir | Behold | beheld | beheld | beholds | beholding |
| courber // se pencher (−) | Bend | bent | bent | bends | bending |
| implorer / solliciter (−) | beseech | besought | besought | beseechs | beseeching |
| parier // miser | Bet | bet/ betted | bet/ betted | bets | betting |
| faire une offre de// ordonner (−) | Bid | bade (or bid) | bidden (or bid) bade | bids | bidding |
| attacher // lier (−) | Bind | bound | bound | binds | binding |
| mordre // piquer par un insecte | Bite | bit | bitten/ bit | Bites | biting |
| saigner | Bleed | bled | bled | bleeds | bleeding |
| souffler sur //se moucher (+) | Blow | blew | blown | blows | blowing |
| (se)briser // (se)casser(+) | Break | broke | broken | breaks | breaking |

P. 29

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

# EXHIBIT 2

**Sans effort, perfectionner le vocabulaire anglais en moins de six mois, en étudiant ce livre et en écoutant le CD.**

C'est un cours de 42 chapitres dont les textes contiennent des expressions courantes ainsi qu'une liste de mots anglo-français pour prononciation, plus un chapitre sur les proverbes et les expressions et un chapitre sur les verbes irréguliers. L'ensemble est traduit en français, et l'anglais se trouve sur le CD.

Un livre facile pour la maîtrise et l'amélioration du vocabulaire, ainsi que pour la prononciation de l'anglais.

BOOK WITH AUDIO CD (MP3)

-- **Le livre est lu** par une dame anglo-américaine

-- **Les mots soulignés:**
leur traduction se trouve au-dessus.

-- **Les mots doublement soulignés :**
sont d'usage moins fréquent et sont suivis de leur synonyme.

-- **Les mots en italique et mis entre parenthèses :**
pour déterminer leur utilisation et leur sens.

-- **Les verbes** sont traduits à l'infinitif.

-- **Les noms** et les adjectifs sont traduits au masculin singulier.

-- **Répartition des chapitres:**

- **Les lettres (A, B, C ...)** dans la marge, indiquent les différents thèmes.
- **Les chiffres (1, 2, 3 ...)** pour la répartition des phrases.
- **A la fin de chaque chapitre** vous trouverez la définition de certains mots.

-- **Conseils d'apprentissage et de prononciation :**
copier chaque chapitre plusieurs fois, lire à haute voix et écouter le CD autant que possible.

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

-- Source de traduction :

- **LE ROBERT & COLLINS** (la référence en anglais).
- **LAROUSSE** (Le dictionnaire de la langue française).
- **MERRIAM WEBSTER'S COLLEGIATE DICTIONARY.**

*St Paul's Library Edition - Jounieh - Lebanon*

ISBN: 978-9953-0-3458-4

rage - rampe ... - rage

115

EXHIBIT 5

rubble - débris

RABBLE - racaille - canaille
RABID - furieux - féroce
RACK - chevalet - râtelier / ruines
RACKET - vacarme - tapage / raquette
RACKETEER - tapageur
RADIANCE - rayonnement
RADIUS - rayon
RAFFLE - loterie
RAFT - tas - amas
RAFTER - chevron (under the rafters - sous les combles)

RAGAMUFFIN - vagabond
RAGGED - déchiqueté - en haillons - rocailleux
RAID - coup de main - incursion
RAIL - barre - rampe - barrière
RAKE - râteau - ratisser (RAKE-OFF - gratte)
RALLY - rallier
RAM - bélier - coup sec - heurter
RAMBLE - randonnée
RANCOUR - rancune - ressentiment
RANDOM - fortuit - à tort et à travers
RANK - rang - ordre / complet - absolu
RANSOM - rançon
RANT - déclamer - divaguer

R S T U V W X Y Z

vanity - ra ... - national - nation f - ravage
ravine - reappear - rebate - rebound - regiment - region -
reign - reinforce - rejoin - relegate -

EXHIBIT 3

RAP - tape - frapper / fausse pièce de monnaie

RAPACIOUS - rapace

RAPE - violer - enlever

RAPT - ravi - extasié

RARE - à demi cru - mal cuit - rarefiant / rare - précieux

RASH - éruption - téméraire - irréfléchi

RASP - râper

RASPY - rugueux

RAT - (aussi lâcheur - traître)

RATTLE - cliquetis - bruit de ferraille

RAUCOUS - rauque

RAVE - délirer - divaguer

RAVEN - corbeau

RAVENOUS - vorace - dévorant

RAVISH - ravir

RASE - raser

REALM - royaume

REAP - moissonner

REAR - arrière / lever - soulever

REBIRTH - réincarnation

REBUFF - rebuffade - échec - repousser

REBUKE - reproche - blâme - réprimander

recip-
recom-
redou-
reinforce-
RECE
RECE
RECE
RECK
RECK
RECL
RECO
RECO
RECO
RECO
REC
RECU
REDE
REDN
REN
REF
REF
REFL
REFL
REFR
REG
REG
REG
REHA

relic - relief - renaissance - renovate - rent - reopen - reparation - repeat - reprimand - reprisals - reproach - reptile - repudiate - repugnance - reputable - resemblance - reside - résidue - resist - resonance - resource - respiration - respond - rest

rest - restore - retard - retroach

REIN - rêne - guide

REINDEER - renne

REJOICE - réjouir

REJUVENATE - rajeunir

RELAPSE - rechute

RELEASE - relâcher - delivrer

RELAY - relais

RELENT - se laisser fléchir - revenir sur une décision

RELEVANT - pertinent - à propos applicable

RELINQUISH - abandonner - abdiquer

RELISH - saveur - savourer

RELUCTANCE répugnance - (reluctant / peu disposé - qui agit à contre coeur)

REMINISCENCE - reminiscence se souvenir

REMISS - négligent - relâché - insouciant

REMNANT - reste - résidu

REMODEL - réorganiser

REMORSE - remords

REMOTE - éloigné - reculé

REND - déchirer - fendre - arracher

RENOWN - renom - renommé

RENT - (sens déchirure - crevasse)

RENTAL - loyer

REPEAL - abroger

REPEL - repousser - rejeter

REPLEN
REPLET
REPLIC
REPRE
REPROC
REPUL
RESCU
RESEN
RESID
RESOR
RESOU
RESPIT
RESPL
RESTRA
RESTO
RETRI
RETIN
RETIR
RETR
RETRI
RETRI
REVEL
REVEL
REVE

EXHIBIT 3

reverie - reveau - revolt - révolver - rite - rhetoric - rheumatism - rhinoceros - to ride - ridicule - rigid - rigour - rinse - rite - rival - rock - roll - Roman romance - rosary - rose -

EXHIBIT 3

REVERSAL - renversement - renversement

REVILE - insulter

REVIVAL - renaissance - remise en vigueur

REVOLVE - tourner - (to revolve in one's mind / retourner dans son esprit - réfléchir à)

RHYME - rime - rimer

RIB - côte - nervure

RICKETY - rachitique - délabré - boiteux

RID - libérer - délivrer - débarrasser

RIDDLE - énigme

RIDDLE - crible - tamiser

RIDGE - crête - arête

RIFLE - fusil - carabine / rafler - piller

RIG - gréer - équiper

RIM - bord - crête

RIME - givre - gelée blanche

RIND - écorce

RINGLET - anneau

RINK - patinoire

RIOT - émeute

RIP - fendre - déchirer - éventrer

RIPE - mûre - parfait

RIPPLE - ride - ondulation

RIVULET - ruisselet

ROAM - errer

ROSI
ROOT
ROB
ROBI
ROCK
ROCK
ROCK
ROCK
ROD
ROBE
ROM
ROGS
ROPE
ROST
ROS
ROT
ROTI
ROT
ROT
ROU
ROU
ROV
ROW
ROW

7

119

EXHIBIT 3

ROAR - rugir
ROAST - rôtir
ROB - voler - dérober
ROBIN - rouge-gorge
ROCK - (aussi balancer, bercer)
ROCKET - fusée
ROCKING - balancement
ROCKY - rocailleux
ROD - baguette
ROGUE - fripon - espiègle
ROMP - jouer bruyamment
ROOST - perchoir - percher
ROPE - corde - cordage
ROSTRUM - tribune
ROSY - rosé - rose
ROT - pourrir - se gâter
ROTARY - rotatif
ROTE - routine
ROTTEN - corrompu
ROUSE - réveiller
ROUT - cohue - foule
ROVE - rôder
ROW - tapage
ROW - rang / ramer

S
T
V
W
X
Z

120

rudiment - ruin - ruminate - rumour - rupture - rural - rust - rustic -

EXHIBIT 3

RUB - frotter - frictionner

RUDDER - gouvernail

RUDDY - vermeil

RUDE - grossier

RUEFUL - pitoyable

RUFFIAN - bandit

RUFFLE - froisser

RUG - tapis - couverture

RUGGED - rude - rugueux

RUMBLE - grondement (auto)

RUMMAGE - fouiller - remuer

RUMP - croupe - postérieur

RUMPLE - chiffonner

RUMPUS - tumulte - desordre

RUNG - hpe

RUNNER - [illegible]

RUNT - nain

RUNWAY - piste

RUSH - (herbe fine)

RUSSET - roux

RUSTLE - bruit - froufrouter

RUSTY - rouillé

RUT - sillonner

RUTHLESS - impitoyable -

121

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

FROM French Embassy, Washington.

Chère Madame,

Vous trouverez en pj une fiche sur le droit d'auteur éditée par le Ministère de la culture et disponible à l'adresse suivante:
http://www. culturecommunication.gouv.fr/ Politiques-ministerielles/ Propriete-litteraire-et-artistique/Conseil-superieur- de-la-propriete-litteraire-et- artistique/Ressources-documentaires/Regles-de- droit2/Regles-de-droit/% 28language%29/fre-FR

dans laquelle il est stipulé que.

In French :"L'octroi de la protection légale est conférée à l'auteur du seul fait de la création d'une forme originale. Le droit d'auteur protège donc les œuvres de l'esprit sans que l'auteur n'ait à accomplir une quelconque formalité administrative de dépôt ou d'enregistrement préalable. Les règles relatives au dépôt légal n'exercent donc aucune influence sur la naissance des droits d'auteur.

In English : Translation

The Legal protection to the author is granted by the only fact of creating an original form. The copyrights protects the intellectual work. Without that the author be required to accomplish any administrative formality or prior procedure to the registration. Therefore, the related legal regulations don't exert any effect on the copyrights birth.

(...) confer endow grant

Néanmoins, l'existence d'un dépôt ou d'un enregistrement, notamment dans le cadre d'un contentieux, peut être de nature à faciliter la preuve de la paternité et la date de la création de l'œuvre. À cette fin, l'auteur peut dater de façon certaine la création de son œuvre et s'identifier comme auteur :
– auprès d'un huissier ou notaire ;
– auprès d'un des 19 centres de l'Institut National de la Propriété Intellectuelle (INPI) présent à Paris et en région, via l'utilisation d'une enveloppe soleau - enveloppe double dont l'une des parties est renvoyée au déposant, après enregistrement et perforation - dans laquelle l'auteur introduit les éléments qu'il souhaite dater ;
– auprès de l'une des sociétés de perception et de répartition des droits, choisie en raison de son objet social."

Pour plus d'information vous pouvez également consulter la page suivante :

http://www.inpi.fr/fr/connaitre-la-pi/decouvrir-la-pi/comment-proteger-vos-creations-nbsp/le-droit-d-auteur.html

Bien cordialement,

Anne-Sophie Hamm
Chère Madame,

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

EXHIBIT

FROM France Embassy, Washington.

Chère Madame,

Vous trouverez en pj une fiche sur le droit d'auteur éditée par le Ministère de la culture et disponible à l'adresse suivante:
http://www. culturecommunication.gouv.fr/ Politiques-ministerielles/ Propriete-litteraire-et-artistique/Conseil-superieur- de-la-propriete-litteraire-et- artistique Ressources-documentaires/Regles-de- droit2/Regles-de-droit/% 28language%29/fre-FR

dans laquelle il est stipulé que:

"L'octroi de la protection légale est conférée à l'auteur du seul fait de la création d'une forme originale. Le droit d'auteur protège donc les oeuvres de l'esprit sans que l'auteur n'ait à accomplir une quelconque formalité administrative de dépôt ou d'enregistrement préalable. Les règles relatives au dépôt légal n'exercent aucune influence sur la naissance des droits d'auteur.

(...)

Néanmoins, l'existence d'un dépôt ou d'un enregistrement, notamment dans le cadre d'un contentieux, peut être de nature à faciliter la preuve de la paternité et la date de la création de l'oeuvre. À cette fin, l'auteur peut dater de façon certaine la création de son oeuvre et s'identifier comme auteur :
– auprès d'un huissier ou notaire ;
– auprès d'un des 19 centres de l'Institut National de la Propriété Intellectuelle (INPI) présent à Paris et en région, via l'utilisation d'une enveloppe soleau - enveloppe double dont l'une des parties est renvoyée au déposant, après enregistrement et perforation - dans laquelle l'auteur introduit les éléments qu'il souhaite dater ;
– auprès de l'une des sociétés de perception et de répartition des droits, choisie en raison de son objet social."

Pour plus d'information vous pouvez également consulter la page suivante :

http://www.inpi.fr/fr/connaitre-la-pi/decouvrir-la-pi/comment-proteger-vos-creations-nbsp/le-droit-d-auteur.html

Bien cordialement,

Anne-Sophie Hermil
Chère Madame,

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

123

EXHIBIT 5

# OFFICIAL TRANSLATION INSTITUTE

4428 Alta Tupelo Dr., Calabasas, CA 91302
Tel: (818) 224-3646 • Fax: (818) 222-4253

## Declaration of Interpreter/Translator

I, the undersigned, say: I am a competent, capable, native speaking and qualified interpreter and translator; ATN-APTS Arabic-English Certified translator, with GSA certification# GS-10-F0239Y. I translate Arabic language, US state Department certified Arabic interpreter. I am fluent in both English and Arabic languages; I have translated the attached letter from Ms. Josette Albert Shaker Hage consisting of three pages, from Arabic into English.

I hereby certify (or declare) under penalty of perjury that I am competent to translate the attached document from Arabic into English and this translation is true, accurate and correct to the best of my abilities.

Executed on July 21, 2022 (Date) at Calabasas, California. (Place)

(Signature of translator)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of July, 2022, by Afaf Steiert, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public

ILANA KARLIN
Notary Public - California
Los Angeles County
Commission # 2349346
My Comm. Expires Feb 28, 2025

OFFICIAL TRANSLATION



**The Assigned Notary Public in Beirut**

**Mr. Mohy Eddin Al Maoush**

Al Hamra St., Rasmany Building – Duplicate Copy
Tel.: 01/349434 – Cell phone: 03/639515
//stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// //signature//
//stamp2: Lebanon Republic – Ministry of Justice - The Notary Public in Beirut // //signature//

**Letter number 1869/2015**

**Sent by the Notary Public in Beirut**

**Mr. Mohy Eddin Al Maoush**

**From: Josette Albert Shaker Hage** – resident of Jal El Dib - Bqnaya Street – University building – 10th floor – Tel.: 04/710236.
**To: M/s Dar An-Nahar Publishing House**… - Beirut – Al Hamra - Al-Nahar Building
//stamp3: Lebanon Republic – Ministry of Justice – Marwan Essam Abd El Khaleq - The Notary Public in Beirut // //signature//
//stamp 4: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// //signature// Duplicate copy

With reference to the letter sent to you by this department under No. 2924/2014 on November 11, 2014, whose subject of printing and publishing by you was discussed by us and which was sent to you by the Notary Public, and you promised to enter a contract between both of us in this regard under the conditions mentioned in the abovementioned letter. After you received the abovementioned letter, you did not take any countermeasure in relation to its contents. On the other hand, in just two phone calls, Mrs. Shadia Tueni agreed on all texts of the abovementioned letter. Moreover, she agreed that I was not liable to pay any amount before entering the abovementioned contract.

My main clause was, that the contract includes a penalty clause to be applied in case an intentional mistake occurred in relation to printing the book on the Plaquette (information booklet). Such penalty clause as amounted USD 100 (One Hundred US dollars) per each mistake exactly as stated in my letter dated November 11, 2014, which you approved. However, I was recently surprised that you refused to include the abovementioned penalty clause in this contract by your attorney, Mr. David Salloum when I met with him on 4/20/2015, at 5:40 pm in Emarat Restaurant, opposite to the Jedeide Court.

(Stamp: Duplicate copy) March 6, 2018

//stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// //signature//
//stamp2: Lebanon Republic – Ministry of Justice - The Notary Public in Beirut // //signature//



125

//stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// April 22, 2015//signature//

**Thus**

I sent this letter to you to inform you that I do not want to print and publish my abovementioned book by you or to conclude any contract with you in this regard as you insist on refusing the abovementioned penalty clause.

Accordingly, and based on your refusal to sign the contract which shall include the penalty clause on which I am insisting, I consider myself not liable for anything to you and do not owe you anything either. That is because I accepted the additional amount which is USD 3,000 (Three Thousand US dollars) on the ground that you accepted the penalty clause which is amounted USD 100 (One Hundred US dollars) per each intentional mistake on the Plaquette.

I warn you to publish the book entirely or partly, or any similar copy under any other name by you, your employees, your relatives or any third party. As what is included in this book in your possession is very important and its contents are non-replicated in the world. Thus, this makes you responsible to pay two million US dollars in compensation for the damages I encounter and to suspend the publication of this book copied by you or any of your relatives, or any other similar book since my book is registered in the Literary and Intellectual Protection Office at the Ministry of Economy.

Finally, I inform you that my computer is no longer usable because unknown persons got access to and disabled it.

In case this harmful action is intentional, I will file a lawsuit before the Criminal Court claiming a compensation for that malfunction and damage with an amount of two million US dollars.

I just give you three days to reply to this letter. In case you did not reply, this means that you agree to my quittance and all clauses included in such letter.

Duplicate copy, March 6, 2018

//stamp2: Lebanon Republic – Ministry of Justice – Marwan Essam Abd El Khaleq - The Notary Public in Beirut // (Stamp: Duplicate copy), March 6, 2018, //signature//

//stamp 3: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// //signature//

With all due respect and regards

//signature//

Josette Albert Shaker Hage

//stamp 1: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// April 22, 2015 //signature//

Duplicate copy
March 6, 2018

Edition: 1869/2015

In 2015, I reviewed this document to certify the signature of Mrs. Josette Albert Shaker Hage, wife of Philip Asaad Khayat, national of Lebanon, born in Cairo in 1936 (Nineteen thirty six), record No. 122 / Etnit Saghbein, mother name: Henriette / according to her ID bearing the biometric specifications under number: /000055338343/ who has the civil and legal capacity and signed before me in my department, I, Mohy Eddin Al Maoush, the legally licensed and the Assigned Notary Public in Beirut, according to the decision No. 704, dated 4/29/2014, and after publicly reciting this document before her and agreeing on its content thereby as per her own will on Wednesday corresponding to April 22nd, 2015.

stamp: Number [illegible] 2018 duplicate copy of the transaction No. [illegible] 2015 dated 4/22/2015, given upon the request of Mrs. Josette Albert Shaker Hage after matching this document with its original preserved in our department on Tuesday corresponding to the 6th of March, Two Thousand Eighteen

**The Notary Public in Beirut**

/stamp: Lebanon Republic – Ministry of Justice – Marwan Essam Abd El Khaleq - The Notary Public in Beirut // //signature//

**Duplicate copy,** March 6, 2018

**The Assigned Notary Public in Beirut**

//stamp: Lebanon Republic - Mohy Eddin Al Maoush – Notaries - The Assigned Notary Public in Beirut// //signature// April 22nd, 2015

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745



5 127

[illegible]

[illegible]

[illegible]

[illegible]

١٩٢١٢٩٧٠

[illegible]

[illegible]

[illegible]

[illegible] – [illegible] – [illegible] – [illegible]

[illegible]

[illegible] – [illegible] – [illegible]

[illegible]

[illegible]

[illegible]

[illegible] (Plac atte) [illegible]

[illegible]

[illegible]

[illegible] (Placebo) [illegible]

[illegible]

[illegible] (Computer) [illegible]

[illegible]

[illegible]

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

129

[illegible]

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

OFFICIAL TRANSLATION INSTITUTE

6 

## Withdrawals and other subtractions - continued

Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 04/14/17 | WIRE TYPE:INTL OUT DATE:170414 TIME:1705 ET TRN:2017041400225219 SERVICE REF:008785 BNF:SOAD MELKI ID:LB57000110001468 BNF BK:FRANSABA NK S.A.L. ID:FSABLBBX PMT DET:SAUWPSM92 PUBLISHING SERVICES /ACC/ACCT NO: //LB57000110001468375 12003 | -2,000.00 |
| 04/19/17 | SUBURBAN WATER DES:SWWC ID:006000090358 INDN:PHILIP KHAYAT CO ID:1951371870 PPD | -64.19 |
| Total other subtractions | | -$5,887.23 |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 04/04/17 | 2337 | -1,000.00 | 04/06/17 | 2370 | -400.00 |
| 04/19/17 | 2358* | -25.00 | 04/10/17 | 2371 | -80.00 |
| 04/19/17 | 2359 | -25.00 | 04/11/17 | 2372 | -400.00 |
| 04/11/17 | 2368* | -45.00 | 04/10/17 | 2373 | [illegible] |
| 04/06/17 | 2369 | -10.00 | 04/12/17 | 2374 | -25.00 |
| | | | Total checks | | -$2,610.00 |
| | | | Total # of checks | | 10 |

* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 04/14/17 | Wire Transfer Fee | -45.00 |
| 04/21/17 | Preferred Rewards-Check Image Fee Waiver of $3 | -0.00 |
| Total service fees | | -$45.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

131

# EXHIBIT 7

**TO WHOM IT MAY CONCERN**

I, THE UNDERSIGNED, Tanios Bechara Malak has been an employee at ST. Paul Printhouse,

located at Jounieh/Lebanon. From 1980 To 2017 When the Printhouse closed.

I, hereby, confirm. That, from the month of May 2015 up to January 2016,

Ms. Josette A Khayat was correcting the printing of her book:

**IMPROVE YOUR ENGLISH VOCABULARY**

**WITH THE DICTIONARY English/French IN STORIES**

and the pronunciation with the related CD.

that was designed by someone, on the program IN DESIGN CS6, with plenty of mistakes.

I was helping her, by explaining to her how to use the program IN DESIGN CS6:

1- During the twenty days, while working on her book, in the Library from 8 AM to 5 PM daily.

2- Then, she used to come almost twice a week. When she was facing a problem with the program.

I confirm that the way the book was in-printed with plenty of mistakes. It was in-printed with one slash divider between two words of the French translation. While MS Josette Khayat was in-printing her book. She started to in-print one slash divider between every two words of the French translation. Then, by November 2015, MS JosetteKhayat changed the system of one slash divider between two French translated words to two slashes divider between two French translated words.

I have been with her, at each step, up to the time the book was completed.

This is an Affidavit from me Tanios Malak.

8/8/22



Josette Khayat
2516 Abuela Place
Hacienda Heights, CA 91745

EXHIBIT 8

132

*Librairie St-Paul*  المكتبة البولسية

Nov. 05, 2021

**TO WHOM IT MAY CONCERN**

The undersigned, Fr. Nazih El Hayek, MSP, manager of St Paul Library Editions, located at St. Paul Street, Jounieh, Lebanon, declare having published in 2016,the book

"IMPROVE YOUR ENGLISH VOCABULARY WITH THE DICTIONNARY ENGLISH/FRENSH IN STORIES

And the pronunciation with the related CD"

Belonging to Ms. Josette Khayat.

I hereby state and affirm that the following verities occurred:

**1- PUBLISHING OF THE BOOK:**

Ms. J. Khayat started by requesting to printing of 50 (fifty) copies only. Then she agreed on 200 copies. As the printing couldn't be less. Our library was insisting on printing 1000 (one thousand) copies. But Ms. Khayat was firm and categorical. Se said " No way, I will pay for more than 200 copies". In fact, she paid the 200 copies, by check Number for the sum of $ 1.200 (one thousamd two hundred), drawn on Byblos Bank.

**2- PRINTING OF THE BOOK:**

**a)Page 11:** Ms. J. Khayat delivered us the CD. In page 11, at the first line of her biography stated: Josette Khayat Lebanese/American, born in .......

-At printing **we removed** Lebanese/American from the first line. The biography stated: Josette Khayat, born in...

EXHIBIT 8

133

*Librairie St-Paul*  المكتبة البولسية

**b) Page** 11/1 and 11/ 2: Beside our advice. That is not necessary to add: "How she got the Idea of writing this book and its different stages. She insisted to make it clear that she got help beside that she changed in all part written by the helping Lady.

**3- FINANCIAL LOSS:**

Mis. J. Khayat hasn't realized any profit from the book. **On the contrary, she had a big loss.**

a)She did three payments to the library St Paul:

1- Check No 734804, dated January 19, 2016 for $ 1000.00, in favor of St Paul Library, drawn on Byblos Bank.

2-Check No 734806 dated April 15, 2016 for $ 1200.00, in favor of St Paul Library, drawn on Byblos Bank.

**b)** To start with, the Library gave her: in 2016 around 10 books, for the DIFFERENT GOVERNMENTAL SECTORS + the ISBN. And around 10 books to her family and friends.

**In 2018**, the Library refused to give her more books. **She took a few books for $ 350.00.**

**c) Furthermore, Ms. J. Khayat gave the Library the sound recording CDs free of charge.**

This is a statement from me.

Fr. Nazi El Hayek, MSP

Manager of St Paul's Library Editions

222

134

Report addressed in French to my eldest sister Therese

Cc/ To youngest sister Christine

Delivered, hand to hand, 02/06/2021

EXHIBIT 9

# I have sisters model

**This report comprehends three sections:**

**A) Family model similar to a Mafia like Hezbollah.**

**B) Compare our hearts: Mafia's heart with my heart.**

**C) The reason on which I based myself and made my decision. Regarding my legacy**

## A) Family model similar to a Mafia like Hezbollah.

I would like to know. How could you sleep on your pillow and feel peace? When you're living a plot targeting my destruction. Working together with:

**1) Joelle your grand- daughter**, being today Manager at the FBI. Heading a certain number of attorneys. Her role is to recommend the harassment to people having committed certain wrongdoings or misdeed.

Therefore, based on her grand-mother Therese's recommendations. That she learned from her husband Fuad.

**"To win, you have to be wicked".**

"No bigger wickedness than destroying the home and the car of somebody". Which result with health damage.

**Are you satisfied today?**

a) To have me work the whole summer in the heat of noon and early afternoon to protect the fence and the slope at my backyard. As well as the roof of my home.
b) To have damaged my car and changed my car seat. That may-be has been the cause of my thrombosis.
c) To damage my mattress. That was like new.
d) To clog my three restrooms. For which I paid Roto-Rooter $ 555.00
e) To make me loose the money that is intended to help the poor to eat and get the right treatment.

**2) Mary, your daughter-in-law**, Her role is: to get into my house during my absence and

a) Enjoy damaging certain stuff.
b) Spraying my cloths with perfume.
c) Taking and sometimes returning whatever she feels like to bring back. Bank's files, albums, scarves (that have never been returned) underwear, pajama, the right or the left of a slipper to deprive me from using it.

If I get in her personal closed room in the garage. I am sure I will find stuff belonging to me. This is done only to harass me.

3) **John, your son.** To follow-up and report to Joelle:

- my accounts. Who, in turn, will give the instructions for the needed harassment.
- To get the priest's name of the Church to whom my money is legated, after my death. So that Joelle sends under the FBI's title. A notice to that church. Requesting them to neglect me and report to the FBI any information that I would have given them.

4) **Christine, our sister**. Her role is to follow my IPhone. I am sure; my IPhone is on her IPhone. The proof of it:

- The picture showing both cuts made to the corner of my ornamental iron fence: A complete cut to the bottom, and a short cut to the top. This picture was on my IPhone, I have sent the picture to Christine and then to you Therese.

**Both of you agreed having received it. Then denied. Afterward, it has been removed from my IPhone**

Furthermore, I believe Ramez has entered a software to my computer. Allowing Christine to keep my computer under her control. She is reporting to Joelle whatever I do.
I have to add, while being on my computer. I see my screen running. Word removed or added changing the meaning into my writing text. To make me ignorant in front of any reader.

5) **We shouldn't forget Tania.** She had an important role at Macy's . She has fabricated two complaints. I have never accused her or mentioned her name. But after the second complaint of the carpet. She has been dismissed. Then, I received a letter of apology from Macy's.

6) **NOW, it is you. Therese.**
You and your husband Fuad. You have never stopped to instigate our family and my in-laws against me.
**Do** you know that my husband Philip used to report to me what Fuad was telling him to instigate him against me. On the other hand, I was reporting to Philip what Fuad was saying to instigate me against him.
Don't think that our silence was stupid. Our silence was just to keep a smooth relationship between us. We know that Fuad is a man of a sly nature. Therefore, nothing will stop him from his sly policy.

**Furthermore, stop slandering me Therese**, go and publish my kindness. Without calumny .It is enough to play the role of the saint and act as a criminal. **Therese, stop your lies.** I told you before, **you lie as you breathe.**

Stop accusing me, and being after me for things that have never happened. You have always worked to destroy me. You cannot find any wrong doing committed by me toward the family Whether our family or my in-laws.

Maybe Joelle wants to have in my file a misdeed from outside the family. As everybody out of the family loves me. So you found out that you can bring stories from your brain. Accusing me regarding my relationship with my in-laws who have all passed away. In the mid-nineties.

**THERESE, STOP SLANDERING ME**

**Furthermore, for your information:**

**a)** Concerning Wida, my sister-in-law. I told you. I repeated it for many times and clarify to You. I have never ever opened a bag or a handbag or tried to know what somebody does. Or what somebody has. It doesn't interest me.

**b) Concerning Emile, my brother-in-law.**

- It is me, against his will. I made him come to Kuwait to work. **Emile didn't want to work. He wanted to reckon on other and have no responsibility. That is what his sister Wida told me.**
- **I know that you don't have any affection for this man. Because you were letting me feel that you don't like him.**
- For your knowledge. Six months after his coming. **He told me with a hard tone. You are the one who brought me to Kuwait.** Beside that I was kind to him and his presence was disturbing as well tiring me. Emile speaks too much and Philip was not ready to listen to him. So he was addressing himself to me.
- On the other hand, our home was small and to have someone in front of you. who speaks too much is not easy.
- **Furthermore, he used to say to foreign people that we live with him and not him with us.**
- **I endured him silently.** Because, I don't like to start **"He told me and I told him".**
- I was patient. To be in a smooth atmosphere and not have problems with my husband. But patience has a limit.

**After, he left:**

- I said to Philip. We will take him a living-room gift. When he never brought me any small gift. On his return from a trip, he used to bring a very small gift to Philip.
- **Furthermore, with my good heart.** I was calling him every Thursday, to come Friday and have dinner with us. **Emile left our home in 1975. Then lived in Kuwait, nine more years, until 1984.**

**Now go and say to everybody that none of you have been good hearted as I did. Furthermore, to take your revenge. Don't stain my reputation with lies. Because as I already said to you "you lie as you breathe"**

------------------

**B) Compare our hearts: I want you to compare my heart to all your hearts.**
Now is my attitude toward you. I have to refresh your memory. It is true, it is the past. But, this is youthfulness full of deprivation. **So that therese and Christine have the comfort and the success in life.** And **for which I have been rewarded with negligence, lack of respect and sometimes hatred feelings.**

1956. **Dad stopped working.** The responsibility was devolving upon our sister Jacqueline and me. All home expenses + Christine's tuition.

1957-1958 **Dad and I spent the scholastic year in Lebanon**. Dad stayed in a boarding house. I worked in the school, with a salary of LEB 125.00 + full board.
Mr. Fouad had been transferred from Sudan to Teheran. Therese had to transit with a stay in Lebanon. From May 22nd to the end of July. (Josiane was newly born and was 18 days old.)
When Therese left, Josiane was three months old.
Me, Josette, I was 22 years old. I rented an apartment for LEB 600.00. I bought all the necessary dishes, mattress pillows for a limited sojourn. I arranged for the comfort of Therese and her family.

1959/1960. Dad returned to Lebanon. **Then, without our knowledge**, Dad asked Fouad LEB.1000.00 to start a business. But some months later, Dad passed away.
During this period
**(1)** Mom had a surgery,
**(2)** Dad passed away. Jacqueline flew to Lebanon. **Ticket, stay and funerals**.
**(3)** Then, Christine had a surgery.
**(4)** Then, the Ashkar family came to spend their vacation. Half of the time with Ashkar family and the other half with us.
**(5)** Furthermore, Fouad wants the LEB 1000.00. The business lost
Everything is to be paid by Jacqueline and Josette. **Then**, for two years, Christine's tuition was the 50% of my monthly income. Beside her personal expenses.

1962 While **I was preparing my documents for a final return to Lebanon.** By coincidence, in March 1962. Fuad has been transferred to Lebanon.
I left Egypt by Mid-May 1962. With LEG.20.00. As by law. We couldn't carry more.
It goes with saying, that I stayed with Fuad and Therese..

- **First insult:** They had prepared me to sleep a sofa in the dining room. Therese told me. We cannot let you sleep in the beds of the kids. Because, they are new.
- **Second insult:** Two weeks later, Fuad said to me "You have to pay me LEB. 60.00 for the taxi and pick-up, who gave a lift to Therese and your aunt , from their house to the port. Then, brought you back. The cars left at 08.00AM to be back at 07.00PM. When the ship was scheduled to arrive at 05.00PM.
- **Third insult:** Catherine a lady of the Ashkar family, who liked to interfere in people's life. She hasn't like my answer to her "I say to Mom whatever I like". Therese forced me to present her my excuse.
- **Fourth insult:** Mom, Jacqueline and Christine arrived end of June. The next day of their arrival. When Fouad came back from work, he asked Mom "Have you found a home?"
- **Mom felt very bad. The next morning, Mom said "I will go out today and not come back before having found a home". In fact, she rented a home the same day and we haven't stayed more than two days in total, in Fuad's home.**

1964/1965 **Jacqueline got married.**

Once more, Fuad has been transferred to Teheran: I was alone with Christine who had a small salary. We haven't acted in response to Fuad's attitude. I took care of John and his studies.

1967 My visit to Teheran, it has been an enjoyable reception. **I made the acquaintance of my Husband Philip. He was coming from Kuwait, to visit his sister who was living in Teheran.**. Therefore, my destiny was to live in Kuwait.

1968 **1)** After my Husband asked me to marry**. Again, Fuad has been transferred to Kuwait where he resided until 1984,** As no French school in Kuwait. The kids stayed with my Mom in Beirut.

**2)** I got married in July

Hereafter: The complaints since the beginning of our marriage.

**a) Before the wedding**. I went for a short time to Kuwait. To pick the furniture for our new home. I haven't invited the god-mother to come with us. **(There have been a complaint).**

**b) After my wedding:**

- **Why do you want to work?** People will say that your husband is not able to feed you.
- **Your car is a shame to us.** You must change it.(They had a Dodge and we had a Sedan)
- **Josette, you must drive and have another car.** Otherwise , you will lose your reflex.

These complaints were transmitted by phone to Mom in Beirut.

All these remarks were made. Because Fuad didn't want that we be well-off. He wanted to lead us to large expenses, in order to never be well-off. But he hasn't succeeded. This situation made both of them furious

**c) I didn't know that Fuad and Therese planned to be the god-father and god-mother of the family.**

It was hard to me. Being of independent personality and having been manager twice before 1968, making my decisions. Furthermore, my husband and I were not young. Therefore, we couldn't tolerate having somebody interfering in our way of life.
**So, since 1968, they have been trouble maker to us. Instigating the family against us.** To keep a smooth relationship. We were not commenting, but we were a little distant.

1970 **– Christine got married to live in Kuwait. The wedding was in Beirut.**
We all attended the wedding. My husband and I were the first to return to Kuwait.

After the wedding. Fuad was worried to be the responsible of Beirut home. Where only his kids were living with Mom. Who was taking care of them.
So, after my return, Fuad said to Christine "you and Josette must give your Mom a larger amount monthly". When you return, you say to Josette, "I promised Mom".
**Unfortunately, Josette doesn't accept orders. Since the first day after my marriage. I was helping my mother monthly without asking anybody else to help.**
To solve the problem, I said to Therese: Pay half of what we do. She refused.

**The Achkar should get but not give. PROFITEER.**

139

My attitude revolted the god-father. So, since day one, they started instigating Christine and her husband against specially me. Christine was 23 years old. She couldn't understand his attitude.

1976 **The green card. How has it been done?**

- It has been done legally, with an investment of $ 10,000.00 in a corporation.
- By an attorney uncle to John's schoolmate. John is Fuad's son.
- Without our knowledge, Fuad and John cooked a deal with the attorney.
- He hasn't let John give us the attorney's address. Up to the eve of my Husband's departure which was one week ahead of me.
- We met with the attorney who said "he will do it". But refused to say "how much he would charge".
- Right after my husband's departure. Fuad has agreed that we go to the attorney's office. He refused to let me meet with the attorney.
- He met with the attorney and came out telling me. The attorney wants to charge you $ 10,000.00. With a deposit of $ 6,000.00 without documentation.
- I understood that it is a trap. Whether to accept or forget about.
- As I couldn't forget about. Because my Husband is Palestinian and we were badly in need of it.

1977 **A FAILURE PROJECT: CORPORATION WITH DISCO. The disco project in which Christine had invested $ 40,000.00. If implemented, it would have been a big loss. Thanks to me that Christine saved that money.**

1980 **Josiane wedding.** I had to get an insult. Mr.Achkar was furious of my having stopped the disco. Project that would have been 100% a failure. A Santa Clause dream to Fuad. That I stopped.

1981 **Kuwait.** There was a reputation that thieves are breaking homes. So, before leaving to USA, Igave my home keys to Christine. I asked her to drop by my home whenever she is in the area. To just check that everything is fine.

- At my return, on the stairs there was a smell of putrefied meat. I was wondering from where is this smell? When I entered my home. It turned out that the smell was coming from my home.
- The kitchen floor was covered with blood coming from chicken in my freezer. That even she hasn't thrown away after having melted.
- After 24 hours trip. I washed the floor.
- The next day, I called her and asked her "What happened?" She said "I opened the freezer and forgot to close it.

1982 Philip, my husband, went to USA and spent there four months. From September to December at Christmas time.
During the four months. Christine **called me** one time. **Invited me** one time and **visited me** one time. (Sister's love).

1985 January, we moved from Glendale to Hacienda.

- Mr. Achkar instructions: I forbid anybody to give any information to Philip and Josette.
- Right after our moving. I had to register the water with Suburban Water, located in Valley Blvd.
- I called,.Therese home. To get the direction. Her son Bernard answered, His answer, I don't know .
- After insisting on my request. He gave me the direction.

**Josette knew very well that everybody has to say "I don't know".**

1985 **John, Fuad's son**, who was working in Saudi Arabia came with his wife Mary. To settle in USA. Fuad's said to his wife Mary " if you talk to Josette. It is like shooting me with a sword in my heart". That's what Mary told me.

1985-1990 **RITA MY GOD-DAUGHTER.**

- While Jacqueline family was in Lebanon, I paid Rita University's tuition from the rental of my Beirut apartment + money that I was sending to her.
- **Furthermore, my sister Jacqueline. Her mother, cheated on me with $ 7,000.00**

1992 **Christine came from Canada** to work on her green card. **To please the Achkar**She hasn't stopped by me. I haven't seen her. She fell and broke her leg. I said to her **"God broke your leg. That hasn't come to see her sister".**

1995 & 1996 **Rita's engagement in Canada**.

- I know that Achkar were unhappy to see me attending the engagement.
- So, orders from Hacienda to Canada: "Don't be nice to Josette". **Canada complied with the orders.**
- **Rita's wedding in Canada:** Big insult.Orders from Hacienda "Josette should not attend the wedding". I returned from Canada. Without attending the wedding.

2003 **My Husband's death.** Christine kept nagging to take me to a flower place at the end of the world. **To get flowers to the trash bin.**

2003/2004 **Work of Ramez**. Christine's son. I was feeling bad to see her on tension. She wanted to see Ramez working. **She asked me to help her.**

- I tried with my tenants, it hasn't worked out. Then, I tried with my Husband's great-cousin. She made it, and Ramez got a good job. Then, I made her a gift of $ 300.00 + I invited her for Lunch.
- **One month later**, I was in need, to get some clarification to my work on the computer. So, I called Ramez. As he was preparing his MA in Computer Science. But Ramez answered "I don't know".
- Then, I called my husband's great-cousin. She said "Why don't you ask Ramez"? I told her, he said "I don't know". She answered: **"Is that possible after what you did to him".**

2004 **A CONSPIRACY: RENEWAL OF MY ID.**

- After having received a letter of congratulation from the DMV. **I was not receiving my ID**. While talking with Therese. More than one time.
- Every time. She was saying "Because you will have a test".
- I was answering her: It is not possible. I have congratulation.
- She was repeating: You will see.
  - **Four days after my birthday. My new ID was not arriving.**
- February 24, I go to the DMV for clarification. They said "you have a hearing tomorrow"
- I asked " why?" - Answer ""We don't know".
  - **Next day, I went to the hearing**.
- **It was a judge on a wheel chair. With whom, Joelle was having her Legal Training before being attorney.** (At that time. I was not aware of her training or her connection with the judge).
- **So it was a conspiracy. between Joelle, the judge and the so called my sister Therese, who became a sly like her husband. And who enjoy being wicked. To cover her jealousy.**

- **My First blame:** On the Judge (who didn't deserve to be a judge) who agreed to go into such conspiracy. **Leading a student to unfaithfulness**.
- **Second blame:** On my sister who is a grand-ma and who goes every day to the church. **Instead of being the old person who leads to love. She leads to spy, to conspiracy and to harassment**.

2004 **Carol's wedding flowers.**

- having participated by paying $ 1,500.00, from the cost of the flowers.
- **Christine insisted** that I go with her and Therese to arrange for the decoration of the church.
- We arrive at the church. Christine said to me: "you attend here. We will go to see how we arrange for the decoration".,

- So, she asked me to join her **to just insult me. (This is to please, Achkar).**

2008 **Armand, Christine's husband**, got a cancer. He had to go under radiation every day, for five weeks, at City of Hope, Duarte.

- As Ramez and Carol were working in Orange County. Christine was thinking to take one month off from her job. I didn't want that she gets a problem at her work.
- So I told her don't worry. I'll take him.
- Therefore, I was giving her husband a lift from Hacienda to City of Hope in Duarte. For four weeks.
- The fifth week. Therese said "I will take him this week".

2009 **Joelle's wedding.** We have been all the family together in a limousine and planned to return the same way.

At midnight, I found myself alone at the table.

- I saw Mary, John's wife. And asked her: Where are they?
- She said. "They have left".
- I answered. So I leave with you.
- She answered. "O.K., **wait here. I will check something and I'll be back"**.
- I waited, waited, and waited 10-15 minutes. Nobody back. So I went downstairs.
- I found Mary sitting. I asked her "Where is your husband John?"
- She answered "he went to get the car"

**So my model three sisters with their husband and their children Left, with full knowledge, leaving me at midnight at The Langham Huntington Hotel, Pasadena. Without (1) ID. (2) credit card. (3) check book. (4) money.**

At that moment, I said:
"Finish, they don't deserve a penny from the money that my husband and I made with our hard work".

**At the end of the French report. I added this question to my three sisters.**

*Don't you think? That the three of you need a psychiatrist? To tell you what made you hate a sister who hasn't done anything except protecting you.*

142

**ROTO ROOTER** PLUMBING & WATER CLEANUP
1-800-GET-ROTO

Roto-Rooter Services Company
Remit to: 5672 Collections Center Drive, Chicago IL 60693-0056
For Service Please Call 1-800-GET-ROTO (438-7686)
General (562) 426-4762 • Fax (562) 427-3513
License #808952

DATE OF SERVICE M / D / Y
LOCATION Inland Empire

SERVICE TECHNICIAN'S NAME #

INVOICE NO 517-

SEWER & DRAIN ☐ PLUMBING ☐ PUMPING ☐
INDUSTRIAL ☐ EXCAVATION ☐ DRAIN TILE ☐

# EXHIBIT 10

CUSTOMER NAME | CUSTOMER NO

CUSTOMER CLASS: ☐ RESIDENTIAL ☐ COMMERCIAL

BILLING ADDRESS | APT NUMBER | FEDERAL I.D. # 42-0499300

CITY | STATE/PROVINCE | ZIP/POSTAL | CUSTOMER PHONE NO | P.O. NUMBER/AUTHORIZATION

SERVICE ADDRESS (IF DIFFERENT THAN BILLING ADDRESS) | CITY | STATE/PROVINCE | ZIP/POSTAL

WORK ORDER AUTHORIZATION / WAIVER I have asked Roto-Rooter to provide the services indicated and agree to pay the amounts specified. I have read and agree to the terms on the reverse side and attached, including the limits on Roto-Rooter's responsibility specified in those terms. Residential Customers: Under Section 1689.13 of the California Civil Code, in order to induce Roto-Rooter to provide these services: 1) I initiated this contract; 2) I executed this contract in connection with the making of emergency or immediately necessary repairs for the protection of persons or real or personal property as detailed on this form; and 3) I expressly acknowledge and waive the right to cancel this contract within three or seven business days, whichever applies.

Note: You have the right to require Roto-Rooter to have a performance and payment bond; however, Roto-Rooter can charge you for the cost of procuring a bond. Statutory Notice of Cancellation, if applicable, may be sent to Roto-Rooter Services Company, 7301 Madison St., Paramount, CA 90723.

Down payment: ______________ The down payment may not exceed $1,000 or 10 percent of the contract price, whichever is less.

(SIGNATURE) ______________ (DATE) ______________ (PRINT NAME) ______________

| REPAIR CODE | ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED (The approximate starting date is ________ and the approximate completion date is ________. Neither date is guaranteed. Unexpected conditions or problems could cause delays. A definite completion date is not of the essence.) | $ AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | ADJUSTMENTS/CHANGES IN WORK TO BE PERFORMED (Use additional invoice if needed to describe changes) | |
| | | |

| RESIDENTIAL GUARANTEE LABOR | | COMMERCIAL GUARANTEE LABOR | |
|---|---|---|---|
| ☐ Main/Branch Lines | 6 months | ☐ Main/Branch Lines | 30 days |
| ☐ Toilet Auger | 7 days | ☐ Toilet Auger | 24 hours |
| ☐ Plumbing Repair | 6 months | ☐ Plumbing Repair | 90 days |
| ☐ Plumbing Replacement | 1 year | ☐ Plumbing Replacement | 90 days |

REASON FOR NO GUARANTEE

PAYMENT
☐ CASH ☐ CHECK NO. ______
☐ CREDIT CARD ☐ NET 10 DAYS
OVER 30 DAYS = LATE CHARGE OF 1 1/2% PER MONTH
* In the event of ... is returned, the CUSTOMER is responsible for all related ... fees.

LABOR $ ______
LABOR TAX $ ______
PARTS $ ______
DISCOUNT $ ______
PRODUCTS $ ______
OTHER $ ______
TAX $ ______
CONTRACT PRICE $ ______

COMPLETION I acknowledge completion of the above described work which has been done to my complete satisfaction.

(SIGNATURE) ______________

(PRINT NAME) ______________

SUGGESTIONS FOR REPAIR / REPLACEMENT

| ITEM | LOCATION | ESTIMATED COST | YOU SAVE TODAY |
|---|---|---|---|
| WATER HEATER | | | |
| DISPOSER | | | |
| ... | | | |
| TOILET | | | |
| BATHTUB | | | |
| SHOWER | | | |
| FAUCET | | | |
| DRAIN | | | |
| OTHER | | | |

EXHIBIT
MARRS 1

Rely on the experts at Roto-Rooter for complete plumbing and drain services. Call 1-800-GET-ROTO (438-7686).

Visit us at rotorooter.com for coupons, helpful hints and more. Complete our customer survey at rotorooter.com/contact-us/customer-survey

And, follow us online for news, timely updates, and other plumbing and drain information.

twitter.com/rotorooter  facebook.com/rotorooter

Josette Khayat
2516 Abuela Place
Hacienda Heights, CA  91745

**SUBURBAN WATER BILLING**

**A/C # 006000090358 - For Josette Khayat**
2516 Abuela Place/Hacienda Heights/CA 91745
Tel (626)820-9566 - [illegible]

**YEARS**

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ | $ |
| January | | | | 42.89 | | 52.95 | 44.15 |
| February | 97 | | | 47.86 | | 89.55 | 44.15 |
| March | 76.11 | | | 47.95 | | 40.75 | 47.03 |
| April | 73.17 | | | 64.19 | | 46.64 | 47.03 |
| May | 83 | | | 173.42 | | 122.66 | |
| June | | | 61.95 | 10 | 69 | 53.61 | |
| July | | | 52.08 | | 50.55 | 55.61 | |
| August | | | 57.05 | | 81.46 | 76.38 | |
| September | | | 116.15 | | 62.10 | 122.35 | |
| October | | | 50.35 | | 71.25 | 119.33 | |
| November | | | 57.05 | | 61.58 | 61.58 | |
| December | | | 76.76 | | 162.31 | 47.03 | |

- The red figures indicate the period when I was out of the country
- The black figures indicate the period when I was at home

145

## SHERIFF'S ST[illegible]NS

In an emergency call 9-1-1

Altadena Station [illegible]
780 E. Altadena Dr. Altadena, CA [illegible]

Avalon Station [illegible]
215 Sumner Ave. Avalon, CA [illegible]

Carson Station [illegible]
21356 S. Avalon Blvd. Carson, CA [illegible]

Century Station [illegible]
11703 Alameda St. Lynwood, CA 90262

Cerritos Station [illegible]
18135 Bloomfield Ave. Cerritos, CA [illegible]

Compton Station [illegible]
301 S. Willowbrook Ave. [illegible]

Crescenta Valley Station [illegible]
4554 N. Briggs Ave. La Crescenta, CA [illegible]

East Los Angeles Station [illegible]
5019 E. 3rd St. East Los Angeles, CA [illegible]

Industry Station [illegible]
150 N. Hudson Ave. City of Industry, CA [illegible]

Lakewood Station [illegible]
5130 Clark Ave. Lakewood, CA [illegible]

Lancaster Station [illegible]
501 W. Lancaster Blvd. Lancaster, CA [illegible]

Lomita Station [illegible]
26123 Narbonne Ave. [illegible]

Lost Hills Station [illegible]
27050 Agoura Rd. [illegible]

Marina Del Rey Station [illegible]
13851 Fiji Way, Marina Del Rey, CA [illegible]

Norwalk Station [illegible]
12335 Civic Center Dr. [illegible]

Palmdale Station [illegible]
750 East Avenue Q Palmdale, CA 93550

Pico Rivera Station [illegible]
6631 Passons Blvd. Pico Rivera, CA [illegible]

San Dimas Station 909-45[illegible]
270 S. Walnut Ave. San Dimas, CA 91773

Santa Clarita Valley Station [illegible]
23740 Magic Mountain Pkwy. Santa Clarita, CA 91355

South Los Angeles Station 323-82[illegible]
1310 W. Imperial Hwy. Los Angeles, CA 90044

Temple Station 626-285-[illegible]
8838 Las Tunas Dr. Temple City, CA 91780

Transit Policing Division 888-950-723[illegible]
2000 East Imperial Hwy. Los Angeles, CA 90059
www.TransitWatchLA.org

Walnut/Diamond Bar Station 909-595-2264
21695 Valley Blvd. Walnut, CA 91789

West Hollywood Station 310-855-8850
780 S. San Vicente Blvd. West Hollywood, CA 90069

SH-R-404 (Revised 09/2015)

# Report Information and Victims' Bill of Rights

SHERIFF • LOS ANGELES COUNTY •

INDUSTRY
Station

[illegible]
Report Number

MISSING PERSON
Classification of Incident

[illegible]
Date

[illegible]
Deputy's Name

[illegible]

ALEX VILLANUEVA, SHERIFF
Los Angeles County Sheriff's Department

146

Southern California

**EDISON BILLING**

**A/C # 700 1954 15234 - For Josette Khayat**
2516 Abueia Place/Hacienda Heights/CA 91745
Tel (626)820-9566 -

YEARS

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| January | | | | 149.34 | | 89.22 | 74.37 |
| February | | | | 166.63 | | 79.91 | 64.84 |
| March | 29.08 | | | 185.26 | | 68.50 | 76.93 |
| April | 38.86 | | | 123.29 | | 30.54 | 43.16 |
| May | 8 | | | 156.49 | | 67.03 | 59.20 |
| June | | | 140. | 175 | 266 | 73.21 | 73.79 |
| July | | | 244.98 | | 265.06 | 113.32 | 123.92 |
| August | | | 184.79 | | 182.99 | 96.12 | 177.87 |
| September | | | 146.25 | | 102.23 | 88.30 | 215.80 |
| October | | | 97.08 | | 24.47 | 30.43 | 155.65 |
| November | | | 112.54 | | 79.01 | 63.28 | 85.65 |
| December | | | 116.12 | | 162.31 | 71.55 | 75.75 |

- The red figures indicate the period when I was out of the country
- The black figures indicate the period when I was at home